# UNITED STATES DISTRICT COURT

Eastern District of Tennessee

FILED
2007 JAN 26 P 1:50
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY ______ DEPT. CLERK

GARY WAYNE SUTTON

Plaintiff

V.

RICKY BELL, Warden

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, Gary Wayne Sutton declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Riverbend Maximum Security Institution

   Are you employed at the institution? ________ Do you receive any payment from the institution? ________

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☐ Yes ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☑ No
   b. Rent payments, interest or dividends ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☑ No
   d. Disability or workers compensation payments ☐ Yes ☑ No
   e. Gifts or inheritances ☐ Yes ☑ No
   f. Any other sources ☐ Yes ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☑ No

If "Yes," state the total amount. ____________________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☑ No

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

1/11/07 Date

Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

LTFE
BI42530

TRUST FUND TRANSACTIONS
SELECT

DATE: 01/24/07
TIME: 07:39

Account: 00218364 SUTTON, GARY W. Actual Site: RMSI
Status: ACTV Sex: M Race: W Age: 41 Assigned Site: RMSI
Current Balance: 103.09 Pending Balance:

| S | Trans Date | Seq No | Transaction Type/Code/Amount | | | Trans Site | Current Amount | Pend Amount |
|---|---|---|---|---|---|---|---|---|
| | 01/19/2007 | 1 | D | OBI | 60.31 | RMSI | 103.09 | |
| | 01/17/2007 | 2 | D | COM | 3.26 | RMSI | 163.40 | |
| | 01/17/2007 | 1 | D | COM | 8.21 | RMSI | 166.66 | |
| | 01/11/2007 | 2 | C | PAD | 38.76 | RMSI | 174.87 | |
| | 01/11/2007 | 1 | D | OBI | 150.00 | RMSI | 136.11 | |
| | 01/09/2007 | 2 | D | COM | 14.80 | RMSI | 286.11 | |
| | 01/09/2007 | 1 | D | COM | 1.08 | RMSI | 300.91 | |
| | 01/03/2007 | 2 | D | COM | 10.57 | RMSI | 301.99 | |
| | 01/03/2007 | 1 | D | COM | 4.22 | RMSI | 312.56 | |
| | 12/18/2006 | 1 | C | PMO | 50.00 | RMSI | 316.78 | |

Search:
NEXT FUNCTION: DATA:
F1-HELP F8-PAGEDOWN F9-QUIT F11-SUSPEND

TOP OF LIST

Linda Pollock
Trust fund
@ RMSI
1-24-07

38.76 +
50.00 +
20.00 +
38.76 +
213.83 +
100.00 +
42.84 +
50.00 +
38.76 +
80.00 +
46.92 +
50.00 +
42.84 +
35.00 +
847.71 T

847.71 ÷
6.00 =
141.28 *

LTFE TRUST FUND TRANSACTIONS DATE: 01/24/07
BI42530 SELECT TIME: 07:39

Account: 00218364 SUTTON, GARY W. Actual Site: RMSI
Status: ACTV Sex: M Race: W Age: 41 Assigned Site: RMSI
Current Balance: 103.09 Pending Balance:

| S | Trans Date | Seq No | Transaction Type/Code/Amount | | | Trans Site | Current Amount | Pend Amount |
|---|---|---|---|---|---|---|---|---|
| | 12/15/2006 | 1 | C | PMO | 20.00 | RMSI | 266.78 | |
| | 12/14/2006 | 5 | D | OBI | 30.00 | RMSI | 246.78 | |
| | 12/14/2006 | 4 | D | COM | 4.45 | RMSI | 276.78 | |
| | 12/14/2006 | 3 | D | COM | 10.68 | RMSI | 281.23 | |
| | 12/14/2006 | 2 | D | COM | 37.86 | RMSI | 291.91 | |
| | 12/14/2006 | 1 | D | COM | 15.18 | RMSI | 329.77 | |
| | 12/11/2006 | 1 | C | PAD | 38.76 | RMSI | 344.95 | |
| | 12/07/2006 | 1 | C | PMO | 213.83 | RMSI | 306.19 | |
| | 12/06/2006 | 2 | D | COM | 2.32 | RMSI | 92.36 | |
| | 12/06/2006 | 1 | D | COM | 11.54 | RMSI | 94.68 | |

Search:
NEXT FUNCTION: DATA:
F1-HELP F4-FIRST F7-PAGE UP F8-PAGEDOWN F9-QUIT F11-SUSPEND

LTFE TRUST FUND TRANSACTIONS DATE: 01/24/07
BI42530 SELECT TIME: 07:39

Account: 00218364 SUTTON, GARY W. Actual Site: RMSI
Status: ACTV Sex: M Race: W Age: 41 Assigned Site: RMSI
Current Balance: 103.09 Pending Balance:

| S | Trans Date | Seq No | Transaction Type | Code | Amount | Trans Site | Current Amount | Pend Amount |
|---|---|---|---|---|---|---|---|---|
| | 12/05/2006 | 1 | D | COM | 8.71 | RMSI | 106.22 | |
| | 11/29/2006 | 1 | D | COM | 14.08 | RMSI | 114.93 | |
| | 11/28/2006 | 1 | D | COM | 14.30 | RMSI | 129.01 | |
| | 11/14/2006 | 3 | D | COM | 3.63 | RMSI | 143.31 | |
| | 11/14/2006 | 2 | D | COM | 9.00 | RMSI | 146.94 | |
| | 11/14/2006 | 1 | C | PMO | 100.00 | RMSI | 155.94 | |
| | 11/09/2006 | 1 | C | PAD | 42.84 | RMSI | 55.94 | |
| | 11/06/2006 | 3 | D | COM | 2.64 | RMSI | 13.10 | |
| | 11/06/2006 | 2 | D | COM | 20.11 | RMSI | 15.74 | |
| | 11/06/2006 | 1 | D | COM | 14.87 | RMSI | 35.85 | |

Search:
NEXT FUNCTION: DATA:
F1-HELP F4-FIRST F7-PAGE UP F8-PAGEDOWN F9-QUIT F11-SUSPEND

LTFE
BI42530

TRUST FUND TRANSACTIONS
SELECT

DATE: 01/24/07
TIME: 07:39

Account: 00218364 SUTTON, GARY W.  Actual Site: RMSI
Status: ACTV Sex: M Race: W Age: 41  Assigned Site: RMSI
Current Balance: 103.09 Pending Balance:

| S | Trans Date | Seq No | Transaction Type/Code/Amount | | | Trans Site | Current Amount | Pend Amount |
|---|---|---|---|---|---|---|---|---|
| | 10/30/2006 | 2 | D | COM | 4.22 | RMSI | 50.72 | |
| | 10/30/2006 | 1 | D | COM | 2.16 | RMSI | 54.94 | |
| | 10/27/2006 | 1 | C | PMO | 50.00 | RMSI | 57.10 | |
| | 10/23/2006 | 2 | D | COM | 17.00 | RMSI | 7.10 | |
| | 10/23/2006 | 1 | D | COM | 4.34 | RMSI | 24.10 | |
| | 10/16/2006 | 2 | D | COM | 13.28 | RMSI | 28.44 | |
| | 10/16/2006 | 1 | D | COM | 30.13 | RMSI | 41.72 | |
| | 10/13/2006 | 1 | C | PAD | 38.76 | RMSI | 71.85 | |
| | 10/09/2006 | 3 | D | COM | 8.77 | RMSI | 33.09 | |
| | 10/09/2006 | 2 | D | COM | 23.40 | RMSI | 41.86 | |

Search:
NEXT FUNCTION: DATA:
F1-HELP F4-FIRST F7-PAGE UP F8-PAGEDOWN F9-QUIT F11-SUSPEND

LTFE                TRUST FUND TRANSACTIONS                DATE: 01/24/07
BI42530                SELECT                TIME: 07:39

Account: 00218364 SUTTON, GARY W.                Actual Site: RMSI
Status: ACTV Sex: M Race: W Age: 41                Assigned Site: RMSI
Current Balance: 103.09 Pending Balance:

| S | Trans Date | Seq No | Transaction Type/Code/Amount | | | Trans Site | Current Amount | Pend Amount |
|---|---|---|---|---|---|---|---|---|
| | 10/09/2006 | 1 | D | COM | 14.79 | RMSI | 65.26 | |
| | 10/03/2006 | 1 | D | COM | 0.88 | RMSI | 80.05 | |
| | 10/02/2006 | 1 | C | PMO | 80.00 | RMSI | 80.93 | |
| | 09/25/2006 | 2 | D | COM | 11.55 | RMSI | 0.93 | |
| | 09/25/2006 | 1 | D | COM | 1.08 | RMSI | 12.48 | |
| | 09/18/2006 | 2 | D | COM | 1.11 | RMSI | 13.56 | |
| | 09/18/2006 | 1 | D | COM | 32.40 | RMSI | 14.67 | |
| | 09/14/2006 | 1 | C | PAD | 46.92 | RMSI | 47.07 | |
| | 09/12/2006 | 2 | D | COM | 3.48 | RMSI | 0.15 | |
| | 09/12/2006 | 1 | D | COM | 9.57 | RMSI | 3.63 | |

Search:
NEXT FUNCTION:        DATA:
F1-HELP   F4-FIRST   F7-PAGE UP   F8-PAGEDOWN   F9-QUIT   F11-SUSPEND

LTFE TRUST FUND TRANSACTIONS DATE: 01/24/07
BI42530 SELECT TIME: 07:39

Account: 00218364 SUTTON, GARY W. Actual Site: RMSI
Status: ACTV Sex: M Race: W Age: 41 Assigned Site: RMSI
Current Balance: 103.09 Pending Balance:

| S | Trans Date | Seq No | Transaction Type/Code/Amount | | | Trans Site | Current Amount | Pend Amount |
|---|---|---|---|---|---|---|---|---|
| | 09/06/2006 | 3 | D | COM | 7.90 | RMSI | 13.20 | |
| | 09/06/2006 | 2 | D | COM | 19.86 | RMSI | 21.10 | |
| | 09/06/2006 | 1 | D | COM | 9.75 | RMSI | 40.96 | |
| | 08/31/2006 | 1 | C | PMO | 50.00 | RMSI | 50.71 | |
| | 08/30/2006 | 1 | D | OBI | 56.45 | RMSI | 0.71 | |
| | 08/21/2006 | 2 | D | COM | 13.32 | RMSI | 57.16 | |
| | 08/21/2006 | 1 | D | COM | 12.78 | RMSI | 70.48 | |
| | 08/14/2006 | 3 | D | COM | 15.85 | RMSI | 83.26 | |
| | 08/14/2006 | 2 | D | COM | 3.24 | RMSI | 99.11 | |
| | 08/14/2006 | 1 | C | PAD | 42.84 | RMSI | 102.35 | |

Search:
NEXT FUNCTION: DATA:
F1-HELP F4-FIRST F7-PAGE UP F8-PAGEDOWN F9-QUIT F11-SUSPEND

LTFE
BI42530

TRUST FUND TRANSACTIONS
SELECT

DATE: 01/24/07
TIME: 07:39

Account: 00218364 SUTTON, GARY W. Actual Site: RMSI
Status: ACTV Sex: M Race: W Age: 41 Assigned Site: RMSI
Current Balance: 103.09 Pending Balance:

| S | Trans Date | Seq No | Transaction Type/Code/Amount | | | Trans Site | Current Amount | Pend Amount |
|---|---|---|---|---|---|---|---|---|
| | 08/11/2006 | 1 | C | PMO | 35.00 | RMSI | 59.51 | |
| | 08/07/2006 | 3 | D | COM | 1.97 | RMSI | 24.51 | |
| | 08/07/2006 | 2 | D | COM | 17.48 | RMSI | 26.48 | |
| | 08/07/2006 | 1 | D | COM | 12.60 | RMSI | 43.96 | |
| | 08/02/2006 | 1 | D | COM | 7.55 | RMSI | 56.56 | |
| | 08/01/2006 | 1 | D | COM | 9.77 | RMSI | 64.11 | |
| | 07/28/2006 | 1 | C | PMO | 50.00 | RMSI | 73.88 | |
| | 07/25/2006 | 2 | D | COM | 11.88 | RMSI | 23.88 | |
| | 07/25/2006 | 1 | D | COM | 12.60 | RMSI | 35.76 | |
| | 07/17/2006 | 2 | D | COM | 12.39 | RMSI | 48.36 | |

Search:
NEXT FUNCTION: DATA:
F1-HELP F4-FIRST F7-PAGE UP F8-PAGEDOWN F9-QUIT F11-SUSPEND