UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE


Gary Wayne Sutton ,

    Plaintiff,

v.           Case No: 3:07-cv-30


Ricky Bell, Warden,

    Defendant.

## **O R D E R**

The Clerk is **DIRECTED** to file this Petition for Habeas Corpus action

without **prepayment** of fees.  However service **will not** issue until further order of

this Court.[1]


   SO ORDERED.

       ENTER:

        s/ C. Clifford Shirley, Jr.
        Honorable C. Clifford Shirley
        UNITED STATES MAGISTRATE JUDGE

---

[1]The plaintiff's application to proceed in forma pauperis has not yet been reviewed by the district judge.  Entry of this order has no bearing on whether the application to proceed in forma pauperis will be granted or denied or whether the filing fee will be assessed.