# ATTACHMENT C

# STANTON C. KESSLER, M.D.

## CURRICULUM VITAE

**Stanton Coleman Kessler, M.D.**
Palmetto Health Richland
Dept of Pathology
5 Medical Park
Columbia, SC 29203
Office 803 434-2279

## PRESENT POSITION

Forensic Pathologist, Palmetto Richland Health for Richland County Coroner's Office, and Palmetto Baptist Hospital, Five Medical Park, Columbia, SC, 29203, Nov. 1 2005 to present.

## RECENT POSITIONS

Assistant Medical Examiner, State of Tennessee, July 2001 to present Feb, 2006 and Hamilton County Medical Examiner, July 2001 to Nov. 2004, State of Tennessee Department of Health, Office of the State Medical Examiner Center for Forensic Medicine, 850 R.S. Gass Blvd., Nashville, Tennessee 37216-2640

Private Practice, Forensic Medicine and Pathology, 1211 Sunset Drive, Signal Mtn. Tennessee 37377, July 2001 to July 2005

## EDUCATION AND TRAINING

Baltimore City College (High School), Baltimore, Maryland, 1958-1961.
Honors: Henry C. Wentz Award in Chemistry
Special summer science program, 1959-1960.

University of Maryland, College Park, Maryland, B.S. 1961-1965.
Honors: Sigma Alpha Omicron, Microbiology professional honorary, 1964.
Full scholarship toward Ph.D. in Microbiology with Dr. Merkle, Lehigh University, Pennsylvania.

Summer investigation, USDA, Beltsville Maryland,1962-64 with Dr. Mercuri, studying epidemiology of Salmonella *cholerasuis* infection in food products, *Watts Turkey Roll.*

Case 3:07-cv-00030-TAV-CCS Document 3-3 Filed 01/31/07 Page 2 of 7 PageID #: <pageID>

National Board of Medical Examiners, 1969.

Diplomat of the American Board of Pathology in combined Anatomic Pathology and
Forensic Pathology, 1987, recertification Oct. 2005.

## LICENSURES

Licensed Practitioner, State of California, 1970, No. G19974 (active)
Licensed Practitioner, State of Maryland, 1971, No. D11930
Licensed Practitioner, State of Oregon, 1975, No. 03262
Licensed Practitioner, State of Florida, 1977, No. ME0031549
Licensed Practitioner, State of New Jersey, 1984, No. MA46122
Licensed Practitioner, State of Massachusetts, 1987, No. 58658 (active)
Licensed Practitioner, State of Tennessee, 2001, No, 35536 (active)
Licensed Practitioner, State of South Carolina, 2005, No, 28416 (active )

## NATIONAL ORGANIZATIONS

Member - N.A.M.E. National Association of Medical Examiners, 1977 to present.
Member - F.A.M.E. Florida Association of Medical Examiners, 1977 to 1981.
Member - A.A.F.S. American Academy of Forensic Sciences, 1977 to present.
Phi Delta Epsilon - Medical Fraternity, 1977 to present.
Sigma Alpha Omicron - Microbiology professional honorary, 1964 to present.

## STATE AND LOCAL ORGANIZATIONS

Massachusetts Medical Legal Society, 1987 to 2001..
New England Society of Forensic Pathologists, 1987 to 2001.
New England Pathology Society, 1987 to 2001.
New England Society of Electron Microscopists, 1995 to 2001..
Cambridge Entomology Club, 1995 to 2002..
Boston Mycological Club, 1997 to 2002..
Vice president of CROA, Chattanooga Regional
  Oncology Association, 2004-2005.
President of CROA, Chattanooga Regional
  Oncology Association, 2005-2006.
Facilitator for lymphoma/leukemia support group, for the lymphoma/leukemia society at Erlanger
  Hospital, Chattanooga TN., Fall 2004 to present.

## PAST POSITIONS

Private Practice, outpatient general medicine at Oak Ridge Clinic, Oakridge, Oregon,
11/1975- 5/1976.

2002.

Lecturer in Pathology, Harvard Medical School, Boston, MA 1996 to 2002.

Teaching appointment, Consultant Pathologist, School of Nursing, University of Massachusetts, Worcester, MA, 1995-1997.

Staff Pathologist, Forensic Pathology, Beth Israel Hospital, Boston, MA, 1996 to 2001.

Course developer for the Forensic Pathology Lecture Series, Harvard Medical School at Brigham and Women's and Beth Israel Hospital, 1987 to 2001.

Adjunct instructor in the department of Internal Medicine, University of Tennessee, Chattanooga Unit of the College of Medicine, The University of Tennessee, 960 E. 3rd St., Chattanooga, TN 37403 May 2005 to present.

## APPOINTMENTS

Director of ACGME Fellowship Program in Forensic Pathology, at O.C.M.E., Boston, MA and Boston University Affiliated Medical Center, 1989 to 2001.

Chief of Staff Headquarters Office, O.C.M.E., Boston, MA, 1991 to 2001.

Director of Research and Development, O.C.M.E, Boston, MA, 1991 to 2001.

Director of District Medical Examiner Affairs, O.C.M.E., Boston, MA, 1992 to 2001.

Chief of Staff, O.C.M.E., Boston, MA, June 1999 to 2001.

## INVITATIONAL LECTURES

Lecturer and consultant to SIDS program, Boston, Massachusetts, 1987 to present.

Lecturer, Principles of Forensic Science, Harvard Medical School, 1992 to present.

Lecturer, Massachusetts Society of Radiological Technologists, 1993 to present.

Lecturer, *Neuropharmacology of Substance Abuse*, Harvard Medical School, with Bertha Madras, PhD, Boston, MA, Spring Semester 1995 to present.

*Completeness of the Afterbirth, a Medical Legal Pathological Discussion,* Kasznica, John, M.D. and Kessler, S., M.D., Journal of Forensic Science, v.36, no.4, July,1991. Paper presented at the American Academy of Forensic Sciences annual meeting, February, 1991.

*Serial Homicides: the New Bedford Murders*, S. Kessler, M.D., and J. Weiner, M.D., presented at the American Academy of Forensic Sciences annual meeting, Boston, MA, February 1993.

*A Review of Pepper Mace Fatalities,* E. McDonough, M.D., & S. Kessler, M.D., et al, presented at the American Academy of Forensic Sciences annual meeting, Boston, MA, 1994.

*Computer Graphics for the Courtroom,* S. Kessler, M.D., presented at the Fall meeting of the New England Society of Forensic Pathologists, Harwich, MA, 1995.

*Things Your Mentor Never Taught You,* S. Kessler, M.D., presented at the Fall meeting of the New England Society of Forensic Pathologists, Harwich, MA, 1995.

*Two on the Lite Side, a Study of Two Helium Related Deaths,* S. Kessler, M.D., and S. Crosby, M.D., presented at the AAFS annual meeting, Nashville, Tennessee, 1996.

*Investigation of Child Fatalities,* S. Kessler, M.D., presented at "Child Abuse and Neglect – A Multidisciplinary Conference for the Massachusetts Children's Justice Act Task Force" and the Flaschner Judicial Institute, Bedford, Massachusetts, 1996.

*Biological and Forensic Applications of SEM,* S. Kessler, M.D., presented at Scanning '96, the annual meeting of Scanning Electron Microscopists, Monterey, California,1996.

*Rib Fractures in 31 Abused Infants: Postmortem Radiologic-Histopathic Study,* P. Kleinman, M.D., S. Kessler, M.D., et al, Pediatric Radiology, V.200, n.3, Sept., 1996.

*Only Skin Deep, Forensic Applications of SEM,* S. Kessler, M.D., presented at the AAFS annual meeting, N.Y., N.Y., February 1997.

*The Correlation between Alcohol Abuse and Intracerebral Hemorrhage,* S. Kessler, M.D., & S. Fowler, M.D., presented at the AAFS annual meeting, NY, NY, Feb.1997.

*A Case of Streptococcal Toxic Shock Syndrome Presenting as Fatal Child Abuse,*

*Digital Imaging—Rapid "Photography" in the Autopsy Suite*, W. Zane, M.D., S. Kessler, M.D., presented at the 51st Annual Meeting of the American Academy of Forensic Sciences, Orlando, Florida, Feb. 15-20, 1999.

*Substance Specific Forensic Photography*, R. Evans, M.D., S. Kessler, M.D., et. al., presented at the 51st Annual Meeting of the American Academy of Forensic Sciences, Orlando, Florida, Feb. 15-20, 1999.

*Forensic Applications of Band-Pass Filters in the Digital Imaging of Cutaneous Injuries,* D. Klein, M.D., S. Kessler, M.D., presented at the 51st Annual Meeting of the American Academy of Forensic Sciences, Orlando, Florida, Feb. 15-20, 1999.

*Above All, Do No Harm—Iatrogenic Anguish and Catastrophe*, S. Kessler, M.D., presented at the XXII Congresso Brasileiro de Patologia, Curitiba, Brazil, June 2-7, 1999.

*Moderator of Forensic Pathology Discussion Group*, S. Kessler, M.D., XXII Congresso Brasileiro de Patologia, Curitiba, Brazil, June 2-7, 1999.

*Who Will Speak for the Dead?* S. Kessler, M.D., guest lecturer in Forensic Sciences for Frederick Beiber, Ph.D., Harvard Medical School, Sept. 27, 1999.

*Who Will Speak for the Dead?* S. Kessler, M.D., guest lecturer in Forensic Sciences for Arthur H. Reis, Ph.D., Brandeis University, Waltham, MA, Oct. 8, 1999.

*Atypical Homicidal Neck Trauma—Two Cases of Unusual Injury to the Neck*, S. Kessler, M.D., presented at the 33rd Annual Meeting of the National Association of Medical Examiners, Minneapolis, Minnesota, Oct. 18, 1999.

*Three Cases of Death by Non-respirable Gases—Carbon dioxide and Nitrogen*, S. Kessler, M.D., presented at the American Academy of Forensic Sciences Annual Meeting, Reno, Nevada, Feb. 2000.

*Periadventitial Extracranial Vertebral Artery Hemorrhage in a Case of Shaken Baby Syndrome*, S. Kessler, M.D., A. Gleckman, M.D., T. Smith, M.D., presented at the American Academy of Forensic Sciences Annual Meeting, Reno, Nevada, Feb. 2000 and published in the Journal of Forensic Sciences, V.45, n.5, Sept. 2000, pp. 1151-1153.

*Correlation of Post Mortem Vitreous Glucose with Glycosylated Hemoglobin*, S. Kessler, M.D., J. Duvall, M.D., presented at the American Academy of Forensic Sciences Annual Meeting, Reno, Nevada, Feb. 2000.

*Failure to Thrive Due to Eosinophillic Colitis—A Case Report of an Infant who presented as Sudden Infant Death Syndrome*, S. Kessler, M.D., F. Sandler, M.D.,

*Forensic Medicine for Lawyers*, S. Kessler, M.D., presented for Paul Ray, LLB, at the American Association for Paralegal Education, regional conference, Clarion Hotel, Chattanooga, TN, April 2003.

*Forensic Medicine for Police*, S. Kessler, M.D., guest lecturer in Forensic Sciences for the Annual Police In-Service Training, Signal Mountain Police Department, Signal Mountain, Tennessee, May 2003.

*Forensic Medicine*, S. Kessler, M.D., presented at Medical Noon Conference, Erlanger Hospital, University of Tennessee, Chattanooga, TN, January 2002.

*Forensic Radiology,* S. Kessler, M.D., guest lecturer in Forensic Sciences for the Annual Radiological Technicians Conference, Erlanger Hospital, University of Tennessee at Chattanooga, Oct. 16, 2003.

*Forensic Death Investigation,* S. Kessler, M.D, guest lecturer in Forensic Sciences for the Annual Homicide Investigation Course, Department of Criminal Justice, Walter State College, Greenville, TN. Jan. 27–30, 2004.

*Forensic Medicine for Police*, S. Kessler, M.D., guest lecturer in Forensic Sciences for the Annual Police In-Service Training, Signal Mountain Police Department, Signal Mountain, Tennessee, April 22, 2004.

*Forensic Medicine*, S. Kessler, M.D., presented at Medical Noon Conference, Erlanger Hospital, University of Tennessee, Chattanooga, TN, October, 2004.

*"Posterior and Lateral Neck Dissection Techniques*", S. Kessler, M.D. contributing author, 4th edition of Spitz and Fisher's Medicolegal Investigation of Death— Guidelines for the Application of Pathology to Crime Investigation, Charles C. Thomas Publisher, Dec., 2005.

*Your day in Court*, S. Kessler, M.D., presented at Internal Medicine Update Conference, Erlanger Hospital, University of Tennessee, Chattanooga, TN, October, 2005.