# ATTACHMENT

# D

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | | |
|---|---|---|
| **GARY WAYNE SUTTON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 3:06-cv-388 |
| | ) | Judge Varlan/Shirley |
| **RICKY BELL,** Warden | ) | DEATH PENALTY CASE |
| | ) | |
| Respondent | ) | |

---

AFFIDAVIT OF NEAL H. HASKELL, Ph.D., DABFE

---

Comes now, Neal H. Haskell, M.S., Ph.D., after being duly sworn according to law, and says as follows:

1. I am a board certified forensic entomologist, being certified under the auspices of the Entomological Society of America as a Board Certified Entomologist, and under the American Board of Forensic Entomology as a Diplomate – American Board of Forensic Entomology. I have studied the science of entomology for over 40 years obtaining a Bachelor of Science Degree in Entomology from Purdue University in 1969; a Master of Science Degree in Forensic Entomology from Purdue University in 1989; and a Doctor of Philosophy in Forensic Entomology from Purdue University in 1993. The last two degrees were the first graduate degrees in the nation by any student focusing on a plan of study in forensic entomology. Over the past quarter century, I have studied and consulted on over 700 forensic cases world wide where entomological evidence was in question. These cases have involved working relationships with hundreds of police agencies, medical examiner districts, coroner's offices, state and regional crime labs, federal and state prosecutor's offices, federal and state public defenders offices, and private defense attorneys. International cases have ranged nearly around the world with cases from Europe, Central America, Central Asia, and Australia. I have qualified as an expert witness in 27 states and in provincial and regional courts and in the Ontario Court of Appeal in Ontario, Canada. I have given several hundred training classes to professional criminal justice personnel such as those mentioned above. I am also a forensic science and biology professor at Saint Joseph's College in Rensselaer, Indiana. I have written many book chapters on forensic entomology,

decomposition and time of death that include: *Entomology & Death: A Procedural Guide*, 1990 Catts & Haskell, and *Medicolegal Investigation of Death*, 2006, Spitz and Fischer.

2. I have reviewed the following documents and have reached a number of conclusions based upon the analysis of these documents with a reasonable degree of scientific certainty as to the time of death of the decedent, Tommy M. Griffin:

1) My trial testimony
2) Exhibit 15 (general blow fly life cycle)
3) Exhibit 16 (climatological data, Knoxville Airport)
4) Exhibit 17 (daily temperature plots 2/22/92 – 2/24/92)
5) Exhibit 35 (photos)
6) Exhibit 39 (8 photos)
7) Exhibit 40 (5 photos on 1 page)
8) Color photos of victim
9) Autopsy of Dr. Ellington
10) Testimony of Dr. Wolf (pages 1849-1943)
11) Testimony of Neal Stone (pages 1786-1791) with attachments
12) Testimony of Robert Webb (pages 233-237)
13) Portion of Blount County Sheriff's file including offense report

3. I have reached these conclusions based upon certain facts:

1) The remains of Tommy M. Griffin, 92ME06, were found during the afternoon of February 24, 1992 (1630 hrs).

2) Photographs providing an accurate representation of the body at that time (scene photographs) were taken between 1630 and 1800 hrs.

3) At the time of body discovery, there were no signs of appreciable decompositional changes to the body.

4) The prosecution's theory for the time when Tommy M. Griffin was murdered was 11:55 PM, February 21, 1992.

5) Hourly temperatures for February 21 to February 24, 1992 showed 7 to 8 hours each day during daylight hours where hourly temperatures were 50° F or above.

6) In a close up photograph of the gunshot entrance wound there appears to be many very small white irregular shaped objects randomly and widely dispersed in and around this wound.

7) There was a complete absence of any adult insect activity around the body or around the wound on the back of the neck or around the face of the decedent.

8) There were no Blow Fly (Calliphoridae) eggs or tiny 1st instar larvae found in the muscle tissues exposed by the shotgun blast or on surrounding skin nor in the facial area.

9) The body was located in a rural outdoor environment with no restrictions to insect accessibility.

10) The body, found within this outdoor environment, was in close proximity to a stream where natural fly ways are present for the insects, and where additional attractants of dead wildlife would be found.

11) The positioning of the remains was with the head down an incline (blood would drain towards the head), the face to the side, and the large entrance wound in the back of the neck fully exposed without any barriers to restrict blow flies or other insects from accessing the wound, the head or the face.

12) The behavioral fact that the female blow flies will be attracted for oviposition (egg laying) to sites of trauma on the remains or to the face when exposed for egg deposition into the nose mouth and eyes from over a mile and a half away. With temperatures above the lower limit temperature threshold, colonization can be very quick (a matter of a couple hours or less).

Conclusions:

Based upon the twelve facts listed above and my many years of research, expertise, and experience in the biology and behavior of insects which are attracted to and feed upon human remains, it is with a reasonable degree of scientific certainty that the person could not have been dead and in this location before late afternoon of February 22, 1992. Further, it is less likely that the remains were in this location on February 22, 1992, than at the location following sunrise on February 23, 1992.

The temperatures for February 22 to February 24, 1992 were well above the minimum lower limit threshold necessary to support female adult blow fly flight and oviposition. Usually, with temperatures in the mid to upper 60s nearing 70° F there is little delay at all (just a few hours).

The tiny white material scattered randomly in and around the wound would be consistent with what is known as shotgun buffer found in large pellet shot gun shells. This material is to reduce surface damage to adjacent pellets so that "fliers", a pellet that does not stay within a tight pattern, will not occur. The size, configuration, and dispersion of these tiny objects are totally and absolutely inconsistent with blow fly egg deposition. The blow fly eggs are 1.5 to 2.0mm in length (the objects on the body are smaller than this). Eggs are cylindrical, not roundish or odd shaped. Moreover, when the

female blow fly deposits the eggs they are in batches and clumps or strung out around or on the wound and in the nose mouth and eyes, not randomly scattered around.

Enhancing the attraction of the flies to the body are several factors, including the position of the body with the site of trauma (the gun shot wound to the back of the neck) being fully up and exposed. The face is to the side and not covered presenting full ease of access for the female blow flies to the nose mouth and eyes. The head down attitude would allow blood to move to the face creating additional attraction. The body was in an outdoor environment lying on the ground with no barriers of any kind to impede the odor dissemination of the body to attract the flies to find and colonize the remains. The close proximity to an active stream would provide unobstructed fly ways for searching female blow flies where additional animal carrion would be found including dead fish, and other aquatic dwelling vertebrates. Thus, it is possible that a 12 – 24 hour delay could have occurred from the time of death to when the remains were found. It is less likely that up to a 48hour delay occurred from death until the remains were discovered. Given the warm temperatures for the 23rd and 24th, there should have been many flies and hundreds of fly eggs located around the entry wound and on the face if death had occurred more than 48 hours prior to finding the remains. The total absence of either adult female blow flies flying around the remains or the absence of any eggs or early stage larvae of these very aggressive insects that actively colonize dead animal carrion is completely inconsistent with death occurring at 11:55 PM on February 21, 1992.

My conclusions are based on the above facts of the case. If new facts were presented, then the expressed opinions may change.

FURTHER AFFIANT SAITH NOT.

______________________________

Neal H. Haskell, Ph.D., DABFE

STATE OF INDIANA )
COUNTY OF JASPER )

Sworn to and subscribed before me this 23rd day of January, 2007

______________________________
Notary Public
CRYSTAL J. BAILEY

My Commission Expires:

06-18-08

# ATTACHMENT E

CURRICULUM VITAE

**Neal Haddon Haskell**

**Present Positions:** Associate Professor of Biology and Forensic Science (Tenured), Department of Biology, Saint Joseph's College, Rensselaer, Indiana
International Forensic Entomology Consultant, 425 Kannal Avenue, Rensselaer, Indiana 47978.
Adjunct Assistant Professor of Entomology, Michigan State University, East Lansing, Michigan
Faculty & Advisory Board Director, Cyril Wecht Institute of Forensic Science and Law, Duquesne University, Pittsburgh, PA
Adjunct Assistant Professor, University of Nebraska, Lincoln, Nebraska
Research Associate, University of Indianapolis, Indianapolis, Indiana
Forensic Entomology Consultant, Office of the Chief Coroner for Ontario, Toronto, Ontario, Canada.

**Telephone:** Lab: (219) 866-7824; Home: (219) 866-3460
**Home Address:** 1920 E Hwy 114, Rensselaer, Indiana 47978
**Lab. Address:** 425 Kannal Avenue, Rensselaer, Indiana 47978

**Education:** Purdue University, 1989-1993; Ph.D.
Purdue University, 1985-1989, M.S.
Indiana University, 1988, Course Work.
Indiana University School of Medicine, 1986, 1990, 1991,Course Work.
Purdue University, 1964-1969, B.S., Cum Laude.
Rensselaer Central High School, 1961-1964.

**Employment:**
1985-Date Forensic consultant to:
Indiana University School of Medicine, Forensic Pathology Department.
Indiana State Police
Indianapolis-Marion County Crime Lab.
Coroners and police agencies throughout the state of Indiana, the U.S, Canada and Europe including:
Federal Bureau of Investigation; Texas Rangers, Dallas, Texas
U.S. Army, CID, Fort Hood, Texas; State of Kentucky, Coroner's System
Illinois Coroner's System; Illinois State Police; Knox County Tennessee ME's Office; Royal Canadian Mounted Police, Canada; Florida Department of Law Enforcement; Tennessee Bureau of Investigation
Metropolitan Toronto Police; Crown Attorney, Ontario, Canada
Pennsylvania State Police; New York State Police; York Regional Police, Ontario, Canada; Ontario Provincial Police, Canada; Nebraska State Police; Dallas Co. Medical Examiner's Office; Ontario Coroner's Office, Canada; State of New Hampshire ME's Office; Oklahoma State Bureau of Investigation; Forensic Lab, Madrid, Spain. To name just a few.

1994-Date Graduate Faculty Advisor;
University of Nebraska, Lincoln Nebraska, Purdue University, W. Lafayette, Indiana, Marietta College, Marietta, Ohio; University of South Carolina, Columbia, South Carolina; University of Missouri, Columbia, Missouri, University of Florida, Gainesville, Florida; Western Michigan University, Kalamazoo, Michigan; University of Indianapolis, Indianapolis, Indiana.

1985-1992 Purdue University, Graduate Researcher.

1969-1987 Owner, Operator -- 800 Acre Beef and Grain Farm in Indiana.

1969-1970 USDA, Plant Pest Control, entomology research and regulation (summers).

1966-1968 Indiana Department of Entomology, (summers).

**Experience:**

2004 – Date Member, Forensic Science Advisory Board, Duquesne University, Pittsburgh, Pennsylvania

2001-2002 Member, Technical Working Group on Education and Training in Forensic Science, Established by the National Institute of Justice, Washington D.C.

1996 Member, Executive Board, American Board of Forensic Entomologists.

1996 Forensic Entomology Consultant, Office of the Medical Examiner for Belize, Belize City, Belize, Central America.

1995 Visiting Professor of Forensic Entomology, St. Joseph's College, Rensselaer, Indiana.

1981-Date Consulted in over 600 death investigation cases from 46 states in the U.S., 2 provinces of Canada, and cases from Australia, England, Spain, Germany, Mexico, and Belize all having entomological evidence in question.

1995 Designed and taught "Introduction to Forensic Science", a 3 hour credit semester course; St. Joseph's College, Rensselaer, Indiana.

1990-Date Scientific publication manuscript reviewer for: *Journal of Agricultural Entomology*; *The American Midland Naturalist*; *Journal of Forensic Science* , *Journal of Medical Entomology*.

1992-Date Certified instructor (and provider), Indiana Law Enforcement Academy.

1992 Assistant Curator of Entomology, Department of Entomology Insect Museum (2.5 million specimens), Purdue University, West Lafayette, Indiana.

1991 Forensic Entomology Consultant to Fort Worth Museum of Science and History. Development of the first Forensic Science exhibit to tour eight major science museums of the U.S.

1985-1995 Serving as Lt. on the Rensselaer Police Department, Forensic Consultant, Firearms Trainer, Special Weapons Team Member.

1968-1995 Serving as a Special Deputy with the Jasper County Indiana Sheriff's Department, Firearms Trainer.

1992-1996 Serving as a Special Deputy with the Knox County Tennessee Sheriff's Department, Forensic consultant.

1972-1996 Attendee of numerous police training, firearms, and special weapons schools, among them, XVIII Airborne Corp Sniper School, Fort Bragg, N. C.

1993 First curriculum directed Doctor of Philosophy Degree in forensic entomology in the United States.

1990 Co-editor and co-author of first forensic entomology procedural guide used in death investigations.

1989 First Forensic Entomologist to conduct insect decomposition field studies using **human corpses**. University of Tennessee, Department of Anthropology, Knoxville, Tennessee.

1989 Forensic Entomology Consultant to The Indiana State Commission on Forensic Science.

1989 First curriculum directed advanced degree in forensic entomology in the United States, Master's Degree.

1988 Instructor Certification, Commission on Criminal Justice Standards and Training, State of Florida.

1988-date Many first time state and federal trial testimony given: Nevada, New Mexico, Oklahoma, Montana, Oregon

1988 First forensic entomological testimony given during a murder trial in Kentucky.

1987 First forensic entomological testimony given during a murder trial in Indiana.

1985 Refined crime scene procedures for forensic entomology.

1970 Licensed Private Pilot—Single engine, Fixed wing aircraft.

**Supreme , Appellate, and State Court Rulings:**

1990 Supreme Court of Indiana; opinion, State of Indiana v. Cephis E. Pasco 563 N.E.2d 587 (Ind. 1990); Unanimous decision; Upheld lower court ruling that entomological evidence given in this trial by Neal H. Haskell and procedures regarding chain of custody were admissible as evidence.

1987-Date Qualified as an expert witness in the United States Federal District Court, Southern District of Florida, Ft. Lauderdale, Florida, Central District of Illinois, Danville, Illinois, and Middle District Court of Tennessee, Nashville, Tennessee. Qualified as an expert witness in state courts of the following states: Indiana; Illinois; Kentucky; Pennsylvania; Oregon; Texas; Minnesota; Florida; Oklahoma; New Mexico; Tennessee; California, Washington, Arkansas, West Virginia, Mississippi Ohio, Nevada, New York, New Jersey, South Carolina, Montana, Alaska, South Dakota, North Dakota, and Ontario, Canada (both local and provincial courts).

**Academic Activities**

1998-Present Professor of Forensic Science and Biology; Saint Joseph's College, Rensselaer, Indiana: Responsible for the following courses:

Human Anatomy and Physiology; Forensic Science, An Introduction to the Field; Advanced Techniques in Crime Scene Investigations; Forensic Entomology; Scientific Writing; Basic Entomology; Medical Entomology; Human Evolution; Evolution of the Universe; Invertebrate Zoology

Forensic Entomology Faculty, Duquesne University, Pittsburgh.
Co -instructor/creator of Introduction to Forensic Science, Purdue University, fall of 2002 and 2003.
Graduate Committees:
Current

Purdue University -- Marissa Fusco
University of Nebraska -- Tim Huntington
Marietta College -- Tracy Huck

Former:

University of Florida -- Sue Gruner
University of Missouri -- Adam Shahid
University of Indianapolis -- Mary Megyesi
University of South Carolina -- Lora Gioni
University of Florida -- Jason Byrd
University of Illinois, Chicago Campus -- Memi Chow
University of Western Michigan --

**Community Service:**

| | |
|---|---|
| 1978-1986 | Township Advisory Board, Jasper County, Indiana. |
| 1969-1984 | Entomology consultant for county agent, Jasper Co. Indiana. |
| 1981-1984 | District Supervisor, Jasper County Soil and Water Conservation District, Rensselaer, Indiana. |
| 1978-1982 | Inspector, Hanging Grove Township Election Board, Jasper Co., Indiana. |
| 1978-1980 | Member, Jasper County, Indiana Library Board. |

**PUBLICATIONS**

**Referred Journals**

Schoenly, K.G., N. Haskell, R. Hall, R. Gbur. "Comparative Performance and Efficiency of Four Sampling Methods from Human and Porcine Remains at the Anthropology Research Facility in Knoxville, Tennessee." (in preparation)

Schoenly, K.G., N. Haskell, D. Mills, C. Bieme-Ndi, C. Blackburn, C. Larsen, Y. Lee,& E. Szabo. "Recreating death's acre in the school yard." (accepted), American Science Teachers Publication (in press June 2005)

Megyesi, M., S. Nawrocki, N. Haskell. 2005. "Using accumulated degree-days to estimate the postmortem interval from decomposing human remains." J Forensic Sci, No. 3, 50:618-626.

Schoenly, K.G., S.A. Shahid, N.H. Haskell, & R.D. Hall. 2005. "Does Carcass enrichment alter community structure of predaceous and parasitic arthropods? a second test." J Forensic Sci, No. 1, 50:134-142..

Shahid, S.A., K. Schoenly, N.H. Haskell, R.D. Hall, and W. Zhang. 2003. "Carcass enrichment does not alter decay rates or arthropod community structure: a test of the arthropod saturation hypothesis at the Anthropology Research Facility in Knoxville, Tennessee. J Med Ent 40; (4):559-569.

Shahid, A.S., R.D. Hall, N.H. Haskell, and R. Merritt. 2000. "Chrysomya rufifacies (Macquart) (Ditpera: Calliphoridae) Established in the Vicinity of Knoxville, Tennessee, USA." J Forensic Sci 2000: 45;(4):896-897.

Schoenly, K.G. and Neal H. Haskell. 2000. "Testing Reliability of Animal Models in Research and Training Programs in Forensic Entomology." Final Report NCJRS, ACCN 173045. National Institute of Justice Journal, January 2000. National

Institute of Justice, U.S. Department of Justice.

Pickering, R.B., J. Ramos, N.H. Haskell, & R. Hall. 1998. "El significado de las cubiertas de crisalidas de insectos que aparecen en las figurillas del occidente de Mexico." In: El occidente de Mexico: arqueologia, historia y medio ambiente: Perspectivas regionales, Universidad de Guadalajara , Guadalajara, Mexico.

Pickering, R.B., J. Ramos, N.H. Haskell, and R. Hall. 1996. "The significance of insect pupae cases on West Mexican figurines." 4th International Colloqium, Guadalajara, Mexico. (in press)

Haskell, N.H., R.D. Hall, and J.E. Pless. 1993. Forensic entomology: an emerging field in medicocriminal investigations. Vect. Cont. Bull. N. Cent. St. 1:107-14.

Lord, W.D., M.L.Goff, T.R. Adkins, and N.H. Haskell. 1993. The black soldier fly *Hermetia illucens* (Diptera: Stratiomyidae) as a potential measure of human postmortem interval: Observations and Case Histories. J. Forensic Sci. 39: 215-222.

Haskell, N. H., D. G. McShaffrey, D. A. Hawley, R.E. Williams, and J.E. Pless. 1989. Identification of a red "fiber": chironomid larvae. J. Forensic Sci. 34: 617-621.

Hawley, D.A., N. H. Haskell, D.G. McShaffery, R. E. Williams, and J. E. Pless. 1989. Use of aquatic insects in determining submersion interval. J. Forensic Sci . Vol. 34: 622-632.

**Books:**

Haskell, N.H. 2005. Forensic Entomology. In: Spitz and Fisher (Editors), *Medicolegal Investigation of Death.* 4th ed. Charles C. Thomas, Springfield, Illinois.

Haskell, N.H. (accepted). The science of forensic entomology. In: *Foundations in Forensic Science and the Law: Investigative Evidence in Criminal, Civil, and Family Law.* 6th edition, edited by Duquesne University Law School and Cyril H. Wecht Institute of Forensic Science and Law, CRC Press, Boca Raton, FL. (in press)

Haskell, N.H. Forensic Entomology. 2003. In: *Legal Medicine* 6th edition, edited by American College of Legal, Elsevier Science, Philadelphia. 750p.

Higley, L.G. and N.H. Haskell. 2000. Insect Development and Forensic Entomology In: Byrd and Castner (Editors), *Forensic Entomology: The Utility of Arthropods in Legal Investigations* CRC Press, Boca Raton, Florida, 418 pp.

Haskell, N.H. W.D. Lord., and J.H. Byrd. 2000. Collection of Entomological Evidence during Death Investigations. In: Byrd and Castner (Editors), *Forensic Entomology: The Utility of Arthropods in Legal Investigations* CRC Press, Boca Raton, Florida, 418 pp.

Haskell, N. H., R. D. Hall, V. J. Cervenka, and M. A. Clark. Chapter IIIc. Insect postmortem artifacts, life stage presence and persistence in soil and other environments. In: Haglund and Sorg (Editors), *Forensic Taphonomy: The Post-Mortem Fate of Human Remains*, CRC Press, Boca Raton, Florida, 636 pp.

Hall, R.D., and N.H. Haskell. 1995. Chapter 25C - Forensic Entomology - Applications in Medicolegal Investigations. In: C. Wecht (Editor), *Forensic Sciences*, Mathew Bender, Albany, New York.

E. P. Catts and N. H. Haskell. (Editors), 1990. Entomology and Death: A Procedural Guide. Joyce's Print Shop. Clemson, SC. 182p.

Haskell, N. H. and R.E. Williams. 1990. Chapter 5 - Collection of Entomological Evidence at the Death Scene. In: E. P. Catts and N.H. Haskell (Editors), Entomology and Death : A Procedural Guide. Joyce's Print Shop. Clemson, SC. 182p.

Haskell, N. H. 1990. Chapter 6 - Entomological Collection Techniques at Autopsy and for Specific Environments. In: E. P. Catts and N.H. Haskell (Editors), Entomology and Death : A Procedural Guide.Joyce's Print Shop. Clemson, SC. 182p.

Haskell, N. H. 1990. Chapter 7 - Procedures in the Entomology Laboratory. In: E. P. Catts and N.H. Haskell (Editors), Entomology and Death : A Procedural Guide. Joyce's Print Shop. Clemson SC. 182p.

**Abstracts:**

N. Haskell. 2005. "Science in Murder: A Look at the Multiple Scientific Disciplines used When Conducting a Routine Forensic Entomology Analysis using the Life Cycles of Calliphorids." Proceedings NAFE Annul Meeting. Orlando, Florida.

R. Gbur and N. Haskell. 2005. Enhanced Standard Operating Procedures Used Under Certain Case Scenarios in a Forensic Entomology Laboratory. Proceedings of the Third European Association for Forensic Entomology Meeting University of Lausanne, Switzerland.

Haskell, N.H. and R. Gbur. 2005. A Winter Murder in Pennsylvania with Recovery in Early Springtime: How the Opposing Forensic Entomology Experts Disagreed. Proceedings of the Third European Association for Forensic Entomology Meeting University of Lausanne, Switzerland

Schoenly, K.G., N Haskell and R.D. Hall. 2005. Which Field Method is Best? *Proceedings*, American Academy of Forensic Science, 57th Annual Meeting, New Orleans, Louisiana

Schoenly, K.G., N Haskell and R.D. Hall. 2004. Insect succession as a tool to estimate the

postmortem interval.. ESA Annual Meeting, Salt Lake City, Utah.

Haskell, N.H., & G. Dale, 2004. A heavy grasshopper infestation creating a delay in blow fly oviposition on a suicide victim during summer in Montana. *Proceedings*, American Academy of Forensic Science, 56th Annual Meeting, Dallas, Texas.

Haskell, N.H., K.G. Schoenly, and J.D. Wells. 2003. Verification of postmortem interval estimates from Calliphoridae life cycle calculations by confirmed case study data and blind testing of pigs of known times of death. Proceedings of North American Forensic Entomology Meeting, Las Vegas, Nevada

Haskell, N.H. 2003. Use of maggot mass temperature in case evaluations: rational and logic of this application. Proceedings of the First European Association of Forensic Entomologists. Frankfurt am Main, Germany.

. Shahid, S.A., K. Schoenly, N.H. Haskell, R.D. Hall. 2003. Validation of the Anthropology Research facility in Knoxville, TN, as a research and training site for forensic entomology. *Proceedings*, American Academy of Forensic Science, 55th Annual Meeting, Chicago, Illinois.

Haskell, N.H. , R.H.Grant, D.A.Hawley, and J.E.Mischler. 2002. The estimation of heat unit requirements of developing larvae using statistical regression of temperature measurements from a death scene. Proceedings of the First European Forensic Entomology Seminar. Rosny sous Bois, France.

Haskell, N.H. 2001. Testing Reliability of Animal Models in Forensic Entomology: Phase II. 2001 Grantees Meeting, National Institute of Justice, Investigative and Forensic Science Division, Seattle, Washington

Haskell, N.H., M.L. Lantz, and L.W.Blum. 2001. The Presence of Blue Bottle Fly Eggs (Calliphoridae; Calliphora vicina) Recovered from a Body during Summer in Northern Illinois with Hourly Observations of Egg Hatch . American Academy of Forensic Science, 53rd Annual Meeting, Seattle, Washington.

Gioni, L.J., and N.H. Haskell, . 2000. Comparative Colonization of Carrion. American Academy of Forensic Science, 52nd Annual Meeting, Reno, Nevada.

Haskell, N.H., M. McIntyre. 2000. "The Use of Blow Flies in Determining Responsibility of the Killing of a protected Reptile (Eastern Massasauga Rattlesnake, Sistrurus catenatus cantenatus) in Georgian Bay Islands National Park, Ontario, Canada?. American Academy of Forensic Science, 52nd Annual Meeting, Reno, Nevada.

Hall, R.D., N.H. Haskell, F.Muret, B.Barnett. 1998. State of Oklahoma v. Howell (Part II): Procedural and Other Issues in Relation to Admissibility and Weight of Entomological Evidence in a Murder Trial. American Academy of Forensic Science, 50th Annual Meeting, San Francisco, California.

Haskell, N.H., R.D. Hall, B. Barnett, F.Muret. 1998. State of Oklahoma v. Howell (Part I): The Use and Value of Entomological Evidence During the Murder Investigation and Subsequent Pre-Trial in Oklahoma. American Academy of Forensic Science, 50th Annual Meeting, San Francisco, California.

Haskell, N.H., F.P Saul, J.M. Saul. 1997. Use of Insect "Remains" in Assessment of Ancient

Maya Burial Practices. American Academy of Forensic Science, 49th Annual Meeting, New York, New York.

Hall, R.D., N.H. Haskell, F. MuretB. Barnett, and B. Barnett. 1996. State of Oklahoma v. Howell (Part II); Procedural and other issues in relation to admissibility and weight of entomological evidence in a murder trial. XX International Congress of Entomology. Florence, Italy.

Haskell, N.H., R.D. Hall, B. Barnett, and F. Muret. 1996. State of Oklahoma v. Howell (Part I); The use and value of entomological evidence during the murder investigation and subsequent pre-trial in Oklahoma. XX International Congress of Entomology. Florence, Italy.

Pickering, R.B., J. Ramos, N.H. Haskell, and R. Hall. 1996. "The significance of insect pupae cases on West Mexican figurines." 4th International Colloquium, Guadalajara, Mexico.

Haskell, N. H., R.H. Grant, D.A. Hawley and J.E. Mischler. 1996. "The estimation of heat unit requirements of developing larvae using statistical regression of temperature measurements from a death scene." American Academy of Forensic Science, 48th Annual Meeting, Nashville, Tennessee.

Haskell, N. H., M. L. Lantz, and L.W. Blum. 1995. "The presence of viable fly larvae (Calliphoridae) from remains in a sub-freezing environment during mid-winter in northern Illinois, USA." American Academy of Forensic Science, 47th Annual Meeting, Seattle, Washington.

Haskell, N. H., R. D. Hall, and M. A. Clark. 1994. "Estimation of the PMI: studies on diurnal flight and oviposition of blow flies (Diptera: Calliphoridae) in Indiana, USA. American Academy of Forensic Science, 46th Annual Meeting, San Antonio, Texas.

Haskell, N. H., R.D. Hall, and R.H. Grant. 1994. "Studies on Environmental Factors which Influence Diurnal Flight and Oviposition of Blow Flies (Diptera: Calliphoridae) in Indiana, USA." Third International Congress of Dipterology, Guelph, Ontario, Canada.

Haskell, N. H., R. D. Hall, and M. A. Clark. 1993. "Estimation of the PMI: studies on diurnal flight and oviposition of blow flies (Diptera: Calliphoridae) in Indiana, USA. 13th International Association of Forensic Science Conference, August 22-28, 1993, Düsseldorf, Germany.

Haskell, N. H., V.J. Cervenka, and M.A. Clark. 1993. Insect postmortem artifacts, life stage presence and persistence in soil and other environments. American Academy of Forensic Science, 45th Annual Meeting, Boston, Massachusetts.

Haskell, N. H., M. A. Clark, D. C. Cook. 1992. "Entomological evidence from extended postmortem interval corpses." Proceedings of the XIX International Congress of Entomology. Beijing, Peoples Republic of China.

Haskell, N. H. and B. J. Haskell. 1991. Mounds of Meaning from Masses of Maggots. Symposium for the 67th annual meeting of the Central States Anthropological Society. Iowa State University. Ames, Iowa.

Haskell, N. H., M. K. Marks, W. M. Bass, and J. E. Pless. 1991. Observations of Rapid Decomposition of Pigs (Sus scrofa L.) and a Human Infant in the Presence of Blow Fly

(Calliphoridae) Larvae. American Academy of Forensic Science, 43rd Annual Meeting, Anaheim, California.

Haskell, N. H., R. E. Williams, and C. A. Towell. 1991. Calliphoridae of Pig Carrion in Northwest Indiana: A Seasonal Comparative Study. American Academy of Forensic Science, 43rd Annual Meeting, Anaheim, California.

Hall, R. D., N. H. Haskell, and R. E. Williams. 1990. Medicocriminal Entomology: Recent North American Case Histories. 12th International Meeting of Forensic Sciences. Adelaide, South Australia.

Haskell, N. H., W. M. Bass, and J. E. Pless. 1990. The Facility for Field Studies of Human Decomposition at the University of Tennessee, Knoxville. 106th Annual Meeting of the Indiana Academy of Science. North Manchester, Indiana.

Haskell, N. H., A. J. Tambasco, D. A. McShaffery, and J. E. Pless. 1990. Identification of Trichoptera (Caddisfly) Larvae from a Body in a Stream. American Academy of Forensic Science, 42nd Annual Meeting, Cincinnati, Ohio.

Haskell, N. H., 1989. The Popularization of Forensic Entomology, North Central Branch, Entomological Society of America, 44th Annual Meeting, Indianapolis, Indiana.

Clark, M.A., J.C. Warner, N.H. Haskell, D.C. Cook, 1989. Long Term Concealment of Non-Homicidal Deaths, American Academy of Forensic Science, 41st Annual Meeting, Las Vegas, Nevada.

. Haskell, N.H., M.A. Clark, R.E. Williams, 1989. Entomological Evidence from Extended Postmortem Interval Human Remains, American Academy of Forensic Science, 41st Annual Meeting, Las Vegas, Nevada.

Haskell, N. H., R.E. Williams, M.A. Clark, D.A. Hawley, J.E. Pless, 1989. Entomological Crime Scene Procedures, American Academy of Forensic Science, 41st Annual Meeting, Las Vegas, Nevada.

Haskell, N. H. 1988. The forensic entomologist in action. American Registry of Professional Entomologists, Ohio Valley Chapter, Student Competition, Anderson, Indiana.

Haskell, N. H., D.G. McShaffery, and R.E. Williams. 1988. Use of aquatic insects in determining submersion intervals of corpses. Presentation: XVIII International Congress of Entomology, Vancouver, Canada

Haskell, N. H., and R.E. Williams. 1988. Insect indicators associated with pig carrion studies and death scene cases in Indiana. Symposium: XVIII International Congress of Entomology, Vancouver, Canada .

Haskell, N. H., and R.E. Williams. 1988. Forensic entomology in Indiana: a case study. Presentation: North Central Branch, Entomological Society of America, 43rd Annual Meeting, Denver, Colorado.

Haskell, N. H. 1987. The forensic entomologist in action. Presentation: The Rocky Mountain Conference of Entomologists, Woodland Park, CO.

Haskell, N.H. 1987. Postmortem succession of scavenging arthropods on pigs. Symposium:

North Central Branch, Entomological Society of America, 42nd Annual Meeting, Des Moines, IA.

**Other Publications:**

Haskell, N.H, B.J. Haskell, & C.M. Haskell. 2004. Investigator's Guide. *Maggots from Murders*. Copy Print Shop. Lafayette, Indiana.

Haskell, N.H, B.J. Haskell, & C.M. Haskell. 2004. Instructor's Guide. *Maggots from Murders*. Copy Print Shop. Lafayette, Indiana.

Haskell, N.H., and C.M. Haskell. 2002. Forensic entomology. *Law and Order*. 50, No. 5, (May), 58-63.

Catts, E. Paul, & N.H. Haskell. 1994. *Sampling for Forensic Entomology in Death Investigations*. BioQuip Products, Gardena, Ca.

James, F.W., & N.H. Haskell. 1987. Sub-guns and full-auto games. S.W.A.T. Vol. 1. No. 5. Spec. Ed. Turbo Publishing. Cornville, Arizona.

**Grants Received:**

National Institute of Justice Research grant, 1997 **$100,000 Award** for further investigation of animal models for human case studies.

Forensic entomology research grant. Indiana Coroner's Association, awarded 1995.

National Institute of Justice research grant, 1994 **$210,000 Award** for investigation of animal models for human case studies.

Forensic entomology research grant. American Academy of Forensic Science, Path/Bio Section Award, 1992.

Forensic entomology research grant. American Academy of Forensic Science, Path/Bio Section Award, 1991.

Forensic entomology research grant. Indiana Coroner's Association, awarded during the 1991 Indiana Coroner Association meeting, Indianapolis, Indiana.

Forensic entomology research grant. American Academy of Forensic Science, Path/Bio Section Award, 1990.

Forensic entomology research grant. Indiana Coroner's Association, awarded during the 1990 Indiana Coroner Association meeting, Indianapolis, Indiana.

Graduate Research Study Grant. Indiana University School of Medicine, Department of Pathology, Indianapolis, Indiana.

Forensic entomology research grant. American Academy of Forensic Science, Path/Bio Section Award, 1989.

Forensic entomology research grant. Indiana Coroner's Association, awarded during the 1989 Indiana Coroner Association meeting, Indianapolis, Indiana.

**Honors:**

Bobby C. Pass Students' Choice Speaker Award, Department of Entomology, University of Kentucky, Lexington, KY, 2000.

Father Kaiser Faculty Award (Excellence in Teaching), Saint Joseph's College, Rensselaer, Indiana, 2001.

1st Place, Graduate Student Awards Competition, North Central Branch, Entomological Society of America, 44th Annual Meeting, Indianapolis, Indiana.

1st Place Master's Division, Ohio Valley Chapter, American Registry of Professional

Entomologists Student Competition, 1988.
President's Academic Award 1969, 1970, Purdue University.

**Honorary and Professional Societies:**

Diplomate, American Board of Forensic Entomologist, Charter Member.
European Association of Forensic Entomology, Founding Member (Associate Member), Rosny sous Bois, France 2002.
American Academy of Forensic Sciences
- 2004 General Section Membership and Promotions Review Committee
- Membership and Promotions Review Committee, General Section - 1992
- Fellow – 1997

Entomological Society of America
- Board Certified Entomologist – Entomological Society of America

Midwestern Association of Forensic Scientists
- (Education Section Coordinator - 1989)

Indiana Academy of Science
Alpha Zeta (Scholastic Honorary)
Gamma Sigma Delta (Scholastic Honorary)

## PRESENTATIONS

**Local, Regional, National, and International Scientific Presentations:**

1987-2005 43 Presentations – Listed in the Abstracts Section of this document.

2005 "Maggots, Murder and Mayhem." 2005 Training Conference, Southwestern Association of Forensic Science, Wichita, Kansas.
2005 "Forensic Sciences for the Science Teacher." Portage Northern H.S., Portage, Michigan.
2005 "Forensic Entomology." Bug Feast. Museum of Natural Science, Raleigh, North Carolina.
2005 "Case Studies in Forensic Entomology." Bug Feast. Museum of Natural Science, Raleigh, North Carolina
2005 "X-Rated Case Studies in Forensic Entomology." Bug Feast. Museum of Natural Science, Raleigh, North Carolina
2005 "Using Forensic Entomology in Insect Pest Control." USDA - Aphis, Center for Plant Health Science and Technology, Raleigh, North Carolina
2005 "Forensic Entomology." 18th Annual Col. Henry F. Williams Homicide Seminar. New York State Police Academy, Albany, New York.
2005 "The Worms Crawl In." Annual Coroners Conference, Indiana Coroner's Association, Merrillville, Indiana.
2005 "Coroners and the Bugs" 2005 Illinois Coroners Basic Training Course, Springfield, Illinois.
2005 "Forensic Entomology." Seminars in Science. Dept. of Chemistry and Life Science, United States Military Academy, West Point, New York.
2005 "A Case from the Forensic Entomologist. "Legal Entomology: Insects in the Courtroom". NCB-ESA Conference, Purdue University, West Lafayette, Indiana
2005 "Case Studies in Forensic Entomology." Forensic Science Class, Purdue University, West Lafayette, Indiana
2005 "Insect Evidence for the Defense." National Legal Aid & Defender Assn., New Orleans, Louisiana.
2005 "Forensic Entomology at Purdue." Purdue Biology Club, Purdue University, West Lafayette, Indiana
2005 "Real Life CSI – A Case Study from a Forensic Entomologist." Purdue Pest Management Conference, Purdue University, West Lafayette, Indiana.
2004 "Bugs on the Body." Midwest Homicide Investigators Assn. Westmont, Illinois.

2004 "Maggots and Murder." Seminars in Criminal Justice. Ball State University, Muncie, Indiana.
2004 "How Maggots can Help. "Annual Meeting of the Indiana Division of the IAI. Ft. Wayne, Indiana.
2004 "PCOs and Forensic Entomology." Washington State Pest Control Assn. Puyallup, WA.
2004 "PCOs and Forensic Entomology." Oregon State Pest Control Assn. Portland, Oregon.
2004 "The PCO in Forensics." 34th Annual Pest Control Short Course Program. University of Kentucky, Lexington, Kentucky.
2004 "Concerns of the EAFE and FE Standards." 2nd NAFE Conference. Davis, California.
2004 "The Coroner and the Maggot." Ohio State Coroners Assn. Annual Meeting, Huron, OH.
2004 "Maggots and the Lawyer." Valparaiso University School of Law, Valparaiso, IN
2004 "Forensic Entomology Comes to Purdue." Graduate Student Seminar, Dept of Entomology, Purdue University, West Lafayette, Indiana
2004 "Bugs and Bodies." Student Seminars of Tarkington Hall, Purdue U. W. Lafayette, IN.
2004 "Maggots Murder and Mayhem." National Center for Unresolved Homicide, Orlando, Florida.
2004 "Forensic Entomology." The Cyril H. Wecht Institute of forensic Science and Law Certification Program. Duquesne University, Pittsburgh, Pennsylvania
2004 "Forensic Entomology and Civil Cases." Individual Defense Litigation Attorneys, City of Chicago Dept. of Law, Chicago, Ill.
2004 "The Future Holds Challenges and Adventures." Keynote Speaker, Induction Meeting, Lambda Tau, Purdue University W. Lafayette, IN
2004 "Standards Issues for Forensic Entomology." 2nd Annual EAFE Meeting, London UK.
2004 "Forensic Entomology and the Law." 2004 Capital Case Defense Seminar, CACJ/CPDA, Monterey, California
2004 "Forensic Entomology and the PCO." Guest Speaker, Waterbury PCO meeting Orlando, FL
2004 "Forensic Entomology and the PCO." Guest Speaker, Waterbury PCO meeting Ocala, FL
2004 "Forensic Entomology and the PCO." Guest Speaker, Waterbury PCO meeting Ft Lauderdale
2004 "Forensic Entomology and the PCO." Guest Speaker, Waterbury PCO meeting Naples, FL
2003 "Murder and Maggots. "Keynote Speaker: Annual Meeting of the Kansas Division of the IAI, Lawrence, KS.
2003 "Maggots from Murders." Forensic Science Seminar, University of New Haven, West Haven, CT.
2003 "Maggots, Murder and Mayhem," National Association of Legal Investigators Annual Meeting, Indianapolis, Indiana.
2003 "Insects and Murder." 94th Annual Meeting and Expo of the American Oil and Chemical Society. Kansas City, Kansas.
2003 "Applications of Forensic Entomology in Death Investigations." Pennsylvania District Attorneys Association, Prosecuting Homicide Cases. Pittsburgh, Pennsylvania.
2003 "Entomology from the Crime Scene." 2003 Capital Case Defense Seminar, CACJ/CPDA, Monterey, California.
2002 "Forensic Entomology." Graduate Forensic Science Seminar. University of Illinois, Circle Campus, Chicago, Illinois.
2002 "Science and Forensic Entomology." Biology Club. Purdue University, West Lafayette, Indiana.
2002 "The Forensic Entomologist in High Profile Cases." Department of Entomology, Michigan State University, East Lansing, Michigan.
2002 "Forensic Entomology and Murder." Collegiate 4-H Regional Conference, Purdue University, West Lafayette, Indiana.
2002 "Forensic Entomology." Annual Meeting of the Indiana Division of the IAI. Indianapolis, Indiana.
2002 "Forensic Entomology and the Science Teacher." Purdue School of Science K-12 Outreach Program. Purdue University, West Lafayette, Indiana.
2002 "Forensic Entomology." The Cyril H. Wecht Institute of forensic Science and Law Certification Program. Duquesne University, Pittsburgh, Pennsylvania.
2002 "Forensic Entomology in Crime Investigations." MSU and the Detroit College of Law. East Lansing, Michigan.

2002 The Coroner and Forensic Entomology." Annual Coroners Conference, Indiana Coroner's Association, Columbus, Indiana.
2002 "Bugs in Death Investigations." The National Center for the Study of Unresolved Homicides. University of Central Florida. Orlando, Florida
2002 "Using Entomology to Solve Crimes." Forensic Science in the Courtroom. Illinois Association of Criminal Defense Lawyers. Chicago, Illinois.
2002 "Using Entomology to Solve Crimes." Forensic Science in the Courtroom. Illinois Association of Criminal Defense Lawyers. Southern Illinois University, Carbondale, Illinois.
2002 "Forensic Entomology and the Forensic Science Program." Department of Forensic Sciences, Eastern Kentucky University, Richmond, Kentucky.
2002 "Principles of Forensic Entomology and Needed Research", Indiana State Coroner's Association Annual Conference, Columbus, Indiana.
2002 "Forensic Entomology", Investigation of Crime: Bugs, Bones, and Bodies, The 17th Bi-Annual Training Conference, Albuquerque, New Mexico.
2002 "Forensic Investigations", University of Pittsburgh-2002 Police Training Series, Pittsburgh, Pennsylvania.
2001 "Forensic Entomology-Practical Applications", Investigation of Crime: Bugs, Bones, and Bodies, Bi-annual Seminar of the Investigation of Crime, Las Vegas, Nevada.
2001 "Forensic Entomology and the Law." Emerging Trends: Scientific Evidence in the Courtroom. National Conference on Science and the Law, National Institute of Justice, Miami, Florida.
2001 Forensic Entomology and the Law, The John Marshall Law School, Chicago, Illinois.
2001 "Bugs as Forensic Evidence", 8th Annual Harriette Austin Writers Conference, The University of Georgia, Athens, Georgia.
2001 "Bugs, Beetles, and Time of Death", The Washington County Prosecutor's Office, Marietta, Ohio.
2001 "Forensic Entomology", New Mexico District Attorney's Annual Training Conference, Albuquerque, New Mexico.
2001 "Maggots: How Far Have They Come and How Far Can They Go", Southeastern Branch of the Entomological Society of America, Augusta, Georgia.
2001 "Maggots, Murder, and Mayhem!", CSU Stanislaus, Turlock, California.
2001 "Forensic Entomology", Illinois Law Enforcement Training and Standards Board, Springfield, Illinois.
2001 Forensic Science as a Career, CareerFest, Saint Joseph's College, Rensselaer, Indiana.
2001 "Forensic Entomology", Illinois State Police Homicide Investigation Symposium, Collinsville, Illinois.
2000 "Bones and Bugs." Indiana University at Gary, Gary, Indiana.
2000 "Forensic Etnomology and the Law." Emergin Trends: Scientific Evidence in the Courtroom, National Conference on Science and the Law, national Institute of Justice, San Diego, California.
2000 "Flies that Make the Case" Guest Lecturer, Forensic Entomology Class, Department of Entomology, Michigan State University, East Lansing, Michigan.
2000 "Bugs and Bodies." Illinois State Police, Illinois State Crime Lab, Chicago, Illinois.
2000 "The Worms Crawl In." Widwestern Association of Forensic Scientists, Traning Seminar, 29th Annual Meeting, Chicago, Illinois.
2000 " Maggots, Murduer and Mayhem." Indiana Enviormental Health Association, 50th Anniversary Evansville, Indiana.
2000 "Maggot in Indiana" Indiana State Coroners Association, Basic Death

Investigation Course, Lafayette, Indiana.

2000 "Maggots and Murder" Guest Lecturer, Forensic Entomology Class, Department of Entomology, University of Wisconsin, Madison, Wisconsin.

2000 "The Maggot is the Witness" Specieal Guest Lecturer choosen by the students, Departmental Seminar Series, Department of Entomology, University of Kentucky, Lexington, Kentucky.

2000 "Forensic Entomology and the Forensic Anthropologist." Mountain, Swamp, and Beach Anthropological Association Annual Meeting, Department of Anthropology, University of Tennessee, Knoxville, Tennessee.

2000 " Forensic Entomology and Death" Midstates Organized Crime Information Center Annual meeting, Springfield, Missouri.

2000 "Entomology and the Death Scene." Washington State Coroners and Medical Examiner's Association, Basic Death Investigation Course, Snohomish County Coroner's Office, Everrett, Washington.

1999 "Insects and Forensic Pathology" Ball University Hospital, Muncie, Indiana.

1999 "Insects and the Bone Guys." Purdue University Bio Club, Purdue University, West Lafayette, Indiana.

1999 "Insects and Murder" 1999 Illinois Coroners Basic Training Course, Collinsville, Illinois.

1999 "Insects and Death." Henry Williams Death Investigation Seminar, New York State Police Academy, Albany, new York.

1999 "Bugs, Beetles and Time of Death." Advanced Homicide Investigation Conference, Fox Valley Technical College, Appleton, Wisconsin.

1999 "Maggots, Murder and Mayhem." Masters 8 Conference for Advanced Death Investigation, St. Louis University School of Medicine, St. Louis, Missouri.

1999 "Insects and the Bone Guys." Indiana University at Gary, Gary, Indiana.

1999 "Bugs at the Scene." Fourteenth Medicolegal Investigation of Death Seminar, Morgantown, West Virginia.

1999 "Maggots and Mayhem." National Center for Unresloved Homicide, Orlando, Florida.

1999 "1998 Body Farm Study." National Institute of Justice Scientific Meeting, AAFS conference, Orlando, Florida.

1998 "Insects of Death." Guest Lecturer, Forensic Entomology Class, Department of Entomology, Michigan State University, East Lansing, Michigan,

1998 "Forensic Entomology." Departmental Seminar, Department of Entomology, Michigan State University, East Lansing, Michigan.

1998 "Bugs and Bodies." Departmental Seminar, Department of Entomology, University of Tennessee, Knoxville, Tennessee.

1998 "Insects and Death." Copesan Technical Committee Workshop, Anthropology Research Facility, University of Tennessee, Knoxville, Tennessee

1998 "Bugs, Beetles and Time of Death." Wisconsin Homicide Investigator's Association Annual Conference. Green Bay, Wisconsin.

1998 "Cases in Forensic Science.", Class Lecture, Forensic Entomology, Dept. of Entomology, University of Massachusetts, Amherst, Massachusetts.

1998 "Tales of the Body Farm and Other Mysteries". Departmental Seminar, Dept. of Entomology, University of Massachusetts, Amherst, Massachusetts.

1998 "Forensic Entomology." Tales from the Dead Lecture Series, Denver Museum of Natural History. Denver, Colorado.

1998 "Entomology Evidence form the Death Scene". Indiana Prosecutor's Winter Meeting, Indianapolis, Indiana.

1997 "Bugs, Beetles and Time of Death." 5th Annual Investigation for Identification. Pensacola, Florida.
1997 "Forensic Entomology." Pest Management "97. National Pest Control Association, Minneapolis, Minnesota.
1997 "The Insects at the Death Scene." Police Officer's Association of Nebraska Annual Convention, Grand Island, Nebraska.
1997 "Bugs and Death." Metro-Dade Advanced Death Scene Investigation Seminar, Miami Beach, Florida.
1997 "Forensic Entomology." 24th Medicolegal Investigation of Death Seminar, Albuquerque, New Mexico.
1997 "Entomology and Death." International Homicide Investigation Seminar, Hocking College, Atlanta, Georgia.
1997 "Insects and Death." 1997 Illinois Coroners Basic Training Course, Springfield, Illinois.
1997 "Tales of the Body Farm and Other Anecdotes." E. Paul Catts First Memorial Lectureship, Washington State University, Pullman, Washington.
1997 "Entomology and the Death Scene." Washington State Coroners and Medical Examiner's Association, Basic Death Investigation Course, Seattle, Washington.
1996 "Entomological Evidence from the Death Scene." Third Annual Conference, Indiana Division of the IAI, Indianapolis, Indiana.
1996 "Bugs, Beetles and Time of Death." 1996 Forensic Seminar, Medical University of South Carolina, Charleston, South Carolina.
1996 "Insects of Ancient Tombs." Program for Belize, Texas Acheological Project, Rio Bravo Research Station, Belize, Central America.
1995 "Case Studies in Forensic Entomology." Invited lecturer, Forensic Entomology Class, Department of Entomology, Michigan State University, East Lansing, Michigan.
1995 "The Bugs of Death." Invited lecturer, Departmental Seminar, Michigan State University, East Lansing, Michigan.
1995 "Bugs and Death: An X-Rated Introduction to Forensic Entomology." Pest Control Short Course, University of Kentucky, Lexington, Kentucky.
1995 " Insects at the Crime Scene." Midstates Organized Crime Information Center Annual meeting, Rapid City, South Dakota.
1995 "The Use of Forensic Entomology as a Teaching Tool." Invited Lecturer, NSTA Indiana Workshop, for High School Biology Teachers Workshop, Purdue University, West Lafayette, Indiana.
1995 "Bugs and Death." Guest Lecturer, Police Academy Class, Santa Rosa Junior College, Santa Rosa, California.
1995 "Forensic Entomology." Guest Lecturer, Forensic Science Class (Criminalistics), Indiana University Kokomo, Kokomo, Indiana.
1995 "Insects and Murder." Department Seminar, Department of Biology, St. Joseph's College, Rensselaer, Indiana.
1994 "Insects and Death Scenes." Departmental Seminar, Department of Biological Sciences, Kent State University, Kent, Ohio.
1994 "Bugs and Crime." Guest Lecturer, History of the Forensic Sciences Class, University of Florida, Gainesville, Florida.
1994 "Entomology for the Defense." Henepin County Public Defenders Office Seminar, Minneapolis, Minnesota.
1994 "Bugs, Beetles and Time of Death in Homicide Investigations." Departmental Seminar, Department of Biological Science, Louisiana Tech University, Ruston Louisiana.
1994 "Insects and the Forensic Science Team." Guest Lecturer, Forensic Science Class (Criminalistics), Indiana University-Purdue University-Fort Wayne,

Fort Wayne, Indiana.
1994 "The Use of Forensic Entomology as a Teaching Tool for Junior High Science Teachers." Invited Lecturer, NSTA Indiana Workshop, Junior High and Middle School Science Teachers Workshop, Purdue University, West Lafayette, Indiana.
1994 "The Use of Forensic Entomology as a Teaching Tool." Invited Lecturer, NSTA Indiana Workshop, for High School Biology Teachers Workshop, Purdue University, West Lafayette, Indiana.
1994 "Bugs in Forensic Investigations." Guest Lecturer, Minority Middle School Summer Science Program, School of Science, Purdue University, West Lafayette, Indiana.
1994 "Forensic Entomology Applications at the Death Scene." 1994 Indiana Coroner's Annual Meeting, Indianapolis, Indiana.
1994 "Forensic Entomology and the Health Department." 19th Annual Pest Control Seminar-Workshop, Northbrook, Illinois.
1994 "Pest Control Operators and Forensic Entomology." Manager's Meeting, Anderson Pest Control, Northbrook, Illionois.
1994 "Bugs, Beetles and Time of Death." 1994 Eastern Conference, National Pest Control Association, Atlantic City, New Jersey.
1994 "Forensic Entomology and the PCO." 58th Annual Purdue Pest Control Conference. Purdue University, West Lafayette, Indiana.
1993 "Environmental Evidence at the Death Scene." Departmental Seminar, Department of Agronomy, Purdue University, West Lafayette, Indiana.
1993 "Use of Insects in Death Investigations; A Short Introduction. " 21st Annual Medical Examiners Educational Program, Ft. Lauderdale, Florida.
1993 "Forensic Entomology and High School Science." Keynote speaker. Wyoming Science Teachers Annual Meeting. Sheridan, Wyoming.
1993 "Forensic Entomology and the Death Scene." A Summer Course of Forensic Chemistry for Advanced High School Chemistry Students. Purdue University, West Lafayette, Indiana.
1993 "The Use of Forensic Entomology as a Teaching Tool for Junior High Science Teachers." Invited Lecturer, NSTA Indiana Workshop, Junior High and Middle School Science Teachers Workshop, Purdue University, West Lafayette, Indiana.
1993 "Forensic Entomology as a Science Teachers Tool." Invited Lecturer, NSTA Indiana Workshop, High School Science Teachers Workshop, Purdue University, West Lafayette, Indiana.
1993 "The Forensic Flies." Guest Lecturer, Minority Middle School Summer Science Program, School of Science, Purdue University, West Lafayette, Indiana.
1993 "Forensic Entomology." Guest Lecturer, Criminalistics 1 Class. Indiana University, Kokomo. Kokomo, Indiana.
1993 "Bugs, Beetles and Time of Death." Guest Lecturer, Biology 109 Class, Spring Semester, Purdue University, West Lafayette, Indiana.
1993 "The Death Scene Investigator and Forensic Entomology." Annual Training Workshop. Indiana State Police. Indianapolis, Indiana.
1993 "The Elements of Forensic Entomology." Bio Club. Purdue University, West Lafayette, Indiana.
1993 "Forensic Entomology or Kinetics of Postmortem Decay." American Chemical Society, Student Affiliate Meeting, Purdue University, West Lafayette, Indiana.
1992 "Entomological Evidence at the Death Scene." Jasper County Sheriff's Department, Rensselaer, Indiana.
1992 "Maggots and Mayhem." Guest Lecturer, Biology 109 Class, Spring

Semester, Purdue University, West Lafayette, Indiana.
1992 "Evolution of Small Arms." Guest Lecturer, Naval Science Program, Purdue University, West Lafayette, Indiana.
1992 "Bugs, Beetles, and Time of Death." Guest Lecturer, Cadet's Scholastic Science Luncheon Seminar, United States Military Academy, West Point, New York.
1992 "Training Programs in Forensic Entomology." 2nd International Forensic Entomology Symposia. XIX International Congress of Entomology, Beijing, Peoples Republic of China.
1992 "Forensic Science: A Tool for Teaching." Invited Lecturer, NSF and NSTA National Workshop, Middle School and Junior High School Science Teachers Workshop, Purdue University, West Lafayette, Indiana.
1992 "Bugs, Beetles and Time of Death." Animal Caretaker Meeting, Laboratory Animal Program, Purdue University, West Lafayette, Indiana.
1992 "Insects at the Death Scene." "Future Forum," School Seminar, School of Veterinary Medicine, Purdue University, West Lafayette, Indiana.
1992 "Advancements in Forensic Entomology." Chemistry Department Faculty Seminar, United States Military Academy, West Point, New York.
1991 "Maggots and Mayhem." Guest Lecturer, Biology 109 Class, Spring Semester, Purdue University, West Lafayette, Indiana.
1991 "Problems and Limitations When Using Forensic Entomology Evidence." Mountain, Swamp, and Beach Anthropological Association Annual Meeting, Department of Anthropology, University of Tennessee, Knoxville, Tennessee.
1991 "Bugs, Beetles and Time of Death." A Summer Course of Forensic Chemistry for Advanced High School Students. Purdue University, West Lafayette, Indiana.
1991 "Forensic Entomology: An Overview." Bio Club, Purdue University, West Lafayette, Indiana.
1991 "Forensic Entomology Death Scene Evidence." Pickaway County Sheriff's Department, Circleville, Ohio.
1991 "The Facility." Charles Darwin Society, Purdue University, West Lafayette, Indiana.
1991 "Bugs, Beetles, and Time of Death." Ecolunch Seminar, Department of Biology, Purdue University, West Lafayette, ' Indiana.
1991 "Seasonal Changes in Calliphorid Assemblage Patterns." Department of Entomology Spring 1991 Spring Seminar Series. Purdue University, West Lafayette, Indiana.
1991 "Dead Men Do Tell Tales." Departmental Seminar, Department of Biology, Florida State University, Tallahassee, Florida.
1991 "Bug, Beetles and Time of Death." Deparmental Seminar. Department of Entomology, University of Florida, Gainesville, Florida.
1991 "Maggots and Mayhem." Departmental Seminar, Department of Pathology, Indiana University Medical School, Purdue Campus, West Lafayette, Indiana.
1990 "Hyperbugs", Utilization of Evidence in Death Investigations, Indiana Commission on Forensic Science, Indiana Coroner's Association, and National Association of Medical Examiners, Indianapolis, Indiana.
1990 "Insects Used In Death Investigations." Tippecanoe County Area Police Agencies for Death Scene Investigators, West Lafayette Police Department, West Lafayette, Indiana.
1990 " Bugs, Beetles, and Time of Death", Departmental Seminar Series, Department of Entomology, University of Illinois, Urbana, Illinois.
1990 "Historical Development of Medicolegal Entomology." 22nd Annual Conference of the Society for Vector Ecology, Mesa Arizona.

1989 "Forensic Entomology", Department of Anthropology, University of Tennessee, Knoxville, Tennessee.
1989 Section Co-moderator, Pests of Domesticated Animals, North Central Branch, Entomolgical Society of America, 44th Annual Meeting, Indianapolis, Indiana.
1989 "Bugs, Beetles and Time of Death," Seminars in Forensic Science, Department of Pathology, University of Tennessee School of Medicine, Knoxville, Tennessee.
1989 Forensic Entomology Instructor, Death Scene Investigation School, St. Louis University School of Medicine, St. Louis, Mo.
1989 "Elements of Forensic Entomology," Illinois Mosquito Vector Contol Assn. annual meeting, Peoria, Ill.
1989 "Elements of Forensic Entomology", Guest Lecturer, Department of Anthropology, University of Tennessee, to visiting Appalachia State University Anthropology students.
1989 "Checkout Time at the Bates Motel", *Tales Told by Maggots: The Forensic Applications of Entomology,* Section D Symposium, Entomological Society of America Annual Meeting, 1989, San Antonio, Texas.
1989 "Applications of Forensic Entomology", Texas Department of Health, Austin, Texas.
1988 "Bugs, Beetles and Time of Death" 1988 Indiana Coroner's Association Meeting. Indianapolis, Indiana.
1988 "Forensic Entomology," aired in May on the Indiana Medical TV Network. IUPUI TV Studios. Indianapolis, Indiana.
1988 1 hour video tape presentation "Forensic Entomology," as a portion of a video teaching series in forensic science produced by the American Medical Association.
1988 Panel member of the 1st International Forensic Entomological Symposium, XVIII International Entomology Congress, Vancouver B.C.
1988 "Forensic Applications of Entomological Evidence." Physical Evidence Section, Forensic Laboratory, Bundeskriminalamt, Wiesbaden, West Germany.
1988 "Corpses of Tennessee," Department of Pathology, Indiana University School of Medicine, IUPUI, Indianapolis, Indiana.
1988 "The Forensic Entomologist in Action," Seventeenth Anniversary Midwestern Association of Forensic Scientists Meeting, Minneapolis, Minnesota.
1988 "Forensic Entomology in Indiana," 104th Annual Meeting, Indiana Academy of Science, Notre Dame, Indiana.
1988 "The Forensic Entomolgist in Action," 1988 Fumigants and Pheromones, Options and Strategies, Indianapolis, Indiana.
1988 "Concepts in Forensic Entomology," Department of Anthropology, Indiana University, Bloomington, Indiana.
1987 "Insects Used as Evidence from Death Scenes." Indiana State Coroners Orientation Meeting. Indiana Law Enforcement Academy. Plainfield, Indiana.
1985 "Insects of pig carrion in Indiana." Midwestern Association of Forensic Scientists, Indianapolis, Indiana.
1985 "Science in Revolution." Departmental Seminar, Department of Entomology, Purdue University, West Lafayette, Indiana.

**Workshops:**

2005 Nine New Workshops during the 2005 season

2004 Ten New Workshops during the 2004 season.

2004 "14th Annual Forensic Workshop." Two Day Training for Entomology, Sponsored by the Rensselaer Police Department and the Jasper County Sheriff's Department, Rensselaer, Indiana.

2003 "Maggot and the Science Teacher." Standards-Based Integrated Science Instruction forensic science professional development for teachers. Earth and Atmospheric Sciences, Purdue University.
2003 *Crime Solver Camp.* A Forensic Science Workshop for High School Students and Science Teachers. Saint Joseph's College, Rensselaer, Indiana.
2003 "The Insects and the Death Scene." Durham Region Police. Oshowa, Ontaria, Canada.
2003 "Forensic Entomology" Forensic Science and the Law, The Cyril H. Wecht Institute of Forensic Scienc and the Law, Duquesne University, Pittsburgh, Pennsylvania.
2003 "13th Annual Forensic Workshop." Two Day Training for Entomology, Sponsored by the Rensselaer Police Department and the Jasper County Sheriff's Department, Rensselaer, Indiana.
2003 "Death Scene Investigation. A Forensic Entomology Field Training Workshop" Colorado Springs Police Department, Colorado Springs, Colorado.
2002 "Forensic Entomology", Indiana State Police Integrated Indiana Law Enforcement Crime Scene Training Program, Plainfield, Indiana. (Fall)
2002 "Death Scene Investigation, A Forensic Entomology Field Training Workshop" Pierce County Sheriff's Department, Puyallup, Washington.
2002 *Crime Solver Camp.* A Forensic Science Workshop for High School Students and Science Teachers. Saint Joseph's College, Rensselaer, Indiana.
2002 "Bugs from the Scene" Forensic Training Seminar, Sponsored by the Michigan State Police, East Lansing, Michigan.
2002 11th Annual Short Course-Death Scene Archaeology: Field Methods in the Location, Recovery, and Interpretation of Human Remains from Outdoor Contexts, Mercyhurst College, Erie, Pennsylvania (Students—Tiede, Mallory).
2002 "12th Annual Forensic Workshop." Two Day Training for Entomology, Sponsored by the Rensselaer Police Department and the Jasper County Sheriff's Department, Rensselaer, Indiana.
2002 "Forensic Aspects of Death", Ohio Peace Officer Training Council, London, Ohio.
2002 "Forensic Entomology", Indiana State Police Integrated Indiana Law Enforcement Crime Scene Training Program, Plainfield, Indiana. (Spring)
2001 "Forensic Aspects of Death", Ohio Peace Officer Training Council, London, Ohio.
2001 "Forensic Entomology", Indiana State Police Integrated Indiana Law Enforcement Crime Scene Training Program, Plainfield, Indiana. (Fall)

2001 10th Annual Short Course-Death Scene Archaeology: Field Methods in the Location, Recovery, and Interpretation of Human Remains from Outdoor Contexts, Mercyhurst College, Erie, Pennsylvania.
2001 "Entomology from the Death Scene: A Forensic Entomology Workshop", Kankakee Community College Coroner and Medical Examiners Training, Kankakee, Illinois.
2001 "Forensic Entomology", Indiana State Police Integrated Indiana Law Enforcement Crime Scene Training Program, Plainfield, Indiana. (Spring)
2001 "11th Annual Forensic Workshop." Two Day Training for Entomology, Sponsored by the Rensselaer Police Department and the Jasper County Sheriff's Department, Rensselaer, Indiana.
2001 Skeletal Disinternment/Clandestine Grave Workshop, Northeast Wisconsin Technical College and the Shawano County Sheriff's Department, Shawano, Wisconsin.
2000 "A Forensic Entomology Workshop for Death Scene Investigators." Two Day Training for Entomology, Sponsored by the New York State Police, Albany, New York.
2000 "Bugs from the Scene" Forensic Training Seminar, Sponsored by the Michigan State Police, East Lansing, Michigan.
2000 "Recovery of Insect Evidence." Indiana Law Enforcement Crime Scene Training Program, Indiana State Police, ILEA, Plainfield, Indiana (Fall program).
2000 "10th Annual Forensic Workshop." Two Day Training for Entomology and Anthropology, Sponsored by the Rensselaer Police Department and the Jasper County Sheriff's Department, Rensselaer, Indiana.
2000 "Insect Collecting from the Remains." Eighth Annual Seminar, Mercyhurst Archaeological Institute and Criminal Justice Departments, Mercyhurst College, Erie, Pennsylvania.
2000 "Recovery of Insect Evidence." Ohio Peace Officer Training Academy, London, Ohio.
2000 "Recovery of Insect Evidence." Indiana Law Enforcement Crime Scene Training Program, Indiana State Police, ILEA, Plainfield, Indiana (Spring program).
1999 "Bugs and Bodies." One day training for entomology recovery. Washington State Association of Coroners and Medical Examiners, Pasco, Washington.
1999 "9th Annual Forensic Workshop." Two Day Training for Entomology and Anthropology, Sponsored by the Rensselaer Police Department and the Jasper County Sheriff's Department, Rensselaer, Indiana.
1999 "Insect Collecting from the Remains." Seventh Annual Seminar, Mercyhurst Archaeological Institute and Criminal Justice Departments, Mercyhurst College, Erie, Pennsylvania.
1999 "Recovery of Insect Evidence." Ohio Peace Officer Training Academy, London, Ohio.
1999 "Insects and the Death Scene." Two Day Training Seminar, Angelo State Community College, San Angelo, Texas.
1998 "Entomological Evidence and Its Importance." Two day workshop hosted by the Florida Department of Law Enforcement Pensalcola, Florida.
1998 "Insects and the Body." Crime Scene Exhumation Seminar, Jefferson County Correctional Facility, Beaumont, Texas.
1998 "Indiana Coroner's Training Workshop." Indianapolis, Indiana.
1998 "Forensic Entomology Workshop." Regional, Two Day Entomology Field Training for Coroner's and Police Investigators, Sponsered by the Morgan County, Illinois Coroner and the Illinois #10 Multiregional Training Unit,Jacksonville, Illinois.
1998 "The Insect Evidence." A Short Course in Forensic Entomology,

University of Pennsylvania, University Park, Pennsylvania.
1998 "Forensic Workshop." Two Day Training for Entomology and Anthropology, Sponsored by the Rensselaer Police Department and the Jasper County Sheriff's Department, Rensselaer, Indiana.
1998 "Insect Collecting from the Remains." Sixth Annual Seminar, Mercyhurst Archaeological Institute and Criminal Justice Departments, Mercyhurst College, Erie, Pennsylvania.
1997 "Advanced Homicide Investigation School." Two Day Training Workshop, Midland Police Department, Midland, Texas.
1997 "Forensic Entomology Seminar." Two Day Training Seminar, Criminal Justice Institute, Central Florida Community College, Ocala, Florida.
1997 "Insects and the Death Scene." Two Day Training Seminar, Concho Valley Regional Law Enforcement Academy, San Angelo, Texas.
1997 "Maggots and the Death Scene." Advanced Homicide Investigation School, Midland Police Training Academy, Midland, Texas.
1997 "The Crime Scene and Insect Evidence." A Short Course in Forensic Entomology, University of Pennsylvania, University Park, Pennsylvania.
1997 "Forensic Workshop." Two Day Training for Entomology and Anthropology, Sponsored by the Rensselaer Police Department and the Jasper County Sheriff's Department, Rensselaer, Indiana.
1997 "Insect Collecting from the Remains." Sixth Annual Seminar, Mercyhurst Archaeological Institute and Criminal Justice Departments, Mercyhurst College, Erie, Pennsylvania.
1997 "Forensic Entomology: Time Since Death." A University of North Carolina, Wilmington and Cape Fear Community College Workshop, Wilmington, North Carolina.
1996 "Entomology and Death." Southwest Criminal Justice Institute Workshop, Abilene, Texas.
1996 "Bugs, Beetles and Time of Death." Twelfth Annual LEIN Training Conference. Des Moines, Iowa.
1996 "Forensic Entomology Workshop." Regional, Two Day Entomology Field Training for Coroner's and Police Investigators, Sponsored by the Morgan County, Illinois Coroner and the Illinois #10 Multiregional Training Unit,Jacksonville, Illinois.
1996 "Bugs and Bodies." Annual Meeting, North Carolina Homicide Investigators Association, Atlantic Beach, North Carolina.
1996 "Forensic Entomology." Third Annual Postgraduate Clinical Forensic Medicine Conference, University of Louisville, Louisville, Kentucky.
1996 "Forensic Entomology Workshop." International Crime Scene Investigation Seminar. Boulder Police Department, Boulder, Colorado.
1996 "Insects at the Crime Scene." A Short Course in Forensic Entomology, University of Pennsylvania, University Park, Pennsylvania.
1996 "Forensic Workshop." Two Day Training for Entomology and Anthropology, Sponsored by the Rensselaer Police Department and the Jasper County Sheriff's Department, Rensselaer, Indiana.
1996 "Insect Collecting from the Remains." Fifth Annual Seminar, Mercyhurst Archaeological Institute and Criminal Justice Departments, Mercyhurst College, Irie, Pennsylvania.
1995 "Forensic Entomology Workshop." Two Day Training for Entomology, Sponsored by the Alliance Ohio Police Department, Alliance, Ohio.
1995 "Death Scene and Entomological Evidence." International Homicide Investigation Seminar, Hocking Technical College, at Columbus, Ohio.
1995 "Forensic Entomology Workshop." Two Day Training for

Entomology , Sponsored by the Pennsylvania State Police, Pennsylvania State Police Academy, Hersey, Pennsylvania. 1995 "Forensic Workshop." Two Day Training for Entomology and Anthropology, Sponsored by the Rensselaer Police Department and the Jasper County Sheriff's Department, Rensselaer, Indiana.

1995 "Entomological Evidence and Its Importance." Two day workshop hosted by the Florida Department of Law Enforcement and the Escambia County Extension Service, Pensalcola, Florida.

1995 "Evidence from the Death Scene." Training workshop for Emergency Response Team, Illinois and Indiana Contingent, Federal Bureau of Investigation, Indiana Dunes Natational Lake Shore, Chesterton, Indiana.

1994 "Collecting Entomological Evidence at the Death Scene." and "The Forensic Entomologist on the Witness Stand." Forensic Entomology Workshop, Entomological Society of America Annual Meeting, Dallas Texas.

1994 "The Death Scene and Entomology Evidence." International Homicide Investigation Seminar, Hocking Technical College, at Scottsdale, Arizona.

1994 "Challenges in Forensic Pathology and Investigations." Portion of a three day training workshop for death investigators in Florida. 22nd Annual Medical Examiners Educational Program, Sarasota, Florida.

1994 "Forensic Workshop." International Two Day Training for Entomology and Anthropology, Sponsored by the Rensselaer Police Department and the Jasper County Sheriff's Department, Rensselaer, Indiana.

1994 "Forensic Entomology Workshop." Two day training workshop in Entomology as part of the Advanced Death Investigation Course, sponsored by the Dade County Medical Examiner Department/ Metro-Dade Police Department, Miami, Florida.

1994 "Forensic Entomology in Canada." York Regional Police, RCMP, Durham Regional Police, NewMarket, Ontario, Canada.

1994 "Forensic Workshop." Regional two day training for Entomology and Anthropology, Sponsored by the Rensselaer Police Department and the Jasper County Sheriff's Department, Rensselaer, Indiana.

1994 "Forensic Entomology in Florida." Two day training workshop in Entomology, District 12 Medical Examiner's Workshop, Sarasota, Florida.

1993 "Effective Presentation of Entomological Evidence in the Courtroom." Forensic Entomology Seminar. Entomological Society of America Annual Meeting, Indianapolis, Indiana.

1993 "Forensic Entomology and the Death Investigator." Iowa IAI Workshop, Souix City, Iowa.

1993 "Entomological Evidence from Death Scenes." Regional Mobile Team Unit #15 one day workshop. Carterville, Illinois.

1993 "Forensic Entomology Workshop." Regional, Two Day Entomology Field Training for Coroner's and Police Investigators, Sponsered by the Morgan County, Illinois Coroner and the Illinois #10 Multiregional Training Unit, Jacksonvill, Illinois.

1993 "Forensic Workshop." Regional Two Day Training for Entomology and Anthropology, Sponsored by the Jasper County Sheriff's Department, Rensselaer, Indiana.

1993 " Forensic Entomology Workshop." 5th Medical Examiner's District, State of Florida, Leesburg, Florida.

1992 "Forensic Entomology Workshop." Northeast Multiregional Regional Training Workshop. Marengo, Illiniois.

1992 "Forensic Entomology Workshop." Multiregional Regional Training Workshop. Jacksonville, Illiniois.

1991 "Entomological Collection and Processing from the Death

Scene." Two day joint workshop with Patrick Besant-Mathews. East Central Illinois First Annual Forensic Criminal Investigation Conference. Urbana, Illinois.

1991 "Forensic Entomology Methods at the Death Scene." Workshop hosted jointly by the Federal Bureau of Investigation and the Knox County, Tennessee Medical Examiner's Office. Knoxville, Tennessee.

1991 "Forensic Entomology Evidence Collection and Processing." Workshop. Florida Department of Law Enforcement, Tallahassee, Florida.

1991 "Death Scene Processing for Entomological Evidence." Workshop. 24th Annual Coroner's Conference, Louisville, Kentucky.

1991 "Forensic Entomology Methods and Procedures Workshop." A week long internationally attended workshop conducted at the Indiana Forensic Entomology Research Area, Rensselaer, Indiana and the Facility, University of Tennessee, Knoxville, Tennessee.

1991 "Forensic Entomology Workshop." Minnesota Division of the International Association for Identification, Fall Conference, Wilmar, Minnesota.

1991 "Forensic Entomology Workshop." 6th Annual Forensic Identification Services Seminar, Police Headquarters, Metropolitan Toronto Police, Toronto, Ontario, Canada.

1990 Entomology in Death Scenes Workshop, Fourth Annual ILEAN (Illinois Law Enforcement Intelligence Network), Springfield, Illinois.

1990 "Bugs, Beetles, and Time of Death," Workshop, Mountain, Swamp, Beach, and Cornfield Anthropological Association Annual Meeting, McCormicks Creek State Park, Spencer, Indiana.

1989 "The Forensic Entomologist in Action," Knoxville, Tennessee Police Department, Criminalistic Section and Investigator Section.

1989 Forensic Entomology Crime Scene Workshop; two day intensive instruction; Midwestern Assn. of Forensic Scientists, Fairview Heights, Ill.

1989 Forensic Entomology Workshop, Midwest Homicide Investigators Assn. annual meeting, Elmhurst, Ill.

1985 "Forensic Entomology Evidence Collection." Workshop. Indiana State Police crime scene technicians. Purdue University, West Lafayette, Indiana.

## General Public Presentations:

2005 "The Criminal and Forensic Science" Cops Night, Rensselaer, Indiana

2005 "A Look at Forensic Entomology", Rensselaer Library, Rensselaer, Indiana.

2005 "Forensic Science." 6th Grade Advanced Science, Roosevelt Middle School, Monticello, Indiana.

2005 "Is Forensic Science for You". Pike High School, Indianapolis, Indiana.

2002 "Careers in Forensic Science." Kankakee Vally High School, Demotte, Indiana.

2002 "The Butler Did It." Junior High School Student Body. Carrol County Junior High School, Flora, Indiana.

2002 "The Vandam Trial", Rensselaer Rotary Club, Rensselaer, Indiana.

2002 "Forensic Science and Bugs". Junior Leader 4-H Meeting, Jasper County, Rensselaer, Indiana.

2002 " Bugs and Death". Indiana Assessor's Annual Meeting. Indianapolis, Indiana.

2002 Consultant to mystery writers from across North America on "Clues-N-News", an e-mail provided question and answer forum.

1999 "Insects and Murder ." 6th Annual Harriette Austin Writers

Conference, University of Georgia, Athens, Georgia.
1998 "Forensic Science as a Profession." Introduction to Forensic Medical Science Day for High School Students, Medical College of Ohio, Toledo, Ohio.
1998 "Insects and the Murder Mystery." 5th Annual Harriette Austin Writers Conference, University of Georgia, Athens, Georgia.
1998 "Insects and the Forensic Scientist." Middle School Lecture, Huntington, Indiana.
1998 "Bugs and Death." Rotary Luncheon Speaker, Rensselaer Rotary Club, Rensselaer, Indiana.
1998 "The Butler Did It." 6th Grade Advanced English, Roosevelt Middle School, Monticello, Indiana.
1998 "Murder at the High School." Evening long Forensic Science Class Using Multi-disciplinary Forensic Science to Solve Murders. Lebanon High School, Lebanon, Indiana.
1998 "Insects Used in Death Investigation." Class Lecture, High School Chemistry Class, Hopkins Academy, Hadley, Massachusetts.
1998 "Insects Used in Death Investigation." Class Lecture, High School Chemistry Class, Hopkins Academy, Hadley, Massachusetts.
1997 "Forensic Entomology in Ontario." Ontario Science Center, Toronto, Ontario, Canada.
1996 "Bugs, Beetles and Time of Death." Rensselaer Central Middle School, Rensselaer, Indiana.
1996 "Insects and Crime Scenes." North Newton Junior High School, Morroco, Indiana.
1996 "The Butler Did It." 6th Grade Advanced English, Roosevelt Middle School, Monticello, Indiana.
1996 "Maggots and Mayhem." Sleuth Fest '96. Mystery Writer of America, Florida Chapter, Ft. Lauderdale, Florida.
1995 "Insects and Murder." Junior High School Lecture for 250 students, Vermillion Junior High School, Covington, Indiana.
1995 "Murder at the Library," You solve it, 2 hour presentation using entomology and anthropology. Brownsburg Library, Brownsburg, Indiana.
1995 "The Butler Did It, of Did He?" 6th Grade Advanced English, Roosevelt Middle School, Monticello, Indiana.
1994 "The Research and the Research Scientist." Sociology Class, Rensselaer Central High School, Rensselaer, Indiana.
1994 "How Forensic Entomology Works." Monticello Kewanis Club, Monticello, Indiana.
1993 "Insects of the World." 3rd Grade Class, St. Mary's School, Lafayette, Indiana.
1993 "Insects and Death Scenes." Advanced Biology and Chemistry Lecture, Lakeville High School, Lakeville, Indiana.
1993 "Forensic Entomology." Fowler Rotary, Folwer, Indiana.
1993 "The Bug and the Criminal" Gifted Education Resource Institute, Summer Programs for Gifted and Talented Children, "Take a Bite Out of Crime!" Grades 3-6. Department of Psychology, Purdue University, West Lafayette, Indiana.
1993 "The Bugs of Tennessee." Demotte Rotary, Demotte, Indiana.
1992 "Bugs Are Beautiful." First Grade Class, St. Mary's School, Lafayette, Indiana.
1992 "Bugs, Beetles and Time of Death." Gifted Education Resource Institute, Summer Programs for Gifted and Talented Children, "Take a Bite Out of Crime!" Grades 3-4-5. Purdue University, West Lafayette, Indiana.

1991 "Arthropods and Insects." 6th Grade Classes, Wainwright Middle School, Tippecanoe County Indiana School Corporation, Lafayette, Indiana.
1991 "Bugs, Beetles, and Time of Death." Student Convocation, Winamac High School, Winamac, Indiana.
1991 "Insects Used in Death Investigations." Sagamore Council, Boy Scouts of America, Annual Field Camp, Buffalo, Indiana.
1991 "Careers in Science." Panel member of a four member scientific panel in a live broadcast tele-communication conference for 3rd and 5th grade students. Vinton Elementary School, Lafayette, Indiana.
1991 "The Crime Scene." Panel member of a four member death scene investigation panel. 6th, 7th, and 8th grade classes of PACE (Gifted Students Program), Klondike Middle School, Tippecanoe County School Corporation, Lafayette, Indiana.
1991 "Forensic Entomology ." West Lafayette Cub Scout Pack Meeting. Klondike Middle School, Klondike, Indiana.
1990 "Introduction to Entomology." 1st Grade Classes, Oakland Elementry School, Lafayette, Indiana.
1989 "Bugs, Beetles, and Time of Death", Rensselaer Rotary, Rensselaer, Indiana.
1989 "Forensic Entomology," Rensselaer Central High School Science Club, Rensselaer, Indiana.
1989 "The Forensic Entomologist in Action," Scholars Club of Rensselaer, Rensselaer Indiana.
1989 " Bugs, Beetles, and Time of Death", Perry Township Fire Department Regional Meeting, Bloomington, Indiana.
1988 "The Forensic Entomologist in Action," Demotte Rotary, Demotte, Indiana.
1988 "The Forensic Entomologist in Action," Castleton Indiana Optomists Club, Castleton, Indiana.

**Media Experience:**

2003 The Mummy Road Show, National Geographic Channel
2003 Canadian forensic Science Program on TLC
2002 Court TV, The Westerfield Trial, San Diego, California.
2002 "Forensic Science Workshop at Saint Joe on July 7-11." Rensselaer Republican. June 18, 2002.
2001 The New Detectives, Oklahoma Case

2002 Harbison, B. 200. Using Insects to Solve Crimes. Pest Contol Technology. pp. 64-73.

2001 Baden, M. and M.Roach. 2001. Dead Reckoning, The New Science of Catching Killers, Simon & Schuster. New York. 288pp.

2001 Sachs, J.S. 2001. *Corpse*. Perseus Publishing. Cambridge, MA. 270 pp.

2001 "Orphan", Exhibit A, TLC

2001 The Body Farm. National Geographic

2001 Medical Detectives, Nevada Case

2002 Forensic Files, Scouts Honor, Pennsylvania Case

2001 Postmortem, Fox TV, Consultant for the production.

2001 Maxim Magazine

2000 "Web of Clues." *Forensic Files* Court TV Channel November 2000. Medstar Pictures.

2000 "Entomology Helping Coroner's," Lafayette Journal Courier, Lafayette, Indiana, Summer, 2000.

2000 "Animals that Help Man" Canada Discovery Channel. Feb 2001. XXXXX.

1999 "Bugs" HBO, Autopsy 7. HBO Productions.

1999 "The Flies." *Exhibit A*, The Learning Channel

1999 "Death Investigation." 45 min talk show, KMOX, St. Louis, Missouri

1999 "Web of Clues." *The New Detectives: Case Studies in Forensic Science*. Discovery Channel. Aired from May 1997 to July 1999. New Dominion Pictures.

1998 "Maggot for the Prosecution." Jessica Sachs. Discovery Magazine. November, 1998.

1998 "Forensic Entomology." The Learning Channel, Canada Discovery Channel Filming, May 12, 1998.

1998 "Taking Clues from 'Fly Witnesses'. Current Science, Weekly Reader Corp. Stamford, Ct. March 6, 1998.

1998 "Best of Our Knowledge", Jim Fleming, WHID PBS Radio, Madison Wisconsin (Green Bay).

1997 "Maggots, Graves and Scholars". Robert Pickering. Archaeology, Vol.50:46-47. Nov-Dec 1997.

1997 "It's Entomology, Dear Watson." Grand Rapids Press, Grand Rapids, Michigan. October 25, 1997.

1997 "Life and Death." *Discovery Magazine*. Discovery Channel. Aired November 1997.

1997 "Web of Clues." *The New Detectives: Case Studies in Forensic Science*. Discovery Channel. Aired from May 1997 to May 1998. New Dominion Pictures.

1996 "And the dead shall speak." Kathryn Sergeant Brown, Reaction Times, American Chemical Society, January.

1995 "Insect expert disputes time prosecutors say Loomis died." The Scranton Times, Scranton, Pennsylvania, August 28, 1995.

1995 "Buggin' out, the experiences of forensic entomologists." Virginia DeVenny, The Columbia Daily Tribune, Weekend, August 4, 1995.

1995 "Fright of the bumblebee." Steve Mirsky. Scientific American, July, 1995.

1995 "Death Investigator's Workshop." Shalese . Aired May 31, 1995, WLFI TV, Lafayette, Indiana.

1995 "Forensic Entomology." Dawn Kendrick. Two part series aired May 11 and 12, WLFI TV, Lafayette, Indiana.

1995 "Bugs and Death." Laura Beil. The Tampa Tribune. Tampa, Florida, February 14, 1995.

1995 "Tape played in molester's slaying trial." Susan Schramm. Indianapolis Star, Indianapolis, Indiana, February 7, 1995.

1995 "The bugs did it." Laura Beil. Chicago Tribune. Chicago, Illinois, January 15, 1995.

1995 "Murder at the Museum." National Public Radio, WHYY, Philadelphia, Pennsylvania, January 19, 1995.

1995 "Maggots and murder." Laura Beil. Raliegh News. Raliegh, North Carolina, January 10, 1995.
1995 "Body of Evidence." Laura Beil. Dallas Morning News. Dallas, Texas, January 2, 1995.
1994 "The worms crawl in and then come the entomologists." Ruth Coxeter, New York Time Sunday Magazine. April 17, 1994.
1993 "Insect expert finds niche examining decaying bodies." Suzanne McBride, The Indianapolis News, Indianapolis, Indiana, August 20, 1993.
1993 "Chemystery Camp." Amy Bennett, Journal and Courier, Lafayette, Indiana, July 20, 1993.
1993 "Bugs help coroners place time of death." Frank Fuhrig, Jacksonville Journal Courier, Jacksonville, Illinois, July 4, 1993.
1993 "Death investigation school slated July 22-23." Springfield Journal, Springfield, Illinois, July 4, 1993.
1993 "Bugged by an unsolved crime? Call the maggot man." Jeff Ignatius, Illinois Times, Springfield, Illinois, July 29, 1993.
1993 "Insects help solve deaths." Joe Gerrety, Journal and Courier, Lafayette, Indiana, May 20, 1993.
1993 Famous Quotes (Haskell on the Branch Davidian experience), Journal and Courier, Lafayette, Indiana.
1992 "Third slain woman is named; suspect held." Don Jacobs, The Knoxville News-Sentinel, October 29, 1992.
1992 "Forensic Entomology." Kurt Ulman, *Law and Order* Magazine, Wilmette, Illinois, November, 1992.
1992 "Insect Sleuths." Susan Gluss, Jayne Sportelli, "*How Things Work with Host: Ira Flatow*", WGBH TV, Boston, Massachusetts.
1992 "In Maggot Veritas." Elizabeth Royte, "Outside Magazine," New York, New York, November 1992.
1992 "Bugs." Steve Stackhouse, *Indiana's Finest*, Vol. 8, Issue 3, p. 35-38, The Indiana State Police Alliance Magazine, Indianapolis, Indiana.
1992 "Interview." Ann Gearan, Associated Press, Richmond, Virginia.
1992 "Expert's buggy over maggots." Thomas M. Varcie, The Jacksonville Journal and Courier, Jacksonville, Illinois Friday, June 12, 1992.
1992 "Quincy Illinois TV Station." MTU Workshop, Jacksonville, Illinois.
1992 "Bugs provide clues to crime." Jill Janov, Northwest Herald, Marengo, Illinois June 15, 1992.
1992 "Forensic Entomologists Use Insects as Evidence in Solving Crimes." Peter Monaghan, The Chronicle of Higher Education, May 13, 1992.
1992 Live, 10 minute TV interview on WYIN TV, Channel 56, Merrillville, Indiana, May 20, 1992.
1992 "Forensic Entomology Update." The Morning Show with Wally Laird, 20 minute interview on WRIN radio, Rensselaer, Indiana, May 15, 1992.
1992 "Forensic Science and Bugs." Rocky Mountain News, Denver, Colorado, May 2, 1992.
1992 "Forensic Entomology." Melony King and Jim Duff, radio interview on Station CJAD, Montreal, Quebec, Canada, April 28, 1992.
1992 "The Maggot Test: Bugs on Dead Bodies Have Tales to Tell." Bill Richards, The Wall Street Journal, New York, New York, April 27, 1992.
1992 "Police have a face, still need ID." Joseph Conn, Gary Post-Tribune (Sunday paper), Gary, Indiana, April 26, 1992.
1992 "Forensic Science and Scientists," Talk of the Nation, Science Friday with Ira Flatow, a one hour talk show produced by National Public Radio, WNYC, New York, New York, April 3, 1992.
1991 "Scene-of-the-crime insects have story to tell." John Norberg, Journal

and Courier (Sunday Paper), Lafayette, Indiana, August 11, 1991.
1991 "Truckers find woman's body near I-74 ramp," Joe Gerrety, The Journal and Courier, August 6, 1991, Lafayette, Indiana.
1991 "Special Report on Forensic Entomology, Part II," The Indiana Nightly Report, WYIN TV, Channel 56, Merrillville, Indiana.
1991 "Pathology Expert Worms Clues from Bodies Using Bugs." Fred Cavender, The Indianapolis Star, July 14, 1991, C-4.
1991 "Indiana Man Uses Insects to Make His Point in Court." Erik Hromadka, The Indiana Lawyer, June 19 -July 2, 1991. p.7, 21.
1991 "Forensic Entomology in Canada," WRIN Radio, Rensselaer, Indiana.
1991 "Special Report on Forensic Entomology, Part I," The Indiana Nightly Report, WYIN TV, Channel 56, Merrillville, Indiana.
1991 "Forensic Entomology is Topic of Book." Kevin Murphy, Rensselaer Republican, April 30, 1991, Rensselaer, Indiana.
1991 Newsweek, April 22, 1991, p. 19. (Not Interviewed).
1991 "Bugs Don't Lie to Forensic Entomologist." Mary Schenk, News-Gazette, Champaign-Urbana, Illinois, March 19, 1991.
1991 "Expert Tracks men, maggots, murder." David Zeman, The Miami Herald, March 15, 1991.
1991 "Bugs and Bodies or the Entomological Sleuth." Pat McKeown, Rotunda, Royal Ontario Museum, Spring 1991, Vol. 23/No. 4, p. 12-19.
1990 "Interview," Ottawa, Canada.
1990 Sean Hillen, Kansas City Times, February 1, 1990.
1989 TV Interview, Jill Bauer WLFI TV, Lafayette, Indiana.
1989 "Bugs Helping Taking a Bite Out of Crime." Mark Linsalata, The San Antonio Light, December 13, 1989.
1989 "Insect Study Providing Clues to Police in Criminal Investigations." Roush Vance, Evansville, Indiana.
1989 "Forensic Entomology Uses Insects to Solve Crimes." The Lafayette Leader, Lafayette, Indiana, October 19, 1989.
1989 "'Bugs' Aid Crime Specialists in Determining Time of Death." St. Louis Sun, October 5, 1989.
1989 "Forensic Entomology: Using Insects to Solve Crimes." Science Notes, Indiana Academy of Science, September, 1989.
1989 "The Witness was a Maggot."Jessica Snyder, Science Digest, November, 1989.
1989 "The Nature of Crime." Joyce Cohen, Scholastic Science World, February 24, 1989.
1988 "Forensic Scientists Don't Feel Skills Used Well Enough in Crime-Solving." Glennda Chui, San Jose Mercury, September 8, 1988.
1988 "Forensic Entomology Helps Police Work." Steve Cain, Purdue Discover, Spring/Summer 1988.
1988 "Bug-Busters: The Insect Detectives." Rick Weiss, The Washington Post, August 14, 1988.
1988 "Live Bugs Tell Dead Tales to Hoosier." Diane Frederick, The Indianapolis News, September, 1988.
1988 "If Bugged by a Problem, Police Call PU Entomologists." Decatur Daily Democrat, Decatur, Indiana.
1988 "Incrimination by Insects." Rick Weiss, The Washington Post, August 6, 1988, Washington, D.C.
1988 The Republican, Rensselaer, Indiana, July 26, 1988.
1988 "Forensic Experts Help Provide Clues to Identity of Skeleton." Gary Post-Tribune, May 6, 1988.
1988 "Study of Insects Helps Police Determine Times of Death." Frank Wiget, Gary Post-Tribune, April 25, 1988.
1988 "Winged Stoolies." Jeff Salyers, Lafayette Journal and Courier, Lafayette, Indiana, April 11, 1988.
1988 "Entomologists Can Provide Investigators with Valuable Evidence to Solve Crimes." Kenda Resler, The Purdue Exponent, April 4, 1988.

1988 30 minute radio interview "Forensic Entomology" with Michelle Bailey, Public Radio Station WILL, Champaign-Urbana, Ill.

1987 "Two Women's Bodies Kept in Home for 10 Years." Chicago Tribune, December 23, 1987. (Not Interviewed)

1987 "Purdue Entomologist Bugs Suspects in Criminal Cases." Byron Crawford, Courier-Journal, Louisville, Kentucky, February 16, 1987.