UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

GARY WAYNE SUTTON,                    )
                                      )
        *Petitioner,*                 )
                                      )
v.                                    )        No.:    3:07-CV-30
                                      )                (VARLAN/SHIRLEY)
RICKY BELL, WARDEN,                   )
                                      )
        *Respondent.*                 )

## ORDER

This is a petition for the writ of habeas corpus brought pursuant to 28 U.S.C. § 2254 filed

by Gary Wayne Sutton ("Sutton").[1] Sutton is a prisoner confined at Riverbend Maximum Security

Institution in Nashville, Tennessee.

Sutton has filed an application to proceed *in forma pauperis*. The application indicates

Sutton has the sum of $103.09 on account at Riverbend Maximum Security Institution. Therefore,

he can acquire sufficient funds to pay the required $5.00 filing fee.

Accordingly, Sutton's application to proceed *in forma pauperis* is **DENIED** (Court File No.

1). Sutton is **DIRECTED** to pay the $5.00 filing fee within **thirty (30) days** from the date of this

Order. Should Sutton fail to pay the filing fee within the time allowed, it will result in the automatic

dismissal of this action without further notice by the Clerk of Court.

**SO ORDERED.**

**E N T E R :**


                                      s/ Thomas A. Varlan
                                      UNITED STATES DISTRICT JUDGE

---

[1]This case is related to petitioner's death penalty habeas case, Civil Action No. 3:06-CV-388,
which is also assigned to the Honorable Thomas A. Varlan.