# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| **GARY WAYNE SUTTON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| **vs.** | ) | Case No. 3:06-cv-388 |
| | ) | Judges Varlan/Shirley_____ |
| **RICKY BELL**, Warden, | ) | |
| | ) | DEATH PENALTY CASE |
| Respondent. | ) | |

| | | |
|---|---|---|
| **GARY WAYNE SUTTON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| **vs.** | ) | Case No. 3:07-cv-30 |
| | ) | Judges Varlan/Shirley |
| **RICKY BELL**, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION TO RECONSIDER OR IN THE ALTERNATIVE OBJECTION TO MAGISTRATE'S MEMORANDUM AND ORDER DATED FEBRUARY 23, 2007

Comes now, Gary Wayne Sutton, through undersigned counsel of record and moves this Court to reconsider its order dated February 23, 2007 (R. 4). In the event the United States Magistrate Judge concludes that a motion to reconsider is not authorized or is inappropriate, Petitioner requests this motion be treated as an objection to the order, pursuant to Rule 72, Federal Rules of Civil Procedure. Petitioner moves this court to reconsider the fourth paragraph of the order, which states that the habeas petition recently filed "is that 'Petition'" which is due May 11, 2007 (Case 3:07-cv-30, R.

4, p. 2). In support hereof, Mr. Sutton states as follows:

1. On January 26, 2007, Mr. Sutton filed a petition for writ of habeas corpus in Case 3:07-cv-30 (R.3). That petition challenges his Sevier County convictions and sentences for the murder of Connie Branam and setting fire to property.

2. Under the scheduling order in Case 3:06-cv-388 dated December 14, 2006 (R. 4), Mr. Sutton is to file his petition for writ of habeas corpus for the conviction and sentence of death for the murder of Tommy Griffin in Blount County, Tennessee, by May 11, 2007.

3. On February 23, 2007, this Court held that Case No. 3:06-cv-388 (Blount County) and Case No. 3:07-cv-30 (Sevier County) are related and will be assigned to the same judge. (Case 3:07-cv-30, R. 4, p. 3).

4. Mr. Sutton does not object to the cases being heard by the same judge.

5. Mr. Sutton only objects to the Court's conclusion that the petition filed January 26, 2007, is his capital petition. This objection is made solely to clarify the records in the two related cases.

Accordingly, Mr. Sutton requests reconsideration of only that part of the Magistrate's order (fourth paragraph) dated February 23, 2007.

{2}

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.


BY: s/ Stephen M. Kissinger
     Stephen M. Kissinger
     Asst. Federal Community Defender
     530 S. Gay Street, Suite 900
     Knoxville, TN  37902
     (865)637-7979


## <u>CERTIFICATE OF SERVICE</u>


I hereby certify that on March 5, 2007, the foregoing Motion to Reconsider or in the Alternative Objection to Magistrate's Memorandum and Order of February 23, 2007  was filed electronically.  Notice electronically mailed by the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Notice delivered by other means to all other parties via regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

s/ Stephen M. Kissinger