| | | |
|---|---|---|
| GARY WAYNE SUTTON | ) | |
| | ) | |
| *Petitioner,* | ) | |
| v. | ) | No. 3:07-CV-30 |
| | ) | (VARLAN/SHIRLEY) |
| RICKY BELL, WARDEN, | ) | |
| | ) | |
| *Respondent.* | ) | |

## ORDER

This is a petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2254 filed by

Gary Wayne Sutton ("Sutton"). The Court entered a memorandum and order deeming this petition

and petitioner's death penalty application, Civil Case Number 3:06-CV-388, to be related cases

[Court File No. 4]. Petitioner has filed a motion requesting this Court to reconsider its February 23,

2007 order [Court File No. 6]. Petitioner does not object to the cases being deemed to be related;

rather, he objects to the Court's conclusion that the petition filed on January 31, 2007, appears to

be the petition in his death penalty case.

The motion is **GRANTED,** to the extent that the February 23, 2007 Memorandum and

Order is **HEREBY AMENDED** with the deletion of the last two sentences in the second full

paragraph on page two of the Order [Court File No. 6]. Accordingly, the February 23, 2007

Memorandum and Order is deemed **AMENDED** to the extent that the following sentences are

deleted from the second full paragraph on page 2 of the order:

> Further, the plaintiff in Civil Action No. 3:06-CV-388 was to file his "Petition For
> Writ Of Habeas Corpus" by May 11, 2007. It appears that this filing is that "Petition
> For Writ Of Habeas Corpus" and simply was not filed in the underlying case.

1

The order entered on February 23, 2007 [Court File No. 4], shall remain the same in all other respects and is incorporated herein fully by reference. The Clerk of Court shall service a copy of this amended order to all parties.

SO ORDERED.

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

2