# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| GARY WAYNE SUTTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **Case No. 3:07-cv-00030** |
| | ) | **Varlan/Shirley** |
| RICKY BELL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF APPEARANCE

The undersigned counsel hereby gives notice of his appearance as counsel of record in this matter on behalf of respondent, RICKY BELL, Warden, and requests that court notices and service of all pleadings, motions and other papers be directed to the undersigned.

Respectfully submitted,

/s/ Clarence E. Lutz
Clarence E. Lutz
Assistant Attorney General
Criminal Justice Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-2455
Clay.Lutz@state.tn.us
B.P.R. No. 17460

# CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on this the 12th day

of April, 2007. Electronic service of the same was accomplished simultaneously upon:

Stephen M. Kissinger
Federal Defender Services of Eastern Tennessee
530 South Gay Street
Suite 900
Knoxville, Tennessee 37902

/s/ Clarence E. Lutz
CLARENCE E. LUTZ
Assistant Attorney General