# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| GARY W. SUTTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 07-cv-00030 |
| ) | |
| RICKY BELL, Warden, ) | |
| ) | |
| Respondent. ) | |

## MOTION FOR ENLARGEMENT OF TIME AND FOR ADDITIONAL RELIEF

Respondent, through counsel, respectfully requests this Court grant an extension of 45 days in which to file a response to the petition for writ of habeas corpus filed in this matter.  In support of this motion respondent would show:

1. The petitioner filed his original application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on January 31, 2005.  [Doc. No. 3] On March 28, 2007, this Court filed an order requiring the respondent to file a response to the petition within 45 days.  [Doc. No. 8]

2. As a part of submitting an answer, respondent is required to file relevant portions of the state court record for use in resolving this petition.  Rule 5, Rules Governing Section 2254 Cases in the United States District Courts. This additional time is needed to obtain the state court records, review them, and copy the relevant portions.

3. My office contacted Mr. Steve Kissinger, counsel for petitioner, and was informed he has no objection.

**WHEREFORE**, respondent requests 45 days from its original due date of May 14, 2007, within which to answer or otherwise respond to the amended petition. The resulting due date would be June 29, 2007.

Respectfully submitted,

/s/ Clarence E. Lutz
Clarence E. Lutz
Assistant Attorney General
Criminal Justice Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3486
B.P.R. No. 17460

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on this the 3rd day of May, 2007. Electronic service of the same was accomplished simultaneously upon:

Stephen M. Kissinger
Federal Defender Services of Eastern Tennessee
530 South Gay Street
Suite 900
Knoxville, Tennessee 37902

/s/ Clarence E. Lutz
Clarence E. Lutz
Assistant Attorney General