UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

GARY WAYNE SUTTON )
)
     *Petitioner,* )
v. ) No. 3:07-CV-30
) (VARLAN/SHIRLEY)
RICKY BELL, WARDEN, )
)
     *Respondent.* )

## ORDER

     This is a petition for the writ of habeas corpus brought pursuant to 28 U.S.C. § 2254 filed

by Gary Wayne Sutton. The Court previously ordered the respondent to file a response on or before

May 14, 2007 (Doc. 8). This matter is presently before the Court on respondent's motion requesting

an extension of time in which to file a response to the petition for writ of habeas corpus (Doc. 10).

Counsel asserts the additional time is needed to obtain the state court records, review them, and copy

the relevant portions to file with the Court. Counsel avers petitioner's counsel does not object to

the extension. Accordingly, for good cause shown, the motion requesting an extension of time until

June 29, 2007, in which to file a response is **GRANTED** (Doc. 10). The respondent shall file a

response on or before **June 29, 2007**.

     **IT IS SO ORDERED.**

               ENTER:

                      s/ C. Clifford Shirley, Jr.
                   United States Magistrate Judge