# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| GARY W. SUTTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 07-cv-00030 |
| | ) |
| RICKY BELL, Warden, | ) |
| | ) |
| Respondent. | ) |

## MOTION TO WITHDRAW COUNSEL

COMES NOW the Respondent, by and through the Office of the State Attorney General, and gives notice that Alice Lustre is no longer representing the Respondent in this matter. Therefore, undersigned counsel moves for leave to withdraw from representation in this matter.

Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General & Reporter

/s/Alice B. Lustre
ALICE B. LUSTRE
Senior Counsel
Criminal Justice Division
P.O. Box 20207
Nashville, Tennessee 37202
615-741-4349
TN BPR # 11232

# CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on this the 4th day

of June, 2007.  Electronic service of the same was accomplished simultaneously upon:


Stephen M. Kissinger
Federal Defender Services of Eastern Tennessee
530 South Gay Street
Suite 900
Knoxville, Tennessee 37902


/s/ Alice B. Lustre
Alice B. Lustre
Assistant Attorney General