UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

GARY WAYNE SUTTON )
)
*Petitioner,* )
v. ) No. 3:07-CV-30
) (VARLAN/SHIRLEY)
RICKY BELL, WARDEN, )
)
*Respondent.* )

## ORDER

This is a petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2254, by and

through counsel for Gary Wayne Sutton ("Sutton" or "petitioner") (Doc. 3). Before the Court is a

motion to withdraw filed by respondent's attorney, Alice B. Lustre (Doc. 12) . As support for the

motion, counsel asserts she is no longer representing the Respondent. As it appears that Clarence

E. Lutz remains as counsel for Respondent, the motion is **GRANTED** (Doc. 12).

SO ORDERED.

E N T E R :

        s/ C. Clifford Shirley, Jr.
United States Magistrate Judge