# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

GARY W. SUTTON,         )
           )
      Petitioner,       )
           )
v.              )    **No. 07-cv-00030**
           )
RICKY BELL, Warden,    )
           )
      Respondent.    )

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Respondent, through counsel, respectfully requests this Court grant an extension of 30 days in which to file a response to the petition for writ of habeas corpus filed in this matter. In support of this motion respondent would show:

1.  The petitioner filed his original application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on January 31, 2005. [Doc. No. 3] On March 28, 2007, this Court filed an order requiring the respondent to file a response to the petition within 45 days. [Doc. No. 8] On May 4, 2007, this Court granted the respondent an extension of time, making the response due on June 29, 2007. [Doc. No. 11]

2.  As a part of submitting an answer, respondent is required to file relevant portions of the state court record for use in resolving this petition. Rule 5, Rules Governing Section 2254 Cases in the United States District Courts. Although respondent has received the state court records, counsel needs additional time to compile the necessary addenda and properly respond to the petition.

3.  My office contacted Mr. Steve Kissinger, who has no objection to the extension.

**WHEREFORE**, respondent requests 30 days from its original due date of June 29, 2007, within which to answer or otherwise respond to the amended petition. The resulting due date would be July 30, 2007.

Respectfully submitted,

/s/ Clarence E. Lutz
Clarence E. Lutz
Assistant Attorney General
Criminal Justice Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3486
B.P.R. No. 17460

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on this the 22nd day of June, 2007. Electronic service of the same was accomplished simultaneously upon:

Stephen M. Kissinger
Federal Defender Services of Eastern Tennessee
530 South Gay Street
Suite 900
Knoxville, Tennessee 37902

/s/ Clarence E. Lutz
Clarence E. Lutz
Assistant Attorney General