# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| GARY W. SUTTON, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   No. 07-cv-00030 |
| | ) |
| RICKY BELL, Warden, | ) |
| | ) |
|     Respondent. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Respondent, through counsel, respectfully requests this Court grant an extension of 20 days in which to file a response to the petition for writ of habeas corpus filed in this matter. In support of this motion respondent would show:

1. The petitioner filed his original application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on January 31, 2005. [Doc. No. 3] On March 28, 2007, this Court filed an order requiring the respondent to file a response to the petition within 45 days. [Doc. No. 8] On June 22, 2007, this Court granted the respondent an extension of time, making the response due on July 30, 2007. [Doc. No. 14]

2. Respondent's intervening interstate travel and involvement in two other capital habeas cases necessitate a 20 day extension making the response due August 20, 2007.

3. Counsel contacted Suzanne Bales in opposing counsel's office, who voiced no opposition to the requested extension.

**WHEREFORE**, respondent requests 20 days from its original due date of July 30, 2007, within which to answer or otherwise respond to the amended petition. The resulting due date would be August 20, 2007.

Respectfully submitted,

/s/ Clarence E. Lutz
Clarence E. Lutz
Assistant Attorney General
Criminal Justice Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3486
B.P.R. No. 17460

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on this the 24th day of July, 2007. Electronic service of the same was accomplished simultaneously upon:

Stephen M. Kissinger
Federal Defender Services of Eastern Tennessee
530 South Gay Street
Suite 900
Knoxville, Tennessee 37902

/s/ Clarence E. Lutz
Clarence E. Lutz
Assistant Attorney General
