UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

GARY WAYNE SUTTON )
)
*Petitioner,* )
v. ) No. 3:07-CV-30
) (VARLAN/SHIRLEY)
RICKY BELL, WARDEN, )
)
*Respondent.* )

## ORDER

This is a petition for the writ of habeas corpus brought pursuant to 28 U.S.C. § 2254 filed by Gary Wayne Sutton. The Court previously ordered the respondent to file a response on or before June 29, 2007 (Doc.11). This matter is presently before the Court on respondent's third motion requesting an extension of time in which to file a response to the petition for writ of habeas corpus (Doc. 15). Counsel asserts the additional time is needed to properly respond to the petition. Counsel avers petitioner's counsel does not object to the extension.

Accordingly, for good cause shown, the motion requesting an extension of time until August 20, 2007, in which to file a response is **GRANTED** (Doc. 15). The respondent shall file a response on or before **August 20, 2007**. Absent an emergency, this will be the last extension granted to the respondent to file a response.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.   
United States Magistrate Judge