# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

|  |  |  |
|---|---|---|
| GARY WAYNE SUTTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 07-cv-00030 |
| v. | ) | Judge Varlan |
| | ) | |
| RICKY BELL, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF MANUAL FILING OF DOCUMENTS

Comes the Respondent and gives notice of the filing of the following documents

for use in this case:

**1. Criminal Trial and Direct Appeal**

Addendum 1: Technical record from petitioner's criminal trial on direct appeal, including trial exhibits (Volumes 1-2 of Appellate Records;

Addendum 2: Transcript of the Evidence from petitioner's criminal trial submitted on direct appeal (22 volumes) (Appellate Record Volumes 3-24);

Addendum 3: Volumes 25-28 of petitioner's record on direct appeal including Memorandum opinion from petitioner's Bond Hearing, September 8 , 1993 Hearing on Motion for New Trial Based on Newly Discovered Evidence, Hearing on pretrial motions, and July 23, 2003 Hearing on petitioner's Motion for New trial;

Addendum 4: Transcript of hearing on Motions to Suppress (Volumes 29-31 of petitioner's record on direct appeal);

Addendum 5: Supplemental Transcript (Volume 32 of petitioner's record on direct appeal);

Addendum 6: Petitioner's appellate brief before the Court of Criminal Appeals in *State v. Gary Wayne Sutton,* No. 03C01-9403-CR-00090;

Addendum 7: State's appellate brief before the Court of Criminal Appeals in *State v. Gary Wayne Sutton,* No. 03C01-9403-CR-00090;

Addendum 8: Slip Opinion and Judgment of the Court of Criminal Appeals on direct appeal: *State v. Gary Wayne Sutton,* No. No. 03C01-9403-CR-00090, 1995 WL 406953 (Jan. 11, 1995);

Addendum 9: Petitioner's Rule 11 application to the Supreme Court for review of the Court of Criminal Appeals opinion;

Addendum 10: State's opposition to petitioner's application;

Addendum 11: Order denying Rule 11 Application.

## 2. Post-Conviction Evidentiary Hearing and Appeal[1]

Addendum 12: Technical record from Petitioner's State post-conviction evidentiary hearing (Volumes 1-5 of Record on appeal from the trial court's denial of post-conviction relief including findings of fact and conclusions of law);

Addendum 13: Transcript of evidence from petitioner's post-conviction evidentiary hearing ;

Addendum 14: Exhibits filed in petitioner's post-conviction action;

Addendum 15: Petitioner's application for interlocutory appeal pursuant to Tenn. R. App. P. 9;

Addendum 16: State's Response to petitioner's application for

---

[1]Petitioner and his co-defendant Dellinger filed separate petitions for post-conviction relief which were heard on separate days, and comprised to separate evidentiary records, yet were consolidated on appeal. For the purposes of the instant petition, respondent will only include those portions of the records pertaining to petitioner.

interlocutory appeal pursuant to Tenn. R. App. P. 9;

Addendum 17:     Order Denying petitioner's application for interlocutory appeal pursuant to Tenn. R. App. P. 9;

Addendum 18:     Petitioner's appellate brief before the Court of Criminal Appeals in *Sutton v. State,* No. E2004-1068-CCA-R3-PC;

Addendum 19:     State's appellate brief appellate brief before the Court of Criminal Appeals in *Sutton v. State,* No. E2004-1068-CCA-R3-PC;

Addendum 20:     Slip Opinion and Judgment of Court of Criminal Appeals in *Sutton v. State,* No. E2004-1068-Court of Criminal Appeals-R3-PC, 2006 WL 1679595 (June 19, 2006);

Addendum 21:     Petitioner's Application for Permission to appeal from the judgment of the Court of Criminal Appeals;

Addendum 22:     Order denying Rule 11 application.


Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General and Reporter


/s/ Clarence E. Lutz
Assistant Attorney General
Criminal Justice Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-2455
B.P.R. No. 17460

# CERTIFICATE OF SERVICE

A copy of the foregoing was served on all ECF users through the Electronic Filing System. The petitioner was served with a copy via first-class mail, postage prepaid, to the following address: Stephen Kissinger, Federal Defender Services, 530 Gay Street, Suite 900, Knoxville, Tennessee 37902 , on this the 21st day of August, 2007.

/s/ Clarence E. Lutz
Assistant Attorney General