**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| **GARY WAYNE SUTTON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| **vs.** | ) | Case No. 3:07-cv-30 |
| | ) | Judge Varlan/Shirley |
| **RICKY BELL**, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

---

### CORRECTED MOTION TO SUBSTITUTE COUNSEL

---

COMES NOW undersigned counsel, Helen Susanne Bales, and respectfully requests that this Court permit a substitution of counsel from the office of Federal Defender Services of Eastern Tennessee, Inc. in the above-referenced case from Stephen M. Kissinger to the undersigned. In support hereof undersigned would show the Court:

1. The office of Federal Defender Services of Eastern Tennessee, Inc. ("FDSET") was appointed to represent Petitioner in his federal habeas corpus proceedings. Attorney Stephen M. Kissinger of that office was assigned the case.

2. Since that designation, Mr. Kissinger's caseload has increased and a new attorney position has been created within FDSET to alleviate Mr. Kissinger's burdensome caseload. Accordingly, undersigned counsel has been assigned primary responsibility for Petitioner's case.

3. Undersigned is a member of this Court, the Sixth Circuit Court of Appeals, and Tennessee state courts.

4.      Undersigned is fully familiar with Petitioner's case as she previously held the position of research and writing specialist at FDSET.

WHEREFORE, it is respectfully requested that this Court permit Helen Susanne Bales to substitute as counsel from FDSET in this matter.


Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

 s/ Helen Susanne Bales
 Helen Susanne Bales, BPR#017868
 Asst. Federal Community Defender
 800 S. Gay Street, Suite 2400
 Knoxville, TN  37929-9729
 (865) 637-7979


Attorney for Petitioner Gary Wayne Sutton


## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, the foregoing Corrected Motion to Substitute Counsel was filed electronically.  Notice electronically mailed by the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Notice delivered by other means to all other parties via regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

s/ Helen Susanne Bales

2