UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GARY WAYNE SUTTON | ) | |
| | ) | |
| *Petitioner,* | ) | |
| v. | ) | No. 3:07-CV-30 |
| | ) | (VARLAN/SHIRLEY) |
| RICKY BELL, WARDEN, | ) | |
| | ) | |
| *Respondent.* | ) | |

## ORDER

This is a petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2254, by and through counsel for Gary Wayne Sutton ("Petitioner") (Doc. 3). Before the Court is a corrected motion to substitute counsel filed by Petitioner's newly assigned attorney, Helen Susanne Bales (Doc. 21).[1] As support for the motion, counsel asserts the office of the Federal Defender Services of Eastern Tennessee, Inc. ("FDSET") was appointed to represent Petitioner in this federal habeas corpus proceeding and Attorney Stephen M. Kissinger was assigned the case. Since that designation, Mr. Kissinger's caseload has increased and a new attorney position has been created within FDSET to alleviate Mr. Kissinger's burdensome caseload. As a result, Attorney Bales has been assigned primary responsibility for Petitioner's case. Attorney Bales is a member of this Court, the Sixth Circuit Court of Appeals, and is familiar with this case. Accordingly, the motion to substitute counsel is **GRANTED** (Doc. 21).

SO ORDERED.

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge

---

[1] The initial motion to substitute counsel lacked a signature (Doc. 20).