# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

|  |  |  |
|---|---|---|
| GARY WAYNE SUTTON, | ) | |
| Petitioner, | ) | |
| | ) | No. 3:06-CV-388 |
| v. | ) | Judge Varlan/Shirley |
| | ) | Death Penalty Case |
| RICKY BELL, WARDEN, | ) | |
| Respondent. | ) | |

---

## NOTICE OF APPEARANCE

---

Comes now the undersigned and notices his appearance as counsel for respondent, Ricky

Bell. The undersigned requests that all filings be delivered to his attention.

Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General & Reporter

/s/ Andrew H. Smith
ANDREW H. SMITH
Assistant Attorney General
Criminal Justice Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-4349
B.P.R. No. 26594

**CERTIFICATE OF SERVICE**

I certify that the foregoing certificate was filed electronically on the 4th day of June, 2009. A copy of this notice will be automatically forwarded to petitioner's counsel: Susan Bales, Federal Defender, 800 S. Gay Street, Suite 2400, Knoxville, Tennessee 37929.

/s/ Andrew H. Smith
ANDREW H. SMITH