# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

GARY WAYNE SUTTON,

    Petitioner,

v.

RICKY BELL, WARDEN,

    Respondent.

)
)
)
)
)    No. 07-cv-00030
)    Judge Varlan
)
)
)
)

## NOTICE OF FILING OF DOCUMENT

Comes the Respondent, pursuant to the Court's October 1, 2010, Order and gives

notice of the filing of the following previously omitted document for use in this case:

Addendum 13, Volume 3, p. 265:    Transcript of evidence from petitioner's
post-conviction evidentiary hearing.
Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General and Reporter

/s/ Andrew H. Smith
Assistant Attorney General
Criminal Justice Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-4349
B.P.R. No. 26594

# CERTIFICATE OF SERVICE

A copy of the foregoing was served on all ECF users through the Electronic Filing System, including petitioner's counsels: Susanne Bales and Steve Kissinger, Federal Defender Services, 530 Gay Street, Suite 900, Knoxville, Tennessee 37902, on this the 21st day of October, 2010.

/s/ Andrew H. Smith
Assistant Attorney General