# ATTACHMENT

# "B"

**10-1001 MARTINEZ V. RYAN**

DECISION BELOW: 623 F.3d 731

LOWER COURT CASE NUMBER: 09-15170

QUESTION PRESENTED:

Whether a defendant in a state criminal case who is prohibited by state law from raising on direct appeal any claim of ineffective assistance of trial counsel, but who has a state-law right to raise such a claim in a first post-conviction proceeding, has a federal constitutional right to effective assistance of first post-conviction counsel specifically with respect to his ineffective-assistance-of-trial-counsel claim.

CERT. GRANTED 6/6/2011