# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

|  |  |  |
|---|---|---|
| GARY WAYNE SUTTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 07-cv-00030 |
| v. | ) | Judge Varlan |
| | ) | |
| RICKY BELL, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## RESPONDENT'S RESPONSE TO PETITIONER'S MOTION TO ALTER OR AMEND

Comes the Respondent, and in opposition to the petitioner's motion to alter or amend, relies on the Court's well-reasoned opinion as well as his prior merits briefing requesting dismissal of the petitioner's claims. The respondent further states:

The only grounds upon which a motion to alter or amend may be granted are: (1) an intervening change in the controlling law; (2) newly discovered evidence; (3) to correct clear legal error; and (4) to prevent manifest injustice. *Henderson v. Walled Lake Consol. Sch.*, 469 F.3d 479, 496 (6th Cir.2006). "Such motions, however, are 'not intended as a vehicle to relitigate previously considered issues;' 'should not be utilized to submit evidence which could have been previously submitted in the exercise of reasonable diligence' and are not the proper vehicle to attempt to obtain a reversal of a judgment 'by offering the same arguments previously presented.'" *Nagle Industries Inc. v.*

*Ford Motor Co.,* 175 F.R.D. 251, 254(E.D. Mich 1997) (quoting *Keweenaw Bay Indian Community v. U.S.,* 904 F.Supp. 1139, 1141 (W.D. Mich 1996).   Here, the petitioner's arguments do not satisfy any of the listed criteria, and instead amount to a re-argument of issues previously litigated.  As such, the motion should be denied for reasons set forth in this Court's previously identified orders.

ROBERT E. COOPER, JR.
Attorney General and Reporter


/s/ Andrew H. Smith
Assistant Attorney General
Criminal Justice Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-4349
B.P.R. No. 26594

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served on all ECF users through the Electronic Filing System, including petitioner's counsels: Susanne Bales, Federal Defender Services, 530 Gay Street, Suite 900, Knoxville, Tennessee 37902, on this the 9th day of November, 2011.

/s/ Andrew H. Smith
Assistant Attorney General
