No. _____

## IN THE
## SUPREME COURT OF THE UNITED STATES
October Term, 2010

### DANIEL WAYNE COOK,

Petitioner,

v.

### THE STATE OF ARIZONA,

Respondent.

**On Petition for a Writ of Certiorari to the
Arizona Superior Court**

**PETITION FOR A WRIT OF CERTIORARI**

Michael J. Meehan
333 North Wilmot
Suite 300
Tucson, AZ 85711
mmeehan@mungerchadwick.com
(520) 721-1900

*Counsel of Record for Petitioner*

# QUESTION PRESENTED

## (CAPITAL CASE)

In an Arizona capital case, a post conviction proceeding in the trial court is mandated by statute and criminal rule after completion of the direct appeal. It is designated an integral part of the original prosecution. It is initiated by the Arizona Supreme Court, without action by a capital defendant. That Court chooses and appoints counsel for the post conviction proceeding. If Petitioner claims that his counsel at trial or upon appeal were ineffective he can only assert such claims in the post conviction proceeding.

The question presented is whether Petitioner is entitled under the Sixth and Fourteenth Amendments to have *effective* post conviction counsel to raise those claims, because that proceeding represents Petitioner's first review allowed by the Arizona courts for such claims.

i