# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE DIVISION

GARY SUTTON, )
)
    Petitioner, )
)
v. )      No.  03:07-cv-30
)      Judge Varlan
RICKY BELL, Warden, )
)
    Respondent. )

---

## RESPONDENT'S NOTICE OF SUPPLEMENTAL AUTHORITY

---

The respondent, Ricky Bell, hereby provides this Court of recently issued intervening authority that is applicable to the petitioner's pending motion to alter or amend based on *Martinez v. Ryan*, 2012 WL 912950 (March 20, 2012) [D.E. Nos. 31, 37]. In *Dansby v. Norris*, the Eighth Circuit ruled that *Martinez* does not apply to Arkansas. *Dansby v. Norris*, 2012 WL 2344774 (8th Cir. June 21, 2012). That court held that because Arkansas allows a defendant to raise an ineffective-assistance claim on direct appeal, so long as it was properly preserved through a motion for new trial, the state does not fit within the scope of *Martinez*. Id. at *17. As the parties have noted in their prior briefing, Tennessee employs a similar procedure. [D.E. No. 39 at 7]. As such, *Dansby* is instructive as to *Martinez*'s applicability in Tennessee.

Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General & Reporter

/s/ ANDREW H. SMITH
ANDREW H. SMITH
Assistant Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 741-4349
B.P.R. No. 26594

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically on June 28, 2012. A copy of the document will be served via the Court's electronic filing process on petitioner's counsel: Susanne Bales, Assistant Federal Community Defender, 800 S. Gay Street, Suite 2400, Knoxville TN 37929.

/s/ Andrew H. Smith
ANDREW H. SMITH

2