**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **GARY WAYNE SUTTON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| **vs.** | ) | Case No. 3:07-cv-30 |
| | ) | Varlan/Shirley |
| **ROLAND COLSON**, **Warden**, | ) | |
| | ) | |
| Respondent. | ) | |

## RESPONSE IN OPPOSITION TO RESPONDENT'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

Comes now Petitioner, Gary Wayne Sutton, through undersigned counsel, and submits the following Response in Opposition to Respondent's Notice of Supplemental Authority. Respondent has submitted *Dansby v. Norris*, 2012 WL 2344774 (8th Cir. 2012), arguing it demonstrates *Martinez* does not apply in Tennessee. R. 40.

Respondent is in error. The Eight Circuit opinion interpreting Arkansas case law and Arkansas procedural rules has no bearing on what the law is in Tennessee. In Arkansas, it is part of the state's "correct and uniform administration of the criminal law" to raise ineffective assistance in the motion for new trial and then to raise the issue on appeal. *State v. Robinson*, 2011 WL 737152 *3 (Ark. 2011) (relied upon in *Dansby v. Norris, supra* at *15). Tennessee has no similar, clearly established procedure for a new attorney to come on the case after the trial, but before the motion for new trial, and to effectively present the issue; *Dansby v. Norris* is inapposite.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.


BY: s/Susanne Bales
    Susanne Bales
    Asst. Federal Community Defender
    800 S. Gay Street, Suite 2400
    Knoxville, TN  37929-9729
    (865)637-7979

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2012, the foregoing Response in Opposition to Respondent's Notice of Supplemental Authority was filed electronically.  Notice electronically mailed by the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Notice delivered by other means to all other parties via regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system. .

s/ Susanne Bales

{2}