**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| **GARY WAYNE SUTTON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| **vs.** | ) | Case No. 3:07-cv-30 |
| | ) | Varlan/Shirley |
| **ROLAND COLSON**, **Warden**, | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF APPEAL FROM A JUDGMENT OF THE EASTERN DISTRICT
OF TENNESSEE TO THE SIXTH CIRCUIT COURT OF APPEALS**

Notice is hereby given that Gary Wayne Sutton, Petitioner in the above-named

case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from

the judgment entered in this action on September 20, 2012 (R.42), denying Mr. Sutton's

motion to alter or amend the judgments entered on September 29, 2011, (R.28, R.29),

and April 10, 2012 and April 12, 2012 (R.35, R.36).

This the 11th day of October, 2012.

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.


s/Susanne Bales
Susanne Bales
Assistant Federal Community Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979

Counsel for Petitioner Gary Wayne Sutton

## CERTIFICATE OF SERVICE

I hereby certify that on October 11th, 2012, a copy of the foregoing Notice of Appeal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

s/Susanne Bales
Susanne Bales

{2}