**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 15, 2014

Ms. Debra Poplin
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

          Re: Case No. 12-6310, *Gary Sutton v. Wayne Carpenter*
               Originating Case No. : 3:07-cv-00030

Dear Clerk,

     Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Julie Brock
                              Case Manager
                              Direct Dial No. 513-564-7011

cc:  Ms. Susanne Bales
      Mr. Andrew H. Smith

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 12-6310

_____

Filed: April 15, 2014

GARY WAYNE SUTTON

      Petitioner - Appellant

v.

WAYNE CARPENTER, Warden

      Respondent - Appellee

MANDATE

   Pursuant to the court's disposition that was filed 03/19/2014 the mandate for this case hereby

issues today.

COSTS:  None