# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

GARY WAYNE SUTTON,                )
                                  )
      Petitioner,        )
                                  )
v.                                )      Case No. 3:07-cv-30
                                  )      Varlan/Shirley
WAYNE CARPENTER, Warden,          )
                                  )
      Respondent.        )

_____

## MOTION FOR EXTENSION OF TIME

_____

Petitioner, Gary Wayne Sutton, by and through counsel respectfully requests this Court grant an extension of 45 days in which to file supplemental briefing ordered by this Court. (R.46). In support of this motion Petitioner states the following:

1.     This Court ordered supplemental briefing in this case. (R.46). Petitioner's brief is due on July 28, 2014. Counsel's duties in other cases have prevented counsel from completing the necessary research and investigation.

2.     Counsel has made some progress on the briefing but more time is needed to adequately address the unique issues under consideration.

3.     Undersigned counsel was assigned to a capital case from the Western District of Tennessee in March 2014. *Rice v. Carpenter*, No. 14-mc-0004. Mr. Rice's habeas petition was due in early July 2014. Based on

the short amount of time between her appointment and the due date of his habeas petition, as well as the complexity of the case, undersigned counsel was required to devote an inordinate amount of time familiarizing herself with Mr. Rice's case as well as researching and drafting his habeas petition.

4.    Further, counsel has been ordered to file supplemental briefing in support of dispositive pleadings in another capital case, *Quintero v. Carpenter*, No. 3:09-cv-106 (M.D. Tenn.), which is due July 31, 2014.

5.    Counsel for Respondent indicated he had no objection to this extension.

6.    Counsel will be out of the office most of the first half of August attending a training seminar in Atlanta, Georgia, and going on a prepaid vacation.

WHEREFORE, Petitioner requests an additional 45 days in which to file his supplemental briefing, for a new filing deadline of September 11, 2014.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY:    s/Susanne Bales
       Susanne Bales
       Assistant Federal Community Defender
       800 S. Gay Street, Suite 2400
       Knoxville, TN 37929
       (865) 637-7979

       Counsel for Petitioner Gary Wayne Sutton

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2014, a copy of the foregoing Motion for Extension of Time was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

<u>s/Susanne Bales</u>
Susanne Bales

3