UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

GARY WAYNE SUTTON,                         )
                                           )
            *Petitioner*,                  )
v.                                         )      No.: 3:07-cv-30-TAV-CCS
                                           )
WAYNE CARPENTER, WARDEN,                   )
Riverbend Maximum Security Institution,    )
                                           )
            *Respondent*.                  )

## ORDER

This matter is before the Court on Petitioner Gary Wayne Sutton's ("Petitioner")

motion requesting a forty-five (45) day extension of time, up to and including September

11, 2014, in which to file his supplemental brief [Doc. 47]. Counsel explains that as a

result of duties in other cases, she has been unable to complete the necessary research and

investigation to adequately brief the issues. In addition, counsel represents Respondent's

counsel indicated he had no objection to the requested extension [Doc. 47].

Accordingly, for good cause shown, Petitioner's motion requesting an extension of

time in which to file his supplemental brief is **GRANTED** [Doc. 47]. The parties

**SHALL** provide supplemental briefing according to the following briefing schedule:

1.      Petitioner's supplemental brief **SHALL** be filed on or before **Thursday,
September 11, 2014,** and **SHALL NOT** exceed twenty-five (25) pages.

2.      Respondent **SHALL** file his response on or before **Tuesday, November
11, 2014**. Respondent's brief **SHALL NOT** exceed twenty-five (25) pages.

3.	Petitioner **SHALL** file any reply on or before **Thursday, December 11, 2014**.  Petitioner's reply brief **SHALL NOT** exceed ten (10) pages.

The order entered on May 28, 2014, shall remain the same in all other respects and is incorporated herein fully by reference [Doc. 46].

IT IS SO ORDERED this 29th day of July, 2014.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

2