**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| **GARY WAYNE SUTTON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:07-cv-00030-TAV-CCS** |
| | ) | **Judge Varlan** |
| **WAYNE CARPENTER, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MOTION TO SUBSTITUTE COUNSEL

The respondent hereby requests substitution of Assistant Attorney General Andrew H. Smith with Assistant Attorney General Nicholas W. Spangler as the respondent's counsel. Mr. Smith is no longer with the Attorney General's Office as of September 4, 2014 and will not be authorized to continue the representation. *See* Tenn. Code Ann. §§ 8-6-109(b)(1) and 8-6-110. Undersigned counsel did not consult with the opposing side regarding this motion because substitution has no bearing on any issue in the case and will not operate to the petitioner's prejudice.

Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General & Reporter

s/ Nicholas W. Spangler
NICHOLAS W. SPANGLER
Assistant Attorney General
Law Enforcement &Special Prosecutions
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3486
Nick.Spangler@ag.tn.gov

**CERTIFICATE OF SERVICE**

I, Nicholas W. Spangler, counsel for the respondent, hereby certify that the foregoing was filed electronically on the 4th day of September, 2014, and that the Court's Electronic Filing System automatically sent a Notice of Electronic Filing with a link to a copy of the foregoing to the petitioner's counsel, Stephen M. Kissinger and Susanne Bales, at 800 South Gay Street Suite 2400, Knoxville, TN 37929-9714.

s/ Nicholas W. Spangler
NICHOLAS W. SPANGLER
Assistant Attorney General