# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

GARY WAYNE SUTTON,          )
                           )
    Petitioner,          )
                           )
v.                         )      Case No. 3:07-cv-30
                           )      Varlan/Shirley
WAYNE CARPENTER, Warden,    )
                           )
    Respondent.          )

---

## SECOND MOTION FOR EXTENSION OF TIME

---

Petitioner, Gary Wayne Sutton, by and through counsel respectfully requests this Court grant an extension of 15 days in which to file supplemental briefing ordered by this Court. (R.46). In support of this motion Petitioner states the following:

1.     This Court ordered supplemental briefing in this case. (R.46). On July 29, 2014, the Court granted Petitioner's extension motion (R.47) and ordered that Petitioner's supplemental brief shall be filed on or before September 11, 2014. (R.48).

2.     Counsel has made some progress on the briefing but more time is needed to adequately address the unique issues under consideration.

3.     In reviewing Mr. Sutton's state post-conviction appellate record, counsel was made aware that her files may not contain a complete copy of the post-conviction appellate court record. Because briefing necessarily will involve a

discussion of whether issues were fully exhausted in state court, a complete record is necessary.

4. Counsel filed a motion with the Tennessee Court of Criminal Appeals seeking to check-out Mr. Sutton's post-conviction appellate court record.

5. Counsel's paralegal was advised by a member of the appellate court clerk's staff that the record is currently in archives and once ordered, the record should arrive on or about September 12, 2014.

6. Counsel for Respondent indicated he had no objection to this extension.

WHEREFORE, Petitioner requests an additional 15 days in which to file his supplemental briefing, for a new filing deadline of September 26, 2014.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY: s/Susanne Bales
Susanne Bales
Assistant Federal Community Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979

Counsel for Petitioner Gary Wayne Sutton

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 10, 2014, a copy of the foregoing Second Motion for Extension of Time was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

<u>s/Susanne Bales</u>
Susanne Bales

3