## REPORT OF INTERVIEW

With Danny Sutton, ███ Vicksburg
Lane, Kodak, TN 37764, DOB:
███████, SS#:
Phone #: ███████. Taken by
State Arson Inv. Gary L. Clabo
and Det. Jeff McCarter on
March 2, 1992 at 4:40 p.m.
Mr. Sutton states as follows:

I went to Bill Cogdell's house on Jenkins Hill yesterday afternoon
and talked to his sisters who told me he was not home. I left
and went to Jack and Joyce Sutton's home on West New Erea Road
in Sevier County, Tennessee. I had been drinking beer at this
time.

Sometime after dark, Bill Cogdell came to Jack Sutton's. He was
driving his truck and we left going back to Bill's house. He
parked his truck at his house then he got in my van and we went
back to Jack and Joyce's house. We stayed for maybe around one
hour and we left heading back toward Bill's house. When we got
close to Bill's house, we saw the fire trucks and Bill jumped
out and ran to the house. I asked an officer if I could make
a turn so I could leave. The officer said yes and I left. I
went back to Jack and Joyce's house and told Joyce that Bill's
house had burned.

Later my father and another officer came to Joyce and Jack's house
and got me. I went with them down to the sheriff's department
and told them my story on Bill's house fire.

While at Joyce and Jack's house, Bill Cogdell asked me to take
him to Happy Hollow in Wears Valley so that Bill could burn his
truck. Bill said something about his fingerprints on his truck
that would convict him. I thought Bill was blowing again. He
always going on about something. He was going to pay me $200.00
drive him up in the valley to burn his truck. I said give me
the money and I will drive you. He then shut up about the truck.

heard the talk on the street that Billy Griffin knows who killed
Tommy Griffin and Connie Branam. Bill Cogdell warned me not to
around Steve Franklin cause Bill Cogdell heard that Steve was
going to kill me over a woman.

don't know anymore about Bill Cogdell's fire or Tommy Griffin
Connie Branam's murders. If I found out anymore I'll tell

_____
Gary L. Clabo
State Ar███ ██

ORIGINAL

112974

Attachment A

Page 1 oF

On March 2, 1992 at 4:40pm. Det Jeff McCarter S.C.S.O. and Arson Investigator Gary Cabo at Sevier Co. Sheriffs Dept. interviewed Mr Danny Sutton. Mr. Suttons personal information is as follows: DANNY Sutton D.O.B. ███████ 55, ████████ ████ Vicksburg Ln. Kodak, Tn. 37764 ████████ home telephone.

I went looking for Bill Cogdell yesterday afternoon. I went to Bills house on Jenkins Hill and talked to Bills sisters. They told me Bill was not home. I left and went to Jack and Joyce Suttons home on West New Era Rd. in Sevier Co., Tn. I had been drinking beer at this time.

Some time after dark Bill Cogdell came to Jack Suttons. Bill was driving his truck. Bill and I left going back to Bills house. Bill parked his truck at his house, then he got in my Van and we went back to Jack and Joyces house. We stayed for around one hour maybe.

ID #2

112975

Attachment A

Danny Sutton (Cont.)

We left Jack and Joyces house and headed back toward Bills house. When we got close to Bills house we saw the fire trucks and Bill jumped out an ran to the house. I asked an officer if I could make a U turn so I could leave. The Officer said yes and I left. I went back to Jacks and Joyces house. I told Joyce that Bills house had burnt. Latter my Father and another officer came to Joyces and Jacks house an got me. I the went with them down to the Sheriffs Office and told them my story on Bills house fire.

While at Joyces and Jacks house Bill Cogdell asked me to take him to Happy Hollow in Wears Valley so that Bill could burn his truck. Bill said something about his finger prints on his truck that would convict him. I thought Bill was blowing again. He is always going on about some thing. ecc.

Bill was going to pay me $200.— to Obrine

(10) #2

112976

Attachment A

Danny Sutton (Cont.)

him up in the Valley to burn his truck. I said give me the money and I will drive you. Bill then shut up about the truck.

I heard the talk on the street that Billy Griffen Browns who killed Tommy Griffen and Connie Branam. Bill Cogdell warned me not to be around Steve Franklin cause Bill Cogdell heard that Steve was going to kill me over a Women.

I don't know any more about Bill Cogdell's fire or Tommy Griffen, Connie Branams murders. If I found out any more I'll tell you.

112977

Attachment A