SUBPOENAS

TO

SERVE

Sevier County Atty. File
Defense Subpoena

Attachment B

DEFENSE
SUBPOENA
BOOK

Attachment B

Case 3:07-cv-00030-TAV-CCS    Document 51-2    Filed 09/26/14    Page 2 of 3
PageID #: 326

CIRCUIT COURT
F I L E D

HOUR _____ M

DATE: FEB 5 1993

*Helen F. Loveday*

CIRCUIT COURT CLERK
SEVIER COUNTY, T....

COMMON SUBPOENA (FOR DEFENSE)                                              11293—Mathis Co., Knoxville

# State of Tennessee, Sevier County

### To the Sheriff of Sevier County—Greeting:

We command you to summon Danny Sutton, ▮ Vicksburg Lane, Kodak, TN ▮

to appear before the Judge of our Circuit Court, at a Court to be held for the County of Sevier at the Court House in Sevierville, on the 16th day of February 9:00 a.m. 19 93, to testify and the truth to say, in a cause pending in said Court, wherein the State of Tennessee is plaintiff, and Gary Wayne Sutton

Defendant............., on behalf of the Defendant....X.., and this you shall not omit under the lawful penalty.

Witness, HELEN K. LOVEDAY, Clerk of our said Court in Sevierville, on the first Monday of December

19 92

*Helen F. Loveday*....., Clerk.

Attachment B