Raymond A. Finney, Jr., M.D., Pathologist
William E. Elliott, M.D., Pathologist
Eric P. Ellington, M.D., Pathologist
Robert M. Potter, M.D., Pathologist

Department of Pathology and Laboratory Medicine
Blount Memorial Hospital
907 East Lamar Alexander Parkway
Maryville, Tennessee 37801-5183

## AUTOPSY REPORT
## CONDITIONS OF AUTOPSY

| | | | | |
|---|---|---|---|---|
| **NAME**<br>Griffin, Tommy M. | **AGE**<br>25?age | **SEX**<br>M | **RACE**<br>W | **RECORD NO.** | **ACCESSION NO.**<br>92ME06 |

**IDENTIFICATION OF BODY**
Sheriff's department

**CLASSIFICATION OF AUTOPSY**
Medical Examiner's Autopsy authorization

**AUTOPSY AUTHORIZATION (NAME/RELATIONSHIP)**
District Attorney General, Mike Flynn

**ATTENDING PHYSICIAN(S)**
N/A

**AUTOPSY LIMITATIONS**
None

**PERSON(S) PRESENT DURING PROSECTION**
Larry Muncy, representative of Sheriff's Department

**DATE OF FINAL ADMISSION**
N/A

**OCCUPATION OF DECEDENT**
Unknown

**CLINICAL IMPRESSION(S):**
N/A

**SURGICAL PROCEDURE(S):**
N/A

**PERTINENT ANATOMIC PATHOLOGY STUDIES PRECEDING DEATH:**
N/A

**DATE AND TIME OF DEATH**
February 24, 1992, time uncertain

**PLACE OF DEATH**
Blount County

**DATE AND TIME OF AUTOPSY**
February 25, 1992, 8:00 a.m.

**PLACE OF AUTOPSY**
Blount Memorial Hospital Morgue

**PROSECTOR**
E. P. Ellington, M.D.

**PHOTOGRAPHS TAKEN:** By Sheriff's Department
**TOXICOLOGY SPECIMEN(S) COLLECTED:** None
**MICROBIOLOGIC CULTURES COLLECTED:** None
**OTHER STUDIES PERFORMED:** None
**OTHER INFORMATION:** X-rays of skull. (See attached report)

## FINAL ANATOMIC DIAGNOSES

**DIAGNOSES:**                                                                                              CODE:
1. Shotgun wound to head, with extensive trauma to the brain, soft tissue, and skull.
2. Right below-knee-amputation, remote
3. Laparotomy, with possible insertion of vena cava clip, remote
4. Polycystic disease, liver suggested
5. Emphysema

## AUTOPSY SUMMARY AND CLINICOPATHOLOGIC CORRELATION

The autopsy findings confirm the impression of death due to shotgun wound to head. There is extensive damage to the brain, soft tissue, and skull.

## CLINICAL ABSTRACT

The decedent was found on a river bank in Blount County with an apparent gunshot wound to the head.

Attachment C
Case 3:07-cv-00030-TAV-CCS    Document 51-3    Filed 09/26/14    Page 1 of 2
PageID #: 328

DR Ellington
says date
of death
was 2/24