present our evidence to dismiss the only two claims that are remaining in this case and deny the writ of habeas corpus.

THE COURT: Is the Petitioner ready with its first witness?

MS. BALES: We are, Your Honor. I believe he is in the witness room. If you will get Dr. Haskell.

NEAL HASKELL

was first duly sworn and testified as follows:

COURTROOM DEPUTY: Please State and spell your name for the record.

THE WITNESS: My name is Neal Haskell, N-e-a-l H-a-s-k-e-l-l.

**DIRECT EXAMINATION**

BY MS. BALES:

Q. Good afternoon, Dr. Haskell.

A. Good afternoon.

Q. Would you tell the Court what your current occupation is.

A. I am an international forensic entomology consultant. I am a professor of forensic science and biology at St. Joseph's College in Rensselaer, Indiana.

Q. I am showing you on the screen in front of you what has been marked as Plaintiff's Exhibit A. Your Honor, we should match one hundred percent on the

23

Case 3:07-cv-00030-TAV-CCS    Document 51-5    Filed 09/26/14    Page 1 of 64
PageID #: 413

exhibits, if the Court prefers to use the notebook. Can you identify Exhibit 1, please.

(Exhibit No. P-1 in evidence was referenced.)

A. Yes. That is a summarized version of my Curriculum Vitae.

Q. And that is actually the first page. The rest of it is in the record. How long have you been a forensic entomologist?

A. I started, had my first case in 1981. I started the forensic entomology study in earnest with research and so forth in 1985, in January of 1985. I have done that since.

Q. What positions do you currently hold now?

A. Well, as I said, I am a professor of forensic science and biology at St. Joseph's College Catholic School in Rensselaer, Indiana.

I have some adjunct appointments. I am an adjunct at University of Nebraska, Lincoln. I am an adjunct professor at Michigan State University and then I assist graduate students, I am on graduate faculty committees on a number of graduate programs across the country.

Q. Do you frequently consult on forensic entomology matters?

A. Absolutely.

Q. Frequently for the prosecution?

A. Most often I am getting cases for the prosecution because it's the law enforcement side that usually contacts me first. Then I do, of course, in the court cases about 50/50 with regards to court and prosecution and defense cases.

Q. Are you Board Certified?

A. Yes, a couple of boards. The American Entomological Society of America where I am a Board Certified entomologist and then the American Board of Forensic Entomology where I am a certified member there, Diplomate on that Board and a founding member.

Q. I noticed on Page 6 of your CV that you authored the Chapter on forensic entomology in Spitz and Fisher's *Medicolegal Investigation of Death*, is that correct?

A. That is correct.

Q. Is Spitz and Fisher's *Medicolegal Investigation of Death* a publication that is regularly relied upon by experts in your field?

A. Well, with forensic pathology it's almost considered I think the bible of forensic pathology. That is the one most referred to in that area.

Q. And just out of curiosity, was your chapter in

25

Attachment E
Case 3:07-cv-00030-TAV-CCS   Document 51-5   Filed 09/26/14   Page 3 of 64
PageID #: 415

this treatise peer reviewed?

A. I have checked with Dr. Spitz and he had sent it out to other doctors to check it over and make sure that all of the chapters in his books were consistent and accurate.

Q. Could you tell us what a forensic entomologist does.

A. A forensic entomologist is, of course, an entomologist, a person that works with insects that has an affiliation with the courts, either in civil or criminal matters.

Q. So you use the study of insects to gain insight into legal matters?

A. That is correct.

Q. Okay. Can you explain for us how insect activity is used to determine the time of death?

A. We use the insect biology, behavior and growth and development in determining the estimate of when a person most likely died. Obviously, it's very difficult to determine a pinpoint time of death, but we rely on a range of dates based on growth a development and calculations that we do to estimate when death most likely occurred. That takes, this range also takes into consideration the, I guess we call it, we can call it error rate, but it's the biological variability that we

26

see in the natural sciences all the time.

Q. Obviously when you work on these cases you are not always -- you don't always have the opportunity to go to the crime scene or to contemporaneously examine the evidence, is that correct?

A. That's correct. Obviously, I work cases around the world. I have to rely on investigators and medical examiners and coroners to have enough knowledge either through my training or somebody else's training to know how to collect and process a specimen so they can get them to qualified forensic entomologists for evaluation.

Q. So if bugs had been present, you would have hoped they would have been collected?

A. That is correct.

Q. You also look at crime scene photos?

A. Absolutely.

Q. Would reports prepared by first responders be considered?

A. Absolutely. I like to have those because it kind of gives an impression, gives me, starts my impression on what the habitat environment is and where -- usually they have the location, street addresses and things like that, and so many feet in from the roadway and such and such if it's an outdoor case. It gives a

Attachment E
Case 3:07-cv-00030-TAV-CCS    Document 51-5    Filed 09/26/14    Page 5 of 64
PageID #: 417

description. Yes, absolutely.

Q. And would you look at climatological data?

A. That would be critical with the insect analysis.

Q. Now, in this case we have contacted you to ask you to render an opinion on the time of death of Mr. Tommy Griffin, is that correct?

A. That is correct.

Q. And Mr. Griffin died in 1992, is that correct?

A. That is what I understand.

Q. Okay, if the Court wants to turn to Exhibit 2. If you can describe this document. This is Plaintiff's Exhibit 2.

(Exhibit No. P-2 in evidence was referenced.)

A. Right. That is an -- it looks like a document that was generated by law enforcement personnel that would have been at the scene. Death investigators and forensic entomologists and other forensic scientists will have similar check lists and so forth so you don't forget to do things.

Q. And it's entitled *Death Scene Check List*, for the record?

A. That is correct.

Q. We are going to look at a few different pages

in this report. I will let you look at that. So this is the kind of report you would rely on?

A. This would be one of them, yes.

Q. You did, in fact, rely on it in this case?

A. Yes.

Q. What does this document tell us about the exact time Mr. Griffin's body was found?

A. Well, it says when he was found and where and gives a location of where the remains were found.

Q. Okay. Just for the record, he was found at approximately 1615 hours on February 24th, 1992, is that correct?

A. That is correct.

Q. And could you tell us what it says is the location?

A. It says Manning Lane off of 321. I am assuming that is Highway 321. Location of the body itself was "between road (Manning Lane) and river."

Q. Okay. Have you been to this location?

A. Yes, I have.

Q. Okay. How would you describe it?

A. I would say semi-forested and rural and a river environment.

Q. Okay. Are you familiar with what type of flying insects you would expect to see in Blount County

29

at this type of location?

A. Yes, I am.

Q. Okay. And what is that insect?

A. Well, we would have any number of flying insects. You are going to have -- once the temperatures are high enough, you will have the insects flying up and down the rivers. Those could be aquatic insects, for instance. With regards to the carrying insects the most logical common one and expected one for carrying insects would be one of the species of blue bottle flies that would be found in the cooler times of the year. I have actually had cases around the Knoxville area where we have had the blue bottle flies recovered in cooler times of the year.

Q. And for us non-entomological folks, what is a carrying insect?

A. Carrying is nothing more than the decaying decomposing soft tissues of vertebrate animals. They can be cold blooded, they can be warm blooded. It's the soft tissues, fats and muscle and so forth that are decomposing in a progressive way off invertebrate animals.

Q. You would have expected to see blue bottle flies insects in this area?

A. Yes.

30

Q. Can you describe the appearance of the blue bottle fly?

A. Well, as it's named, it doesn't look like as the name suggests. A blue bottle fly, it doesn't look like a bottle. It looks like a fly. The origin of that term was in the middle ages a maggot was termed a bot and when they would find a body with little bots on them they would call them -- newly hatched maggots -- they would call them little bots or bottles. Then the blue, of course, is in reference to the actual color of the adult of the species.

Q. And is it a large or a small fly?

A. It's a pretty large fly. It looks compared to a house fly it's probably three time as big, maybe even four times as big. The group of flies that we work with are easily recognized by their really beautiful metallic blue and green colors. In this case we are dealing most likely with the blue bottle flies of which there are a number of different species.

Q. Okay. How predictable is the behavior of the blue bottle fly?

A. It's very predictable.

Q. Does the blue bottle fly have a typical lifecycle?

A. Yes, it does.

31

Case 3:07-cv-00030-TAV-CCS   Document 51-5   Filed 09/26/14   Page 9 of 64
PageID #: 421

Q. Okay. Could you tell us what that lifecycle is?

A. The blue bottle fly, like most of the rest of the flies, have a standard complete metamorphosis lifecycle which will go through an egg stage, a series of larva stages and then it will have to change the form or do the metamorphosis and they do the metamorphosis in the cocoon or chrysalis of butterflies.

In flies we call it the puparia or the pupus in there. It changes from the voraciously feeding larva into a winged very fast flying strong flying reproductive adult. It is a tremendous change so that they have the puparia where it makes that change and then it will hatch out into an adult fly.

Q. And obviously that lifecycle is well documented and very predictable?

A. Absolutely.

Q. How could you observe this lifecycle on a wounded or a dead body?

A. Well, you can see the different life stages. You can see eggs. Probably the hardest life stage to see is probably the first stage maggot because they are very small, but they are mobile so you can usually see them moving around too. Then by the time you get to the second and third stage maggots they are good sized and

32

they are obviously very recognizable. Then they go into, the third stage maggot completes feeding and goes into a migration phase where it will not take any more food because it's taken enough energy to get it through the puparial stage through this metamorphosis and then eventually hatch out as an adult. All the life stages are observable. Particularly for the little maggots you might have to look into creases and corners of the eyes and things like that. You can see -- eggs are quite recognizable as well as the larger maggots and the puparia also.

Q. The first thing you would see on a dead body is, well, obviously the presence of the adult female flies, but then after that their eggs, is that correct?

A. That is correct.

Q. Okay. So that is what you would be looking at as a forensic entomologist?

A. Absolutely. You look for the adults and then the eggs would be followed shortly after that.

Q. Okay. What attracts the blue bottle fly to the body?

A. Well, all of the blow flies are attracted to odors emanating from the body. In the case of the blow flies, which is encompassing a number of other groups of species within that group, very subtle odors to us are

33

being produced and yet the blow flies can be smelling the very subtle odors you and I can't even smell if we are standing next to the dead pig or whatever. They can smell it and be attracted in from over a mile or mile and a half away.

That is some of the research we have ongoing at this point is to try and determine what those various subtle odors that come out almost immediately after death. I have had -- in my research I have had sacrifice pigs and found blow flies on the carcuses within 25 to 30 seconds after the sacrifice of the pig. You don't see them around until that pig is dead.

Q. Okay. So I gather what you are saying is you would expect the adult female flies to be attracted quickly?

A. Yes, if the temperatures are conducive to that.

Q. So that was your initial goal in looking at this material was to see if you could see any kind of insect activity?

A. That is correct.

Q. Okay. I would like to show you Page 2 of the Crime Scene Check List. If you can tell us, what did the first responder note about insects?

A. There is under the comment it says, "some

34

insects present around face (ants).

Q. Does the presence of ants tell you anything about how long the body had been there?

A. In my opinion, no. We can find ants shortly after a body has been placed on the ground and they may be around for a day or two.

Q. Okay. So a first responder document stating that they saw ants, is that something you would consider in forming an opinion?

A. Well, it would be, it would say to me that, well, temperatures are high enough for the insects to be out and round about. Some insects are out at that point.

Q. So it is something you considered in this case?

A. Yes, but did not consider it as a benchmark for a time estimate.

Q. Okay. I would like to show you Plaintiff's Exhibit 3. This is a photograph. If it's not reflected sufficiently up there, we can provide a copy of the trial notebook to let you look at.

(Exhibit No. P-3 in evidence was referenced.)

A. It looks good here.

Q. Can you describe this, please.

35

Attachment E

A.   This is showing the victim in the position at the scene that he was found, I am assuming.  With the wound, a large wound to the back of the neck, lower part of the head on the dorsal side of the victim.

Q.   Okay.  Do you observe any insect activity there?

A.   No, I do not.

Q.   And was this picture something that you looked at in forming an opinion in this case?

A.   Absolutely.

Q.   I would like to show you next Exhibit 4. Could you describe this photo.

                (Exhibit No. P-4 in evidence was

                referenced.)

A.   Yeah.  It looks like a photograph of the victim at the scene, a little bit wider ranging.  We can see the, again see the wound in the back of the neck and also see some it looks like what appears to be a blood trail leaching down from the neck wound.

Q.   Okay.  What does this photo tell you about the environment?

A.   Well, obviously we see leaves that are on the ground.  The conclusion would be if I had no other photographs and had not been to the scene I would say, well, there is probably some trees overhead.  The leaves

36

came from the trees, as well as some small branches.

Q. Do you observe any insect activity in this photo?

A. No, I do not.

Q. Is this photo something you looked at in forming and opinion in this case?

A. Yes, I did.

Q. I would like to show you what has been previously marked as Exhibit 5. Can you describe this document or this photo?

(Exhibit No. P-5 in evidence was
referenced.)

A. Yes. It's another photograph of the victim. I don't know whether it is in the autopsy or at the scene. It again shows the back of the neck, back of the head. We have the wound and what I see here also is some bloodied hair, matted, blood matted hair above the wound.

Q. And what's the relevance of that?

A. Well, oftentimes mother blow flies will come in and -- for whatever reason they like to lay their eggs in this matted hair that has blood on it off to the side of where the wound or the face is. Because we have two major sites of colonization for the flies where they are attracted into. Primary site is nose, mouth and

37

eyes of victim or the pig or whatever. The other place would be the sites of trauma where the skin has been opened up and shows underlying or reveals underlying soft tissue in the form of muscle, fats and so forth.

Q. Is this photo something you considered in forming your opinion?

A. Yes, I did.

Q. I would like to show you what has been previously marked as Plaintiff's Exhibit 6. Can you describe this photo, please.

(Exhibit No. P-6 in evidence was referenced.)

A. Again, it's a photograph of the victim it looks like from the right side of the body. He is laying in what I assume is the original position of where the body, how the body was found at the scene.

Q. Do you see any insect activity there?

A. I do not see any there.

Q. Okay. I notice his eyes are exposed or the right side of his face is exposed in that photo.

A. The right side of this face is exposed there.

Q. We have looked at several photos that were taken at the crime scene. You have not seen any insect activity in any of those photos. Is that something that you consider relevant in this case, the lack of?

38

A.   Well, yeah.  Considerably relevant considering what the State's position is that the body had been there for a considerable period of time.

Q.   Okay.  Let's see.  If I can get you to just look at a couple of more photos.  Can you identify this. It previously been marked as Plaintiff's Exhibit 7.

(Exhibit No. P-7 in evidence was

referenced.)

A.   Again, it's a little closer shot of the left side of the victim's head with the neck wound on the lateral aspects of it.  Again, another scene photograph.

Q.   And do you observe any insect activity in this photo?

A.   No, none at all.

Q.   Is this photo something you would have considered in forming an opinion?

A.   Absolutely.

Q.   I would like to show you what has been marked as Plaintiff's Exhibit 8.  It's a photo -- if you can describe that for us, please.

(Exhibit No. P-8 in evidence was

referenced.)

A.   That is a photograph of the back of the neck with the wound showing.

Q.   And did you, I am sure you notice the little

39

circles?

A. There's a whole bunch of little blue circles on there written. It looks like either felt tip or a pen, some type of pen.

Q. Okay. Could these be insect eggs or fly eggs?

A. Absolutely not.

Q. Okay. And why not?

A. Well, in my original analysis, if I had seen them, I had known what they were. I didn't even consider that anybody would think they might be eggs or insects or anything. First of all, you notice they are scattered all over. They are kind of randomly scattered. That is completely inconsistent with the way a mother fly lays her eggs. She is backing into a place and she is dropping her eggs. She will drop a number of them in a nest or a pile in a grouping. If she spreads them out a little bit, they still won't be this random around an entrance wound and particularly not in the entrance wound itself. Usually off to the side in close proximity, of course. The maggots will hatch and crawl to that. Yes, this is, the shape of the objects in there are not consistent with the shape of fly eggs either. If we were considering the blue bottle flies, they wouldn't be big enough to be consistent with a blue bottle fly egg which is about two millimeters in length.

40

Attachment E

Q.   So, if I understand correctly, the blue bottle mother fly will lay a clump of eggs?

A.   They can.  They string them out.  They are strung out in close proximity to each other.  Not this randomness of I think I will lay an egg here and then I think I will lay over here and drop an egg over here.  They don't do that.  They need to get their eggs down so that the larvae can start to mature in the egg so that they can get out and get on with what they need to do.  That is to grow to be adults or the next generation.

Q.   So in none of the photographs were you able to detect any kind of insect activity?

A.   No, none at all.

Q.   And none of the first responder reports document any kind of insect activity?

A.   Other than those ants that were mentioned by the first responder.

Q.   Once you conclude that there are no insects on the deceased body, what do you next look at in trying to determine the time of death?

A.   Well, if we don't have insects, then something is prohibiting those insects from colonizing.  Then the next thing in the analysis is to try to determine what factor or factors that may have precluded those flies from colonizing or other insects from colonizing.

41

Q. What is the primary factor that can cause there not to be insects?

A. The primary one is, as we have experienced north up in Indiana and down here in the last couple of days, is obviously temperature is a critical barrier to insect activity.

Q. Okay. So if it's too cold?

A. If it's too cold, you are not going to find them.

Q. And what, what temperature does the blue bottle fly need in order for there to be activity?

A. Most of the blow flies the activity level is about 50 degrees, 10 degrees Centigrade, 50 degrees Farenheit for them to be up and flying.

Q. So they need the temperatures to be above the 50 degrees?

A. 50 or above and we should see them.

Q. Okay. I would like you to show you what has been marked as Plaintiff's Exhibit 9. I realize this exhibit has several pages. If you can just identify the top page for the record.

                    (Exhibit No. P-9 in evidence was

                        referenced.)

A. That would be a document coming from the NOAA at Asheville, North Carolina, the National Oceanographic

42

and Atmospheric recordkeeping area there at Asheville which has, it stores and archives climatological information as well as nautical information.

Q.   I would like to next show you what is marked as Exhibit 10.   Is that oriented appropriately for you?

(Exhibit No. P-10 in evidence was referenced.)

A.   Yeah, I can see it.

Q.   Okay.   Just out of curiosity, why did you use the McGhee Tyson Airport data?

A.   I felt that I have done a lot of research down in this area of Tennessee.   McGhee Tyson would most likely be the closest to where the remains were found and would be probably the most representative of elevation also.

Q.   Okay.   Could you just tell us how you made this plot graph.

A.   I recovered the hourly temperatures from McGhee Tyson for obviously the 24th of February for 1992.   I just plotted those points on a 24 hour basis.

Q.   Okay.   You were saying that blue bottle flies needed to be above 50 degrees.

A.   50 or more.

Q.   If you could indicate on our graph, if you are comfortable doing that --

43

Attachment E

A.  Hopefully we'll give this a try.

Q.  We have charts for each day.  We'll move through this quickly.  Right now, we are looking at Monday, February 24th.

A.  That is correct.

Q.  You previously mentioned looking at the Crime Scene Check List that the body was found at 1615.

A.  Right.

Q.  So looking at that information, how many hours was the temperature above 50 degrees on Monday, February 24th?

A.  Well, the whole 24 hours is above 50.  Obviously, what we want to also take into consideration is that blow flies don't fly at night.  They go to bed at sunset and get up sometime after sunrise and when the temperature is correspondingly above 50 degrees.  In this situation or this case, sunrise would be somewhere around 7:00, 7:30.  Sunset would be probably about 6:00, 6:30 which would be about 1800, thereabouts.  Not too much different than what we have right now, as a matter of fact.  So we would bracket those and then see how many hours of daylight and how high the temperature was, how many times hourly temperatures were above the 50 degree mark for the daylight hours.

Q.  How many hours were there on Monday?

44

A. For the daylight hours about eleven. If you discount when the body was found at 1615 or so, we would probably have about nine hours of daylight where the temperature is above 50 degrees.

Q. Again, that was on Sunday. Let's turn our attention now to Sunday, February 23rd.

A. Maybe we can just line that line up.

Q. Okay.

A. See if you can line the line up with the 50.

Q. So we have the 50 degree mark indicated again?

A. Uh-huh.

Q. How many hours, how many daylight hours was the temperature above 50 degrees on Sunday?

A. 50 or higher, about eight.

Q. Okay.

A. It tops out about 65.

Q. That is pretty warm.

A. That is pretty warm for our fly friends.

Q. And then turning your attention to Saturday February 22nd, how many daylight hours above 50 degrees do you see on Saturday?

A. Again, about eight.

Q. Okay. Are those temperatures warm enough for blue bottle flies to be active?

A. Absolutely. Anything above 50. When you move

45

Case 3:07-cv-00030-TAV-CCS    Document 51-5    Filed 09/26/14    Page 23 of 64
PageID #: 435

it into, I think the high of 67 for that day. That is really getting them cranked up and for the blues, it's doing good.

Q. And what, how many hours would it take for the flies to be attracted to the scene?

A. Well, on a freshly dead remains, we are going to need probably a few hours to get the odors disseminating and get moving in the air and then finding the fly where the mother fly is sitting and have the mother fly track back in. On a freshly dead, newly dead individual, it could be four or five, six hours anyway. Maybe a couple of more.

Q. So you are talking anywhere from four, five, six, maybe seven or eight hours?

A. That is possible.

Q. That window there?

A. Trying to be conservative here. That could be a delay factor of the odors getting to the mother fly and the mother fly tracking back in. Although this temperature of 67 degrees is quite conducive for blue bottle fly activity.

Q. Okay. Doctor, let's assume a situation where we have a 24 hour period and the daylight temperatures above 50 degrees we have eight hours of that and there is no fly activity. Okay, that is day one. Let's look

46

at day two. Would your estimate of up to eight hours be the same?

A. No.

Q. Why is that?

A. Because as the body continues to decompose, as the temperatures for the second day and as odors drive that decomposition, the odors are going to be able to disseminate further out and the flies would be searching the area and these odor plumes would be extending over the second day. My opinion would be that it wouldn't be nearly as long to find a body on the second day as it would the first.

Q. And taking that one step farther, what would happen on the third day of temperatures like that?

A. Well, in my opinion, the flies would have found the body.

Q. Okay. I notice in the early morning hours on Saturday the 22nd it gets pretty cool that night?

A. Pretty cool.

Q. Would that affect the blue bottle flies?

A. Well, they wouldn't be flying at night. They don't fly at night anyway. The temperatures below 50, they snuggle in someplace and hunker down. The blue bottle flies some of these flies will actually survive some very cold temperatures in the winter. That is one

47

of the ways that they overwinter as adults. As soon as it starts warming up in the springtime, they are up and going. That would be consistent with northern Indiana. Down here you could have a colonization most any month of the winter when you get those days that spike into the 50s, 60s sometimes even the 70s would be certainly adequate for the flies at that time.

Q. Obviously the presence of the flies is one factor. We are also talking about the fly eggs, correct?

A. Yes.

Q. So the temperature is such that you could have seen fly eggs how quickly?

A. Again, once the mother fly finds the food source, her main objective in life is to get the next generation of genetic material down and so she might take an hour or so to just make sure this is where I want to put my kids and then she gets on it. The fly eggs would be found fairly soon after mother fly, an hour or two after mother fly has found the food source and recognized that it's a good place to put the kids.

Q. Okay. So, let's assume that we did have fly eggs and then the temperature dropped, 42, 48 degrees, maybe even into the 30s. How would that affect the fly eggs?

48

A.   They would just kind of hang there until it got warm again so they would begin to continue to mature.  For the blue bottle flies about 42 degrees Farenheit is the threshold for growth and development.  If the temperature is above 42, 6 degrees Centigrade, the fly eggs whether night, day or whatever, the fly eggs will continue to mature and grow and develop.

Q.   Based on all of the charts that we have looked at there is plenty of time for blue bottle flies to come in and lay eggs, correct?

A.   Absolutely.

Q.   Ample opportunity for that?

A.   Yes.

Q.   And in fact, we have several hours each day where the temperature is warm enough for this activity to happen, is that correct?

A.   Absolutely.

Q.   Even if we had a shorter period of time.  Suppose it didn't get up to the 60s each day.  Suppose it was a little bit cooler.  Would you still be able, I mean, how many, what is the least amount of hours you need for the fly activity to occur?

A.   Just a few hours of temperatures right at 50 or above.  It doesn't -- three or four hours, five hours and just slightly over 50.  We have certainly got higher

49

temperatures than that. What I see is very conducive to expecting fly eggs, definitely flies, but the mothers laying the eggs on the food resource anyone of these days.

Q. Okay. We have been discussing the fact that temperature is one reason that blue bottle flies might not be active, but we don't have that in this case, is that correct?

A. In my opinion, no.

Q. What are some other factors that could cause there to not be blue bottle flies?

A. Barriers. Of course, darkness. That's one. Barriers such as burials or storage of remains in tight buildings or stuck in trunks or freezers. A body in the freezer, the flies aren't going to get there.

Q. The flip side of the question is what kind of atmosphere are flies attracted to?

A. Well, I mean, they do real good when the temperatures are above the minimums and at optimum conditions for the blues you get, you have an upper threshold where somewhere around 80 degrees or a little bit less than 80 they don't do very good. They'll drop out. The blues are not found in the summertime because it's too hot for them. They are found in the spring and the fall when the temperatures are cooler. They drop

50

out during the really warm temperatures.

Q. Would this crime scene be particularly attractive to insects being near a river in a rural setting?

A. Sure. The river gives -- there's all sorts of stuff in a river; plenty of dead things, dead fish, other dead animals, possums, raccoons, whatever. Then the river is conducive to in a wooded or forested area it's a natural flyway for the insects to run up and down because they don't run into trees.

Q. Okay. I would like to show you what has previously been marked as Plaintiff's Exhibit 11. If you can describe that for the Court, please.

(Exhibit No. P-11 in evidence was referenced.)

A. That is a further, a wider scale photograph of the scene with the victim laying in the position that he was found. What it shows is -- and this is consistent with what I would have expected seeing, the leaves and so forth. We have some taller trees in the background, an overstory. We have some small understory bushes consistent with what one would find on a sloping habitat along a river in this part of the country. It would not be inconsistent with Indiana either.

Q. You also previously discussed the fact that

51

the wound and the deceased's mouth and nose were exposed.

A. The flies would have had accessibility to all of those. The importance of the nose and mouth being exposed is some additional odors would be generated and purging from that area. That is why the nose, mouth and eyes is preferred site and then sites of the wound even though the wound was even more accessible than the nose, mouth and eyes.

Q. Is it possible that there could have been fly activity and it just wasn't detectable?

A. Anything is possible. It's possible little green men from Mars came down and pecked all of the eggs off the body after the flies laid the eggs, but it's highly unlikely.

Q. But they are noticeable to the naked eye?

A. Fly eggs are very noticeable. The larvae are very noticeable. The flies, these are big guys, the blues. They look like B-29s when you compare them to house flies. They are very colorful. They are dark shiny blue or almost a blackish blue, dark blue.

Q. Talking about the fly eggs, is it possible to miss the fly eggs with the naked eye?

A. Not under those conditions where -- no, not at all.

Attachment E
Case 3:07-cv-00030-TAV-CCS    Document 51-5    Filed 09/26/14    Page 30 of 64
PageID #: 442

Q.   Okay.   Now, the climate data reflects a little bit of intermittent rain on Saturday, the 23rd.   Is it possible that the eggs were washed away?

A.   Absolutely not.   The eggs are sticky and a little bit of rain water -- could one or two be washed away?   Well, maybe.   But they clump, and, as I said before, they are very hard to -- they have the sticky material and they are very hard to dislodge the eggs from the substrate that they would have been laid upon.

Q.   As an expert in forensic entomology with the qualifications and training that you have that we have discussed, after looking at the weather records, after looking at all of the crime scene photographs, after considering the reports of law enforcement, do you have an opinion about when Mr. Griffin was killed?

A.   Yes, I do.

Q.   What is that opinion?

A.   That that body was not there any longer than 48 hours after the body was found.   Most likely in my opinion somewhere between 24 and 36 hours.

Q.   Okay.   So the most likely or probable window is 24 to 36 hours?

A.   That's correct.

Q.   But it's possible you would go back as far as 48 hours?

53

A.   I would go back -- to be conservative and to cover variability, but it certainly couldn't be any more than that.

Q.   Okay.  And is that opinion to a reasonable degree of scientific certainty?

A.   With a reasonable degree of scientific certainty, absolutely.

Q.   Based upon these same things can you say within a reasonable degree of scientific certainty that Tommy Griffin had been killed on Friday night, February 21st?

A.   I would say he was not killed on Friday the 21st.

Q.   Okay.

MS. BALES:  Your Honor, can I have just a moment?

THE COURT:  You may.

MS. BALES:  We have no further questions.

THE COURT:  Thank you.

**CROSS EXAMINATION**

BY MR. SMITH:

Q.   Dr. Haskell, how are you?

A.   Good afternoon.  I am glad to be down here in the sunny south.

Q.   My name is Andrew Smith.  I am representing

54

the Respondent today.  Dr. Haskell, you are a Board Certified forensic entomologist, do I have that right?

A.   That is correct.

Q.   And there aren't a whole lot of Board Certified forensic entomologists out there, as I recall, is that correct?

A.   That is correct also.

Q.   Do you know how many there are?

A.   I think about 15 in our association.

Q.   And you have previously testified in the companion case to this at the post conviction level of *Dellinger v. State*, is that correct?

A.   That is correct.

Q.   That testimony was in approximately October of 2004?

A.   Probably was.  I can't recall the exact date.

Q.   Do you recall testifying at that time that there were eight forensic entomologist who were Board Certified at that time?

A.   Probably.

Q.   Is it fair to assume in 1996 there were probably even less than that, even fewer than that?

A.   I think about eight.

Q.   Okay.  So would you say the field is more well known today than it was back then due to there being

55

more entomologists and maybe some more exposure through the Internet and that sort of thing?

A. Well, I have kind of been under the assumption that from the late eighties we were pitching forensic entomologist pretty hard and doing a considerable amount of work across the country, a group of us.

Q. There are more Board Certified entomologists today than there would have been in 1996 at the time of the trial of Mr. Sutton?

A. Okay. The original trial of Sutton?

Q. 1996.

A. This occurred in '92. I wasn't involved with the original trial, of course.

Q. Right.

A. Yeah.

Q. Well, are you aware how many there would have been in '96? You think about eight?

A. I think about eight.

Q. And you are testifying today in the anticipation of compensation?

A. I certainly hope so.

Q. Okay. Do you recall how many cases you testified in in 1996?

A. I don't have those numbers. I can check my Curriculum Vitae, but as of today I have been well over

56

a hundred now times under oath. I have qualified in 28 states and in Canada and in Federal Courts.

Q. Would you say you testify more now than you did 14 years ago?

A. Probably not. People are running out of money.

Q. Were you receiving a lot of calls and invitations to testify back then, do you recall?

A. Yes.

Q. Is there any reason that you could not have testified or you would not have been qualified to testify at the direct trial of this matter in 1996 that you know of?

A. No.

Q. But you were not asked to testify at that point?

A. No, I was doing research at the Body Farm down here in '89 and continued to do that for a number of years and then had another major research study in '98 at the Body Farm. I was training the folks down here too. I was kind of surprised. I suppose I wasn't called because there weren't insects. Sometimes they don't quite understand that the lack of insects is just as important as the presence of insects.

Q. When did you receive your Board certification?

57

A. Well, for that one it would have been when we did the organization which was I think we incorporated in 1996. Now, I received by BCE back in the around 1990, my Board Certified Entomologist credentials back then.

Q. Have you had the opportunity to review the testimony of Dr. Harlan related to this matter?

A. I had it the time when we were going through it, yes.

Q. And you disagree with that testimony?

A. Specifically --

Q. You disagree with his time of death?

A. Huh?

Q. You disagree with his time of death?

A. Yes, I would.

Q. And that disagreement is based primarily on the methods that he used, is that correct?

A. I think the disagreement would be with the fact that I am basing my opinion on entomology and he is basing his opinion on forensic pathology.

Q. So none of that disagreement is based on his resume or qualifications?

A. To my recollection I wouldn't know. I can't say.

Q. As far as you know, it was strictly a matter

58

Case 3:07-cv-00030-TAV-CCS   Document 51-5   Filed 09/26/14   Page 36 of 64
PageID #: 448

of science?

A. Well, I know mine is a science. I assume that the doctor, the good doctor was also following scientific practices and procedures.

Q. So any investigations or disciplinary actions against Dr. Harlan don't impact the science of your opinion because it's based on scientific principles in the field of entomology?

A. I didn't know he had anything going on like that. How would I know? I guess I wouldn't have that implication going.

Q. You could have given substantially the same testimony in 1996, given the same materials, that you are giving today?

A. I certainly would.

Q. As I recall in your prior testimony, you prepared some charts in the *Dellinger* case regarding the time of day or the time I am going to call hospitable conditions for blue bottle flies. Do you recall the charts that indicated the amount of time above 50 degrees and having daylight?

A. Yeah, I think I did.

Q. I show you what I have marked as exhibit 1.

(Exhibit No. R-1 in evidence was

referenced.)

59

Do you recognize -- am I orienting it right?

A. No. Turn it ninety degrees. I always have trouble with those too. They mess me up.

Q. Do you recognize what I am showing to you now?

A. Yeah. Can you pull it down just a little. I can't see the heading. There we go.

Q. This is the chart you prepared of hourly temperatures on February 22?

A. That is correct.

Q. All right. Hospitable conditions that day started about 11:00 based on the combination of daylight and temperatures over 50 degrees, right?

A. We have daylight back about 7:30.

Q. Right.

A. There are the old temperatures climbing, yeah.

Q. So there was approximately from it looks like from 11:30 to 6:30, about a seven hour window, where conditions would have been hospitable for blue bottle flies on that day?

A. Yeah.

Q. You have previously testified that eight hours could go by without a fly being attracted to a body?

A. I said that was a possibility, yeah. It doesn't mean that -- that would be conservative again.

60

Q.   It is explainable that flies would not appear on the 22nd?

A.   That would be explainable because of the fact that the decomposition needs to start cranking up, although the temperatures on the 22nd were considerably high, into the mid to upper 60s, but there could be a possibility that mother flies just didn't hit the odor plume on that first day after death.

Q.   And your opinion as to there not being flies is based on the absence of flies in any pictures and the absence of any mention of flies being present in the materials that you reviewed?

A.   That is correct.  They are pretty tenacious. If they are there, you are going to see them.

Q.   As I recall, there was also no mention that there were no flies.  There was just no mention of flies one way or the other?

A.   Well, I wouldn't think that you would mention, well, we don't see any flies, necessarily.  I mean, they mentioned the ants.  You would think it would be a positive aspect rather than negative notation.  It depends on how you think as an investigator.

Q.   You would not necessarily expect there to be a statement saying that there were no flies there, if in fact there were no flies?

61

A.   No, because of the positive aspect that they said they found ants.

Q.   In the pictures that you looked at earlier you didn't see any ants in those pictures did you?

A.   No, I didn't see them.  The ants would have been down around the lower part of the head, I assume.

Q.   But there were no pictures that showed ants, but from the reports there were in fact ants?

A.   Uh-huh.  Somebody saw them.

Q.   The mere fact there were no pictures of a certain insect wouldn't absolutely prove that insect wasn't there?

A.   Not necessarily.

Q.   I would like to turn your attention shortly to what was Plaintiff's Exhibit 2, page 2 of that.  The comment you just referenced about ants, I believe it says, "some insects present around face (ants)."

A.   Yeah, uh-huh.

Q.   The word "insect" there is in the plural form, is it not?

A.   Yeah, insects, yeah.

Q.   So there could have been more than one type of insect based on the use of the word plural rather than a singular form of insect?

A.   I think it says ants plural too.  I am

62

assuming there were multiple ants, as referring to the multiple insects.

Q. The reporter could have just written ants, if that is all there was, and gotten the same meaning?

A. I have no idea -- I guess you have to put that person on the stand and see what they meant.

Q. Exactly. It's a little unclear?

A. Correct.

Q. Turning back now to my Exhibit 1. I am going to show the second chart which is for February 23rd. On this day it looks like daylight occurred about 6:30 maybe. That look about right?

A. 6:30, 7:00. The temperatures are low enough that activity wouldn't start until well into the morning.

Q. That would have been about 11:00?

A. It looks like just about that.

Q. And then activity would have cut off at sunset that night which would have been about 6:00?

A. 6:00, roughly.

Q. That is a seven hour window on the 23rd?

A. Could be, yes.

Q. And you previously said that an eight hour window you would expect to find on the first day, but there would be a shorter window on the second day?

63

A. Of course. By the second day I would be expecting to see blow flies on the body and most likely laying eggs.

Q. Did you recall whether there was any precipitation on the 23rd?

A. I don't recall. It should be in the weather records.

Q. If I told you there was about six tenths of an inch, would that sound familiar?

A. It would.

Q. Would the presence of that rainfall possibly suppress fly activity?

A. Well, if it is raining hard it could. It depends on how long it rained. We can get that from the hourly data.

Q. I am going to show you now page 237 of the deposition you gave previously in the *Dellinger* case where you spoke to this issue just to --

Do you recall you answer?

A. Like around 10?

Q. Pointing to there. What did you say right here?

A. Right where?

Q. Do you recall stating, "I recovered the hourly rain occurrence from Knoxville Airport and it appeared

64

it showed -- you know, maybe it would have been a hundredth or three hundredth or a tenth or -- and scattered over the number of hours. I think we had rain covering maybe 12 or 14 hours or more over the whole 24 hour period, so it was extensive. I would -- I would in my opinion at the temperatures we had I would say there was probably reasonable suppression of blow flies flying that day." That sound about right?

A. That sounds like it would be reasonable.

Q. So, based on the rain from the 23rd, and the possibility that an eight hour window on the day of death could go by without there being fly activity, that is how you arose at your 48 hour conclusion?

A. Most likely, yes.

Q. And the State's theory, as you recall, was about, do you recall what it was, about 63 or 64 hours from midnight on the 21st/22nd to 3:30 to 4:15 on the 24th. That sound about right?

A. On the 24th or the 21st or 22nd?

Q. The overall period.

A. Whole range?

Q. Right.

A. Obviously to the point where they find the remains, obviously, which would be 60 some hours, I would think, yeah.

Attachment E
Case 3:07-cv-00030-TAV-CCS   Document 51-5   Filed 09/26/14   Page 43 of 64
PageID #: 455

Q.   It would be about 63 hours?

A.   I am not sitting down and doing the calculations.  That could be close.

Q.   So based on that number, and I'm not holding you to a tight calculation.  It was about a 15 hour difference between what you think could be plausible and what the State's theory was at trial?

A.   Yes.  That would be correct.

Q.   And of those 15 hours I guess if you go backwards from the 24th, as I believe you did in your prior testimony from 3:30, that would put what you believe is the earliest possible time of death being the late afternoon of the 22nd?

A.   Yes.

Q.   So from the time between the State's theory at about midnight and late afternoon of the 22nd, what we have been calling 15 hours, a number of those you wouldn't have expected to see fly activity anyway, the hours in which it was dark?

A.   Dark, no, darkness hours would be out.

Q.   And as we looked at the 22nd earlier, I think we -- let me find the 22nd chart here.

So you believe the late afternoon of the 22nd would have been a plausible time of death?

A.   Yes.

66

Attachment E
Case 3:07-cv-00030-TAV-CCS   Document 51-5   Filed 09/26/14   Page 44 of 64
PageID #: 456

Q.   So by that late afternoon 48 hour period that is somewhere in the range of three and four o'clock based on 48 hours from the time the body was found?

A.   Correct.

Q.   So the first time on the 22nd where there were hospitable conditions for flies, meaning the combination of appropriate daylight and temperature, was right about 11:00 to 11:30 on that day, is that right?

A.   Yes.

Q.   So the functional difference between what you deemed plausible and the State's theory is about four hours?

A.   I am not following the four hours.  The plausible difference --

Q.   Well, you have stated 48 hours from the time the body was found was plausible, correct?

A.   But not likely.  My range, my predicted range with more likelihood was the 24 to 36 hours.  Okay, we are clear at the far end of my determinations.  Again, just trying to be conservative on this, so -- I guess I don't understand where is the four hours you are coming up with.  Can you draw a picture for me?  I am kind of a picture oriented guy.

Q.   I will try and explain a little better.  On the 22nd, the plausible range putting it at 48 hours

Attachment E
Case 3:07-cv-00030-TAV-CCS   Document 51-5   Filed 09/26/14   Page 45 of 64
PageID #: 457

would have been right about here. Right, about 3:30, 4:00, somewhere around there?

A. Or later.

Q. Or later. Being conservative.

A. Okay.

Q. You wouldn't have expected to see any fly activity on the 22nd before about 11:00 or 11:30 anyway on this date?

A. That is correct.

Q. So what we have is four hours unaccounted for based on your scientific testimony because there wouldn't have been any -- in other words, had you believed 52 hours to have been possible, that would have put us right at the beginning where activity could have been possible on that day?

A. Okay.

Q. So your entire opinion is based on that four hour difference?

A. But it's not. It's based on -- why don't you go to 36 or 24?

Q. Your opinion of what is conceivable, not your opinion of what you think.

A. As I said, anything is possible. I was trying to be conservative.

Q. Have you also had the opportunity to review

68

the testimony of Dr. Wolfe who did testify at Mr. Sutton's trial?

A.   I looked at it back in probably 2004.  I didn't review it for this hearing.

Q.   Do you recall if you were in substantial agreement with what he testified to?

A.   I don't recall any of it at this point.

Q.   Let me also ask you about some of the weather data.  You stated earlier you didn't have exact temperature readings for the location where the body was found?

A.   No.  Oftentimes we rely on data from the closest weather station.

Q.   And that was Knoxville?

A.   That was Knoxville, McGhee Tyson.

Q.   Do you know the distance between the Knoxville Airport and the location where the body was found?

A.   Yeah, I think so.

Q.   What was that?

A.   About 14, 15 miles.

Q.   And do you know the elevation by any chance --

A.   Approximately.

Q.   -- of the location where the body was found?

A.   Approximately.

Q.   What was that?

Case 3:07-cv-00030-TAV-CCS   Document 51-5   Filed 09/26/14   Page 47 of 64
PageID #: 459

A.   About 900 feet.

Q.   As I recall, reading some of your earlier testimony you do have a good background or a detailed background in climatology as well as in forensics, is that correct?

A.   That is correct.

Q.   In your experience have you seen examples where temperatures vary a large degree in a short geographic area?

A.   Short distance, spacial distance, sure.

Q.   And isn't a mountainous region one of the regions where that is likely to happen?

A.   If we are at different elevations.

Q.   And in coming up with the opinions that you did come up with, you used the readings from the Knoxville Airport?

A.   That is correct.

Q.   Did you also consult additional sources such as temperatures in Gatlinburg?

A.   I believe we did.

Q.   What I have in front of me now are weather readings from the Knoxville Airport.  I have this marked as exhibit 2.  I am going to --

THE COURT:  You say exhibit 2.  You are saying Respondent's 2 for purposes of this trial?

70

MR. SMITH: Yes, Respondent's Exhibit 2.

(Exhibit No. R-2 in evidence was referenced.)

BY MR. SMITH:

Q.   It shows on the 21st this reading a high of 43, a low of about 29.  That sound about right?

A.   Huh?

Q.   The weather conditions on the 21st.

A.   Yeah.

Q.   High of 44, a low of about 29?

A.   I guess I am not picking that up at all.

Q.   I am sorry.  I was looking at the mean rather than the high.  High of 63 and low of 29 on the 21st.

A.   From Gatlinburg or is this Knoxville?

Q.   Knoxville, McGhee Tyson.

A.   Yeah.

Q.   There's about a 34 degree range in temperatures that day in the same area.

A.   Yeah.

Q.   Okay.

A.   I see fluctuations higher than that, ranges higher than that, depending on where the environment is.

Q.   On the 22nd again it has a pretty large range, 67 degree high, 32 degree low?

A.   Uh-huh.

71

Q. Let me -- there was another reading from the Knoxville Airport that you used in your testimony in the *Dellinger* case. This is Page 6 of the impeachment materials I handed over earlier. If you look on this date specifically at the temperature on February 23rd.

A. You are going to have to blow that up just a little bit. I can't see it very well on this monitor. Okay, the 23rd.

Q. The high there is 65 and the low is 46?

A. Uh-huh.

Q. That compares relatively equal to the other reading in Knoxville which shows a high of 55 and a low of about 47.

A. Uh-huh.

Q. You also considered temperatures from Gatlinburg. If you look to February 23rd, on that date tell me the high and tell me the low.

A. I can't see them very well.

MR. SMITH: We can go ahead and mark it as Exhibit 3.

THE COURT: We'll mark it as Respondent's Exhibit 3.

MR. SMITH: This is all materials previously admitted in the *Dellinger* case.

THE COURT: We'll mark these materials as

72

collective Respondent's Exhibit 3.

(Exhibit No. R-3 was received in evidence.)

MR. KISSINGER: Can I inquire, is this all contained in the packet of materials which counsel provided, as he approached the stand? Do we have these materials?

MR. SMITH: Yes. Page 3 of the materials.

BY MR. SMITH:

Q. If you look at February 23rd on this date. I tried to underline it here. See the high of 66?

A. Yeah, 28.

Q. 28. That is in Gatlinburg?

A. Right.

Q. If you recall the low was 46?

A. Believe the plots are probably from the Gatlinburg data from 2004.

Q. By the plots you mean the temperature readings?

A. These plots. I believe those are from Gatlinburg data.

Q. Okay. That may be. My question is we see in this case an 18 degree temperature swing in a relatively close geographic area?

A. Yeah.

73

Q.   It is possible that there could be significant temperature changes in areas?

A.   Temperature differences you mean?

Q.   Yes, temperature differences in this area of the country?

A.   Yeah.  What I was going to point out, but I haven't had a chance -- thank you for reminding me.  I hadn't had a chance in direct.  That when we are dealing with rivers and streams and forests and so forth, the weather stations such at the airport, for instance, would give a, during the winter would give a lower temperature reading than what we would expect at an environment where we have a river and forested overstory.

That is because the river itself has an -- as we all know, if you are beside a large body of water, water has a tremendous energy holding effect.  So the river would keep it warmer at that location by a few degrees and also the overstory of the forest itself would have a warmer temperature where they have less higher minimums for the days.

I see this, I have this in research up at the farm where I did studies comparing open areas versus my wooded areas.

In the summertime though that reverses.  The

74

Attachment E

airports would have higher temperatures than what a wooded shaded area along the river would have.

Yeah, if I, you know, I am glad you reminded me because I wanted to get this point out that the weather station would probably be giving a lower temperature than what we would actually be finding in that environmental situation that we would be finding along the river there at the scene where it's recovered.

Q. Have you ever been to the Gatlinburg weather station?

A. Not to my recollection. It's about 500 feet higher than what we have at Tyson.

Q. Okay.

A. I would be normally showing lower means or lower minimums.

Q. Do you have any information as to what the ground temperature was at the spot where the body was found?

A. I don't recall seeing that in the information.

Q. Would that have an impact, given the body was found lying on the ground?

A. I would have to study it to see if it would or not.

Q. That is not something you have studied in reaching your conclusion as to the time of death so far?

75

Case 3:07-cv-00030-TAV-CCS   Document 51-5   Filed 09/26/14   Page 53 of 64
PageID #: 465

A. I don't recall, no.

Q. Are flies generally less active in the winter months?

A. Yeah, because it's cooler.

Thank you for reminding me of another point. The activity in the winter months up in Indiana we'll have weeks and months where the temperatures are definitely below 40 degrees and often below 30 degrees, whereas one of the things I do to see if flies are up and available and active when we are coming out of the winter is to look at a few days to a few weeks prior to the case and see what kind of temperatures that we have had that would support flight activity, initial flight activity for that particular season.

I know they had stated that the temperatures down here would most likely support flight activity of flies about any alternative week or day throughout the winter where you are maintaining higher temperatures and your kill back wouldn't be nearly as great. You would have -- if you had a day that was warmed up, flies would be ready to go, unlike we have it up in Indiana where it might take a day or two after coming out of a subzero or subfreezing temperatures where the flies may take a day or two or three to say, hey, it's getting warm, it's time to get out and look for dead bodies.

76

Q. You don't have any specific information relative to fly activity at this particular point, being February of 1992?

A. Well, I can kind of look. I can kind of look and see temperatures prior to the dates -- well, we have 60 degrees on the 15th. We have a whole run of 50, 65 on the 5th, 61, 59 on the 1st. All of those are temperatures well above the lower limit thresholds and would provide ample temperatures for the flies to be out. They would be ducking in at night, securing some shelter and hanging out until it got warm again, then they would be heading out again looking for a place to put their offspring.

Q. You can't say with absolute certainty what the temperature was on any of those days in question at this exact spot where the body was found?

A. No, but I can estimate based on my study of climatology and doing 25 or 30 years of this research.

Q. If there were an 18 degree difference from Knoxville to Gatlinburg, it's at least conceivable there could also be an 18 degree difference from Knoxville to the spot the body was found?

A. Highly unlikely.

Q. But possible?

A. Anything is possible. Maybe it's freezing in

77

Attachment E

the river, but it's not. The temperatures would be, as I said, as I am testifying right now based on my research, based on my study of climatology and based on all my experience of the cases I have done, I would expect that environment to actually be warmer than what the Knoxville McGhee Tyson temperatures would be.

Q. Had you noticed the 18 degree differential prior to today?

A. No.

Q. So you didn't study the -- you didn't compare in looking at these charts, you didn't compare it all that carefully?

A. I don't quite understand that question. I didn't compare it carefully?

Q. Did you compare carefully the differences between the two areas?

A. Because it didn't change my opinion either way. My opinion was we had adequate temperatures whether you are using Gatlinburg or whether you are using Knoxville to have flight activity. That's all. I didn't change my opinion.

Q. If there in fact was an 18 degree lower temperature on just one day, say the 22nd, during this period and you knew that for a fact, that might change your opinion?

78

A.   It would not.  If you are saying an absolute high of 67 degrees and then you take 18 degrees off that and now the high for the day is 18 less than 67 is what, 49.  Yeah.

Q.   That is correct.

A.   That didn't happen.  We have the temperatures into the 60s from both those reporting stations.  We have definitely adequate adequate temperatures.  If the high for the day was 18 degrees less, if it was 40, 49, if it wasn't 50 -- if it was 50 I would have to go with that.  If it's only 49, which it wasn't.  We have the data for both these stations.  The station that we are using is the McGhee Tyson.  However, even if we used the other station, it does not change the opinion because the temperatures are well above the minimum lower thresholds.

Q.   The temperatures at the Gatlinburg weather station and Knoxville Airport?

A.   That is correct.

MR. SMITH:  No further questions.

THE COURT:  Thank you.  Redirect?

**REDIRECT EXAMINATION**

BY MS. BALES:

Q.   Dr. Haskell, in your direct testimony we went through the graph.

79

A.    Uh-huh.

Q.    Just for clarification, that was based on the Knoxville or the Knoxville Airport which is located in Blount County?

A.    That's correct.

Q.    And you have been to the crime scene.  You testified to that?

A.    Correct.

Q.    And you have been -- obviously you flew in. You have been to the airport?

A.    Obviously I have been to the airport.  I used to go to the airport about every week to recover temperatures, when I was doing work at the Body Farm.

Q.    You used the data to prepare those charts based on the Blount County data, correct?  That is what you testified to on direct?

A.    Yes.

Q.    And the data that he is cross-examining you with is the data that was produced in Sevier County at the Gatlinburg weather data station, is that correct?

A.    From 2004.

Q.    Okay.  And you used the Knox County data because it's closer in elevation to where the body was found?

A.    Right.  And closer probably in spacial

80

distance too.

Q. Okay. But as you stated, regardless of which set of data you look at, it doesn't alter your opinion?

A. No, because the temperatures, we had the highs into the upper, mid to upper 60s on those and the lows are really meaningless with regards to flight activity because the lows are occurring in darkness anyway and some on the rise after sunrise in the morning. We still have -- whatever data set you use, we still have adequate, many adequate hours of temperatures above the 50 degree mark to support what we are contesting here.

Q. Okay. Respondent asked you about the ground temperature.

A. Right.

Q. Let's assume for a moment that the ground temperature was cooler. Would that have a significant affect on the air temperature?

A. No.

Q. Okay. And is it the air temperature that controls the insect activity?

A. The ambient temperature for the flying insects, yeah. The ground crawlers, the ants, if it was below threshold, the ants wouldn't have been crawling. They would be more directly associated with ground temperatures other than ambient air temperatures.

Flies, their flight activity is based on ambient air temperatures.

Q. Okay. I would like to call the Court and Dr. Haskell's attention to Exhibit 9 which you discussed earlier. You have reviewed this data, correct?

A. Yes.

Q. I would like to ask if you can -- can you read these numbers?

A. I don't know. Not very well. Do I have that?

Q. All the way over on the left -- explain how to read this chart to us. I am looking all the way over on the left. That is the date?

A. Yes.

Q. And then so this chart actually shows the maximum and the minimum for each day?

A. And the mean for the average.

Q. Okay. What you were testifying to earlier is that the couple of weeks before the body was found, the temperatures were warm?

A. Yes. That is one of the things that we do in our analysis to check to see, well, if you have had four months of minus 20 degrees, the first day it hits above 50, we are not going to be finding blow flies necessarily. We might. I would discount that. What I have found, it takes two or three days for the flies to

Case 3:07-cv-00030-TAV-CCS    Document 51-5    Filed 09/26/14    Page 60 of 64
PageID #: 472

finally realize it's starting to warm up and get flying.

Q. And looking at February 16th, through the 20th, you have got those temperatures, is that correct?

A. Yeah. We got from the 10th, 52, high of 63, 59, 58, 55, 55. Then we have got fifties only the 17th. The 18th, 19th, 20th, 21st, 22nd, those are all temperatures that would support blow fly activity and we would expect blow flies to be flying any of those days based on the temperatures above 50 degrees.

Q. Okay. I have one more matter I would like to clarify. Respondent asked you how rainfall would affect your opinion.

A. Right.

Q. And in the weather data, if you can look on Page 5 in your hard copy.

A. Yeah.

Q. Okay. Then if we look on the 23rd.

A. Yes.

Q. Okay. If we can read this chart at eight o'clock in the morning, how much rain was that?

A. 0800 is seven hundredths.

Q. Would that suppress the insect activity?

A. At eight o'clock in the morning coupled with temperatures, it's possible. For that hour it only had seven hundredths.

83

Attachment E

Q.    What you are saying is we need to make sure it's above 50 degrees in addition?

A.    Right.  Now, if it is right around 50, 52 and we are getting drizzle, I suppose this was drizzle, then that would be that.  Then as you come across on the 23rd and we had definitely four hours during the midafternoon when the highest temperature of the day would have been occurring.  It doesn't show any rain at all.

Then, of course, the two points where we have traces, we have five hours of trace rainfall.  That may or may not affect flight as long as temperatures were high enough.  Again, that certainly appears that there would be adequate time during the afternoon where we didn't have any rainfall and we had temperatures high enough to support flight activity.

Q.    So there was a sufficient window on the afternoon of the 23rd for flight activity?

A.    There was a window, obviously a window that would have certainly not excluded fly activity and egg laying.

MS. BALES:  Your Honor, if I can have just a moment to make sure I have not overlooked anything.

Q.    Dr. Haskell, if we can just go back to the different sets of data.  You have reviewed data from Gatlinburg, is that correct?

84

Case 3:07-cv-00030-TAV-CCS   Document 51-5   Filed 09/26/14   Page 62 of 64
PageID #: 474

A. Yes.

Q. And you have reviewed data from Blount County at the Knoxville Airport, is that correct?

A. Yes.

Q. And you decided to focus today on the -- or you generated your charts from the Knox County, or excuse me, the Blount County data?

A. Yes.

Q. And the reason you did that is because it is closer in proximity to the crime scene?

A. Yes.

Q. Okay.

A. And similar elevation.

Q. Isn't it true that the Gatlinburg weather station is approximately 500 feet higher in elevation?

A. That is correct.

Q. So when you are selecting which data set to look at, you chose the one that was closer in elevation, is that correct?

A. That is correct. I have done that in other cases too.

MS. BALES: No further questions, Your Honor.

THE COURT: Thank you. Any Recross?

MR. SMITH: Very briefly.

85

### RECROSS EXAMINATION

BY MR. SMITH:

Q. Dr. Haskell, very very briefly. Let me redirect your attention back to the same page of prior testimony in the *Dellinger* case. Disregarding the issue of rainfall on the 23rd. You did state and it was your sworn testimony regarding the suppression issue for the 23rd previously, "I would say that there was probably reasonable suppression of the blow flies flying that day."

A. Uh-huh.

Q. You did say that?

A. I don't disagree with that.

MR. SMITH: No further questions.

THE COURT: All right. Thank you. May this witness be excused?

MS. BALES: Yes, Your Honor.

THE COURT: Without objection, Dr. Haskell, you maybe excused.

THE WITNESS: Your Honor, it was a pleasure.

THE COURT: Why don't we take, recess until about ten after four. We'll call our next witness at that time. Thank you.

(Off the record.)

86