UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

GARY WAYNE SUTTON,              )
                               )
        Petitioner,            )
                               )
v.                             )          Case No. 3:07-cv-30
                               )          Varlan/Shirley
WAYNE CARPENTER, Warden,       )
                               )
        Respondent.            )

---

## **NOTICE OF FILING**

---

The Petitioner, Gary Wayne Sutton, gives notice of the filing of documents

from *Sutton and Dellinger v. State*, Court of Criminal Appeals No. E2004-01068-

CCA-R3-PC (consolidated) for use in this case:

Addendum 23:    Post-conviction technical record from Dellinger's post-conviction proceedings in Sevier County Circuit Court No. 96-1185-III.

Addendum 24:    Dellinger's post-conviction appellate brief filed July 13, 2005, in the Court of Criminal Appeals.

Addendum 25:    Dellinger's post-conviction appellate reply brief filed October 21, 2005, in the Court of Criminal Appeals.

In its opinion dismissing Mr. Sutton's habeas petition, this Court noted

certain pleadings were missing. (R.28, Memorandum Opinion, PageID# 60, fn.11,

fn.12).

Petitioner submits these supplemental addenda so that this Court may have

the complete state court record.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY:  s/Susanne Bales
Susanne Bales
Assistant Federal Community Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
Counsel for Petitioner Gary Wayne Sutton

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2014, a copy of the foregoing Notice of

Filing was filed electronically.  Notice of this filing will be sent by operation of the

Court's electronic filing system to all parties indicated on the electronic filing

receipt.  All other parties will be served by regular U.S. Mail.  Parties may access

this filing through the Court's electronic filing system.

s/Susanne Bales
Susanne Bales

2