UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

GARY WAYNE SUTTON,                          )
                                            )
          *Petitioner*,                     )
                                            )
v.                                          )          No.: 3:07-CV-30-TAV-CCS
                                            )
WAYNE CARPENTER, WARDEN,                    )
Riverbend Maximum Security Institution,     )
                                            )
          *Respondent*.                     )

## <u>ORDER</u>

This matter is before the Court on Petitioner Gary Wayne Sutton's ("Petitioner")

Second Motion for Extension of Time [Doc. 50], requesting a fifteen (15) day extension

of time, up to and including September 26, 2014, in which to file his supplemental brief.

Counsel explained that she was made aware that her records of the post-conviction

appellate proceedings might have been incomplete, and was forced to wait to receive a

complete copy from the Tennessee Court of Criminal Appeals. In addition, counsel has

indicated that counsel for Respondent was unopposed to the extension. Petitioner has

now filed his supplemental brief.

Accordingly, for good cause shown, Petitioner's motion requesting an extension of

time in which to file his supplemental brief is **GRANTED NUNC PRO TUNC** as of

September 26, 2014. The parties **SHALL** provide supplemental briefing according to the

following briefing schedule:

1.	Respondent **SHALL** file his response on or before **Wednesday, November 26, 2014.**  Respondent's brief **SHALL NOT** exceed twenty-five (25) pages.

2.	Petitioner **SHALL** file any reply on or before **Monday, December 29, 2014**.  Petitioner's reply brief **SHALL NOT** exceed ten (10) pages.

The Order entered on May 28, 2014, shall remain the same in all other aspects and is incorporated herein fully by reference [Doc. 43].

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

2