UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

GARY WAYNE SUTTON,                          )
                                            )
        *Petitioner*,                       )
                                            )
v.                                          )          No.: 3:07-CV-30-TAV-CCS
                                            )
WAYNE CARPENTER, WARDEN,                    )
Riverbend Maximum Security Institution,     )
                                            )
        *Respondent*.                       )

## ORDER

Before the Court is Respondent's Motion to Substitute Counsel [Doc. 49]. Assistant Attorney General Nicholas W. Spangler seeks to substitute himself as counsel of record in lieu of Assistant Attorney General Andrew H. Smith. Attorney Spangler represents that Attorney Smith is no longer employed with the Attorney General's Office.

Accordingly, for good cause shown, the motion to substitute counsel [Doc. 49] is **GRANTED**. The Clerk is **DIRECTED** to terminate Attorney Andrew H. Smith as attorney of record for Respondent, and Attorney Nicholas W. Spangler shall be substituted as counsel of record for Respondent.

SO ORDERED.

ENTER:

        _s/ C. Clifford Shirley, Jr._
        United States Magistrate Judge