# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

GARY WAYNE SUTTON, )
)
      Petitioner, )
)
v. )      Case No. 3:07-cv-30
)      Varlan/Shirley
WAYNE CARPENTER, **Warden**, )
)
      Respondent. )

---

## MOTION FOR EXTENSION OF TIME TO FILE REPLY

---

Petitioner, Gary Wayne Sutton, by and through counsel, respectfully requests this Court grant a 21-day extension of time in which to file his reply to the Respondent's supplemental brief (R.55). In support of this motion Petitioner states the following:

1. The due date for Petitioner's reply is December 29, 2014 (R.53).

2. Counsel has made some progress on the briefing, but counsel's time has also been directed toward other litigation. Counsel is co-counsel in a case filed in the Tennessee state courts challenging the constitutionality of lethal injection, *West v. Schofield*, No. M2014-00320-SC-R11-CV. Counsel spent the majority of the last several weeks assisting in the preparation of merits briefing before the Tennessee Supreme Court. Counsel is also lead counsel in a capital case from the Middle District, *Quintero v. Carpenter*, No. 3:09-cv-106, which has been set for an evidentiary hearing.

3. In addition, counsel's office will be closed for approximately four days over the holidays.

4. Counsel for Respondent indicated he had no objection to this extension.

WHEREFORE, Petitioner requests an additional 21 days in which to file his reply, for a new filing deadline of January 19, 2015.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY: s/Susanne Bales
Susanne Bales
Assistant Federal Community Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979

Counsel for Petitioner Sutton

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2014, a copy of the foregoing Motion for Extension of Time to File Reply was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/Susanne Bales
Susanne Bales

2