UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

GARY WAYNE SUTTON,                          )
                                            )
          *Petitioner*,                     )
                                            )
v.                                          )          No.: 3:07-CV-30-TAV-CCS
                                            )
WAYNE CARPENTER, WARDEN,                     )
Riverbend Maximum Security Institution,     )
                                            )
          *Respondent*.                     )

## <u>ORDER</u>

This matter is before the Court on Petitioner Gary Wayne Sutton's ("Petitioner")

Motion for Extension of Time to File Reply [Doc. 56], requesting a twenty-one (21) day

extension of time, up to and including January 19, 2015, in which to file his reply to

Respondent's supplemental brief. Counsel for Petitioner explained that she has been

inundated with preparation for other cases in which she also serves as lead or co-counsel.

Additionally, counsel has indicated that counsel for Respondent is unopposed to the

extension.

Accordingly, for good cause shown, Petitioner's motion requesting an extension of

time in which to file his reply brief is **GRANTED.** Petitioner **SHALL** file his reply on

or before **Monday, January 19, 2015**. Additionally, Petitioner is reminded that his reply

brief **SHALL NOT** exceed ten (10) pages. The parties are also reminded that the Court's

May 28, 2014 order [Doc. 43], shall remain the same in all other aspects and is incorporated herein fully by reference.

      IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

2