UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

GARY WAYNE SUTTON,                              )
                                                )
            *Petitioner*,                       )
                                                )
v.                                              )        No.: 3:07-CV-30-TAV-CCS
                                                )
WAYNE CARPENTER, WARDEN,                        )
Riverbend Maximum Security Institution,         )
                                                )
            *Respondent*.                       )

## **ORDER**

For the reasons stated in the memorandum opinion entered contemporaneously with this Order, Petitioner's claims of ineffective assistance of counsel are hereby **DENIED**. The Clerk is **DIRECTED** to notify the Sixth Circuit of this Order, to close this action, and to transfer the case back to the United States Court of Appeals for the Sixth Circuit.

SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE