# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| **GARY WAYNE SUTTON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| **v.** | ) | Case No. 3:07-cv-30 |
| | ) | Varlan/Shirley |
| **WAYNE CARPENTER, Warden**, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Gary Wayne Sutton, Petitioner in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the judgment entered in this action on March 9, 2015 (Memorandum Opinion, R.59; Order, R.60) denying Petitioner's ineffective assistance of counsel claims reviewed by this Court on remand.

This the 2nd day of April, 2015.

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.


BY:     s/Susanne Bales
        Susanne Bales
        Assistant Federal Community Defender
        800 S. Gay Street, Suite 2400
        Knoxville, TN 37929
        (865) 637-7979

        Counsel for Petitioner Gary Wayne Sutton

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2015, a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/Susanne Bales
Susanne Bales

{2}