UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

GARY WAYNE SUTTON,                     )
                                       )
        *Petitioner*,                  )
                                       )
v.                                     )        No.: 3:07-CV-30-TAV-CCS
                                       )
WAYNE CARPENTER, WARDEN,               )
Riverbend Maximum Security Institution,)
                                       )
        *Respondent*.                  )

## **<u>AMENDED ORDER</u>**

The Court's March 9, 2015 Memorandum Opinion and Order [Docs. 59, 61] are incorporated herein fully by reference, and Petitioner's claims of ineffective assistance of counsel are hereby **DENIED**.

In addition, to grant a Certificate of Appealability ("COA"), the Court must find a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(2).  When a claim has been dismissed on the merits, a substantial showing is made if reasonable jurists could conclude that the issues raised are adequate to deserve further review.  *See Miller-El v. Cockrell*, 537 U.S. 322, 327, 336 (2003) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).  On the other hand, when a claim has been dismissed on procedural grounds, a substantial showing is demonstrated when it is shown that reasonable jurists would debate whether a valid claim has been stated and whether the court's procedural ruling is correct.  *Slack*, 529 U.S. at 484.

Although *Martinez* and *Trevino* are applicable to Tennessee convictions, they do not apply to Petitioner's claims for ineffective assistance of counsel because these claims were not substantial. Consequently, based on the record in this case, the Court finds that reasonable jurists could not conclude that these claims are adequate to deserve further review. *See id*. As such, a certificate of appealability in this case is hereby **DENIED.**

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

2